B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aizenberg, Stephen B.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9863** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9908 Moon Valley Place**<br>**Las Vegas, NV**<br>ZIP Code **89134** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                  **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Aizenberg, Stephen B.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td align="center"><b>Exhibit A</b></td><td align="center"><b>Exhibit B</b></td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>          _____<br>          (Name of landlord that obtained judgment)<br><br><br>          _____<br>          (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                                Page 3

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Aizenberg, Stephen B.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Stephen B. Aizenberg**
Signature of Debtor  **Stephen B. Aizenberg**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 17, 2011**
Date

**Signature of Attorney***

**X** **/s/ David A. Colvin, Esq. Nevada Bar**
Signature of Attorney for Debtor(s)

**David A. Colvin, Esq. Nevada Bar #4096**
Printed Name of Attorney for Debtor(s)

**Marquis Aurbach Coffing**
Firm Name

**10001 Park Run Drive**
**Las Vegas, NV 89145**

_____
Address

                    **Email: kgallegos@maclaw.com**
**702-382-0711  Fax: 702-856-8965**
Telephone Number

**March 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re **Stephen B. Aizenberg** _____     Case No. _____
                                                    Debtor(s)          Chapter    **7** _____

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Stephen B. Aizenberg**
                        **Stephen B. Aizenberg**

Date:   **March 17, 2011**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **Stephen B. Aizenberg**
_____
Debtor(s)

Case No. _____
Chapter  **7**  _____

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Stephen B. Aizenberg**
_____
Printed Name(s) of Debtor(s)

X  **/s/ Stephen B. Aizenberg**          **March 17, 2011**
_____
Signature of Debtor                              Date

Case No. (if known) _____

X _____
Signature of Joint Debtor (if any)               Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Stephen B. Aizenberg**

Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,420,500.00 | | |
| B - Personal Property | Yes | 5 | 7,230,534.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,156,002.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 400,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 112 | | 124,189,745.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 10 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 11,221.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 25,935.00 |
| Total Number of Sheets of ALL Schedules | | 142 | | | |
| Total Assets | | | 9,651,034.00 | | |
| Total Liabilities | | | | 127,745,747.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Stephen B. Aizenberg**                                            ,    Case No. _____
                                  Debtor
                                                        Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Stephen B. Aizenberg**                                          ,    Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **9908 Moon Valley Place, Las Vegas, Nevada SHORT SALE PENDING, NO EQUITY** | | - | 1,500,000.00 | 1,504,383.00 |
| **4362-4366 West Cheyenne Avenue, N. Las Vegas, NV  89032  PROPERTY IS IN STEPHEN B. AIZENBERG TRUST** | | - | 920,500.00 | 1,455,442.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,420,500.00** | (Total of this page) |
| Total > | **2,420,500.00** | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Stephen B. Aizenberg**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo PMA #5649 Prime Checking | - | 1,000.00 |
| | | | Wells Fargo Market Rate Savings #3227 | - | 1,500.00 |
| | | | Wells Fargo Checking Account #0366 | - | 1,000.00 |
| | | | Wells Fargo Stock interests/marketable securities account #6287 | - | 961.00 |
| | | | Wells Fargo  Account #6704  Joint account with Lenore Aizenberg.  Divorced in 1988 but never closed account | - | 554.00 |
| | | | Nevada State Bank personal checking account #4513 | - | 1,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household goods at 9908 Moon Valley Place, Las Vegas, NV FMV PER APPRAISAL | - | 14,170.00 |
| | | | Garage in Utah:  Tools | - | 850.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Clothing. | - | 500.00 |
| 7. | Furs and jewelry. | | Keepsake watch. | - | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | Kaltec handgun | - | 200.00 |
| | | | Glock 19 handgun | - | 100.00 |

|  | Sub-Total > | 22,335.00 |
|---|---|---|
|  | (Total of this page) | |

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stephen B. Aizenberg** _____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Glock 23 handgun** | - | **100.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life and Accident Insurance policy with Hartford/CNA.  NO CASH VALUE** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA with Wachovia/Wells Fargo** | - | **187,102.00** |
| | | **Defined Benefits Plan with Wells Fargo/Morgan Stanley** | - | **341,347.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% interest in SBA Investment, LLC (SBA is 50% owner of A Step Ahead, LLC) 100% interest in Desert Aviation Services, Inc. 100% SBA Resources, LLC (SBA owns 100% of Heir Air, LLC) 17% interest in Witch Mountain, LLC 33% interest in PSF Assets, LLC  DISSOLVED 100% interest in Spinnaker Realty, Inc.** | - | **Unknown** |
| | | **100% interest in SBA Development, Inc. (CA corporation)** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >    **528,549.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Pending litigation in Alabama filed by SF Investments, LLC, SBA Development, Inc, Stephen Aizenberg, Fred Lessman vs. New South Federal Savings Bank, Beal Bank, SSB. Case #CV10-11-2679-S  CAN NO LONGER AFFORD TO PURSUE-DISMISSING LAWSUIT** | - | **Unknown** |
| | | **Criminal Restitution owed by David E. Malin.  Malin spent 7 years in prison for crimes UNLIKELY COLLECTABLE** | - | **6,500,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Nevada State Contractors Board General Building license No. 0035409 for Royal Construction Company with principal, Stephen Barrie Aizenberg** | - | **0.00** |
| | | **State of Nevada Department of Business and Industry, Real Estate Division, Borker License for Stephen Barrie Aizenberg, Spinnaker Realty, Inc.** | - | **0.00** |
| | | **State of California Contractors State License Board, Inactive License 334564 for Stephen B. Aizenberg** | - | **0.00** |
| | | **State of California, Real Estate Broker License for Stephen Barrie Aizenberg** | - | **0.00** |

Sub-Total >        **6,500,000.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                          ,    Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Range Rover  NO EQUITY** | - | 57,650.00 |
| | | **(5) Polaris Snowmobiles; 2009 Polaris Turo Cruiser, 2009 Polaris 500 Trail, 2009 Polaris 500 Trail, 2010 Polaris 800 Dragon 163, 2011 Polaris 800 Pro RMK 163  NO EQUITY - WILL SURRENDER** | - | 10,000.00 |
| | | **2009 Discovery Fleetwood MotorHome  NO EQUITY-EX AWARDED IN DIVORCE AND DEBTOR'S NAME TAKEN OFF TITLE** | J | 67,000.00 |
| | | **2010 Land Rover LR 4  EX AWARDED IN DIVORCE AND MAKES PAYMENTS** | - | 45,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     179,650.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                                          Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Stephen B. Aizenberg Revocable Trust Dated 3/14/89 (Additional real properties in name of trust given as collateral on Colony Capital/Situs Serv personal guaranteed loan and on Great Western Bank on Schedule F) 313 Sun Valley, Vacaville, CA; 7624 Oldenburg St, Las Vegas, NV; 9013 Dorrell Lane, Las Vegas, NV; 9017 Dorrell Lane, Las Vegas, NV; 9021 Dorrell Lane, Las Vegas, NV; 9025 Dorrell Lane, Las Vegas, NV; 112 Lighthouse Dr, Vacabille, CA; 345 Shannon Drive; Vacaville, CA; 3732 Aurora Loop, Rocklin, CA; 4708 Forrester Way, Sacramento, CA; 4840 WInter Oak, Sacramento, CA; 7407 Flemming Avenue, Sacramento, CA; 121 Gryffin Avenue, Las Vegas, NV; 117 Gryffin Avenue, Las Vegas, NV; 113 Gryffin Avenue, Las Vegas, NV; 313 Sun Valley Way, Vacaville, CA NO EQUITY--ALL GIVEN AS COLLATERAL ON LOANS** | - | **Unknown** |
| | | **Stephen B. Aizenberg Revocable Trust Dated 3/14/89 (Additional properties in the name of the Trust:  73% interest in Samanda Partners, LLC** <br><br> **50% interest in AK Resources, LLC (AK owns 100% of 3 Romeo Whiskey, LLC; 4 Romeo Whiskey, LLC; 100% Running Water Management, LLC; 100% Hangar 08, LLC)** <br><br> **100% in SBA Development, Inc. [SBA owns 50% SF Investments, LLC (SF owns 100% Kingman 200, LLC; 50% Spirit Ridge, LLC, 33% Vegas Trio, LLC) SBA owns 100% of Spinnaker Homes, I, III, V, VII, (Spinnaker VII owns 90% Centennial Academy, LLC) IX; 100% Coronado Condominiums; 33% Towne Vistas, LLC; 26% Shady Timbers, LLC]** | - | **Unknown** |

| | |
|---|---|
| Sub-Total >  (Total of this page) | **0.00** |
| Total > | **7,230,534.00** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Stephen B. Aizenberg** ,                    Case No. _____

_____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. §522(b)(2)

■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wells Fargo PMA #5649 Prime Checking | Nev. Rev. Stat. § 21.090(1)(g) | 1,000.00 | 1,000.00 |
| Wells Fargo Market Rate Savings #3227 | Nev. Rev. Stat. § 21.090(1)(g) | 1,500.00 | 1,500.00 |
| Wells Fargo Checking Account #0366 | Nev. Rev. Stat. § 21.090(1)(g) | 1,000.00 | 1,000.00 |
| Wells Fargo Stock interests/marketable securities account #6287 | Nev. Rev. Stat. § 21.090(1)(z) | 961.00 | 961.00 |
| Wells Fargo  Account #6704  Joint account with Lenore Aizenberg.  Divorced in 1988 but never closed account | Nev. Rev. Stat. § 21.090(1)(g) | 554.00 | 554.00 |
| Nevada State Bank personal checking account #4513 | Nev. Rev. Stat. § 21.090(1)(g) | 1,000.00 | 1,000.00 |
| **Household Goods and Furnishings** | | | |
| Household goods at 9908 Moon Valley Place, Las Vegas, NV FMV PER APPRAISAL | Nev. Rev. Stat. § 21.090(1)(b) | 12,000.00 | 14,170.00 |
| **Furs and Jewelry** | | | |
| Keepsake watch. | Nev. Rev. Stat. § 21.090(1)(a) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Kaltec handgun | Nev. Rev. Stat. § 21.090(1)(i) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA with Wachovia/Wells Fargo | Nev. Rev. Stat. § 21.090(1)(r) | 187,102.00 | 187,102.00 |
| Defined Benefits Plan with Wells Fargo/Morgan Stanley | 11 U.S.C. § 522(b)(3)(C) | 312,898.00 | 341,347.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Criminal Restitution owed by David E. Malin. Malin spent 7 years in prison for crimes UNLIKELY COLLECTABLE | Nev. Rev. Stat. § 21.090(1)(x) | 6,500,000.00 | 6,500,000.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Stephen B. Aizenberg Revocable Trust Dated 3/14/89  (Additional real properties in name of trust given as collateral on Colony Capital/Situs Serv personal guaranteed loan and on Great Western Bank on Schedule F) 313 Sun Valley, Vacaville, CA; 7624 Oldenburg St, Las Vegas, NV; 9013 Dorrell Lane, Las Vegas, NV; 9017 Dorrell Lane, Las Vegas, NV; 9021 Dorrell Lane, Las Vegas, NV; 9025 Dorrell Lane, Las Vegas, NV; 112 Lighthouse Dr, Vacabille, CA; 345 Shannon Drive; Vacaville, CA; 3732 Aurora Loop, Rocklin, CA; 4708 Forrester Way, Sacramento, CA; 4840 WInter Oak, Sacramento, CA; 7407 Flemming Avenue, Sacramento, CA; 121 Gryffin Avenue, Las Vegas, NV; 117 Gryffin Avenue, Las Vegas, NV; 113 Gryffin Avenue, Las Vegas, NV; 313 Sun Valley Way, Vacaville, CA** | **Nev. Rev. Stat. § 21.080.2** | **0.00** | **Unknown** |
| **NO EQUITY--ALL GIVEN AS COLLATERAL ON LOANS** | | | |

| | Total: | 7,018,715.00 | 7,049,334.00 |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Stephen B. Aizenberg**                                          ,    Case No. _____
_____
                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxx4105** | | | | | 9-30-10 | | | | | |
| Creditor #: 1 Bank of Nevada P.O. Box 26237 Las Vegas, NV 89126 | X | - | | | Personal Guarantee/Deed of Trust 4362-4366 West Cheyenne Avenue, N. Las Vegas, NV 89032  PROPERTY IS IN STEPHEN B. AIZENBERG TRUST | | | | | |
| | | | | | Value $              920,500.00 | | | | 924,442.00 | 3,942.00 |
| Account No. **xxxxxxxxx xote B** | | | | | Deed of Trust | | | | | |
| Creditor #: 2 Bank of Nevada P.O. Box 26237 Las Vegas, NV 89126 | | - | | | 4362-4366 West Cheyenne Avenue, N. Las Vegas, NV 89032  PROPERTY IS IN STEPHEN B. AIZENBERG TRUST | | | | | |
| | | | | | Value $              920,500.00 | | | | 531,000.00 | 531,000.00 |
| Account No. **xxxxxxxxx3623** | | | | | Opened  4/21/10 Last Active 12/10/10 | | | | | |
| Creditor #: 3 Chase (Landrover Financial Group) 201 N Walnut St # De1-10 Wilmington, DE 19801 | | - | | | Automobile Loan 2010 Range Rover  NO EQUITY | | | | | |
| | | | | | Value $               57,650.00 | | | | 63,359.00 | 5,709.00 |
| Account No. | | | | | | | | | | |
| Chase P.O. Box 78069 Phoenix, AZ 85062-8069 | | | | | Representing: Chase (Landrover Financial Group) | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

|  **2**  continuation sheets attached | Subtotal (Total of this page) | 1,518,801.00 | 540,651.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                                      ,          Case No. _____
                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx2606 | | | Opened  5/12/10 | | | | | |
| Creditor #: 4 Chase (Landrover Financial Group) 201 N Walnut St # De1-10 Wilmington, DE 19801 | | - | Automobile Loan  2010 Land Rover LR 4  EX AWARDED IN DIVORCE AND MAKES PAYMENTS | | | | | |
| | | | Value $          45,000.00 | | | | 12,513.00 | 0.00 |
| Account No. xxxxx-xxxxx6946 | | | Opened 12/30/08 | | | | | |
| Creditor #: 5 Hsbc/Polaris P.O.Box 60107 City of Industry, CA 91716 | | | Loan for Snowmobiles  (5) Polaris Snowmobiles | | | | | |
| | | | Value $          10,000.00 | | | | 16,627.00 | 6,627.00 |
| Account No. xxxxx5167 | | | Opened 12/12/08 Last Active 11/09/10 | | | | | |
| Creditor #: 6 US Bank P.O. Box 790179 Saint Louis, MO 63179 | X | - | Motor Home Loan  2009 Discovery Fleetwood MotorHome NO EQUITY-EX AWARDED IN DIVORCE AND DEBTOR'S NAME TAKEN OFF TITLE | | | | | |
| | | | Value $          67,000.00 | | | | 103,678.00 | 36,678.00 |
| Account No. xxxxxxxxxxxxx1998 | | | Opened  4/24/07 | | | | | |
| Creditor #: 7 Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 | | - | HomeEquityLineOfCredit  9908 Moon Valley Place, Las Vegas, Nevada SHORT SALE PENDING, NO EQUITY | | | | | |
| | | | Value $        1,500,000.00 | | | | 1,004,253.00 | 4,383.00 |
| Account No. | | | | | | | | |
| Wells Fargo Bank P.O. Box 54780 Los Angeles, CA 90054-0780 | | | Representing: Wells Fargo Bank Nv Na | | | | Notice Only | |
| | | | Value $ | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,137,071.00 | 47,688.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9685** | | | **Opened  5/25/04** | | | | | |
| **Creditor #: 8** **Wells Fargo Home Mortgage** **P.O. Box 30427** **Los Angeles, CA 90030** | - | | **ConventionalRealEstateMortgage** **9908 Moon Valley Place, Las Vegas, Nevada** **SHORT SALE PENDING, NO EQUITY** | | | | | |
| | | | Value $              **1,500,000.00** | | | | **500,130.00** | **0.00** |
| Account No. | | | | | | | | |
| **Wells Fargo Home Mortgage** **P.O. BOx 30427** **Los Angeles, CA 90030** | | | **Representing:** **Wells Fargo Home Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **500,130.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **3,156,002.00** | **588,339.00** |

B6E (Official Form 6E) (4/10)

In re    **Stephen B. Aizenberg**                                      ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Stephen B. Aizenberg**                                                        ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **Creditor #: 1** **Tina Rochelle Aizenberg** **1983 Alcova Ridge** **Las Vegas, NV 89135** | - | | | Property Settlement | | | | **400,000.00** | 0.00  **400,000.00** | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00  400,000.00 | 400,000.00 |
|---|---|---|---|

B6E (Official Form 6E) (4/10) - Cont.

In re  **Stephen B. Aizenberg**                                     ,        Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No.  **Creditor #: 2** **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | Possible federal tax obligation--audit pending | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet  __2__  of  __2__  continuation sheets attached to          Subtotal          | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims  (Total of this page)  | 0.00 | 0.00 |

                                                    Total     | 0.00 |
(Report on Summary of Schedules)  | 400,000.00 | 400,000.00 |

B6F (Official Form 6F) (12/07)

In re **Stephen B. Aizenberg**                                    Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxx940A** <br><br> **Creditor #: 1** <br> **2010-1 CRE Venture, LLC c/o SitusServ, L.P. (Colony Capital)** <br> **4665 Southwest Freeway** <br> **Houston, TX 77027** | X | - | | | **6-27-07** <br> **Personal guarantee on 40 acres re: Spinnaker Homes IX, LLC (12 additional properties given as collateral--[properties are in Stephen B. Aizenberg Rev. Trust)** | | | | **20,338,309.00** |
| Account No. <br><br> **Creditor #: 2** <br> **A Step Ahead, LLC** <br> **6690 Grand Montecito Pkwy** <br> **Las Vegas, NV 89149** | X | - | | | **Potential liability from lease with Spinnaker Homes VII, LLC; property foreclosed and owned by FDIC** | | | | **Unknown** |
| Account No. <br><br> **Creditor #: 3** <br> **A&D Automatic Gate and Access Nevada, Inc.** <br> **6442 Windy Street #1** <br> **Las Vegas, NV 89119** | X | - | | | **3-30-10** <br> **Mechanic's Lien/Business debt re: Towne Vistas, LLC, SF Investments, Spinnaker Village IV** <br> **Breach of Contract, LAWSUIT FILED** | | | | **37,915.00** |
| Account No. <br><br> **Charles LoBello Law Offices** <br> **1830 East Sahara Avenue** <br> **Suite 113** <br> **Las Vegas, NV 89104** | | | | | **Representing:** <br> **A&D Automatic Gate and Access** | | | | **Notice Only** |

___111___ continuation sheets attached

Subtotal (Total of this page)                 **20,376,224.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                                     ,    Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 4 A-1 Security 917 S. First Street Las Vegas, NV 89101 | | - | | | | | 500.00 |
| Account No. | | | Business debt re: Centennial Academy | | | | |
| Creditor #: 5 AAA Parking Lot Care 4560 S. Arville Suite C15 Las Vegas, NV 89103 | | - | | | | | 4,370.00 |
| Account No. | | | Landscape for personal | | | | |
| Creditor #: 6 Abel Demha-Cruz 2300 Rock Springs Drive #2043 Las Vegas, NV 89128 | | - | | | | | Unknown |
| Account No. | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 7 Able Body labor P.O. Box 30386 Tampa, FL 33630 | | - | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 8 Accelero Learning 4366 W. Cheyenne Avenue North Las Vegas, NV 89032 | | - | | | | | Unknown |

Sheet no. __1__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,870.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business services | | | | |
| **Creditor #: 9 Acceleron Group 2791 Soft Horizon Way Las Vegas, NV 89135** | | - | | | | | | 15,000.00 |
| Account No. | | | | Services | | | | |
| **Creditor #: 10 Access Environmental 3219 Cherum Street North Las Vegas, NV 89032** | | - | | | | | | 650.00 |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 11 Action Messenger Service P.O. Box 69763 West Hollywood, CA 90069** | | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 12 Acuarious Adv., Inc. 5000 West Oakey Blvd. #D11 Las Vegas, NV 89146** | | - | | | | | | Unknown |
| Account No. | | | | Business debt re: 3 Romeo Whiskey, Desert Aviation Services | | | | |
| **Creditor #: 13 Adam Sellers 2056 Dakota Lodge Avenue Las Vegas, NV 89123** | | - | | | | | | Unknown |

Sheet no. __**2**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,650.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **14**<br>**Creditor #: 14**<br>**Adams Bors/Garage Door Center**<br>**Unit A P.O. Box 51916**<br>**Los Angeles, CA 90051-6216** | - | | Business debt | | | | Unknown |
| Account No.<br>**Creditor #: 15**<br>**Addison Glass**<br>**5685 South Cameron**<br>**Las Vegas, NV 89118** | - | | Promissory note re: Towne Vistas | | | | 74,000.00 |
| Account No.<br>**Creditor #: 16**<br>**Advanced Engineering, LLC**<br>**4080 E. Lake Mead Blvd. #C**<br>**Las Vegas, NV 89115** | - | | Business debt re: Towne Vistas | | | | Unknown |
| Account No.<br>**Creditor #: 17**<br>**Aerojet Services**<br>**15290 N. 78th Way**<br>**Suite B-100**<br>**Scottsdale, AZ 85260** | - | | Business debt re: 3 Romeo Whiskey, 4 Romeo Whiskey, Running Water Management | | | | Unknown |
| Account No.<br>**Creditor #: 18**<br>**Aflac**<br>**World Wide Headquarters**<br>**Columbus, GA 31999** | - | | Business services re: Centennial Academy | | | | 85.00 |

Sheet no. __3___ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **74,085.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                      ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 19 AICCO, Inc. Dept. 7615 Los Angeles, CA 90084-7615 | - | | | | | | Unknown |
| Account No. | | | Business debt re: 3 Romeo Whiskey | | | | |
| Creditor #: 20 Air BP Aviation Services Dept. 8010 Los Angeles, CA 90084 | - | | | | | | Unknown |
| Account No. | | | Business debt re: SBA | | | | |
| Creditor #: 21 Air Coolers Company 2661 S. Miller Lane Las Vegas, NV 89117 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 22 AK Resources 4511 West Cheyenne Avenue #105 North Las Vegas, NV 89032 | - | | | | | | Unknown |
| Account No. | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 23 All Purpose Security 2921 North Tenaya Way Suite 220 Las Vegas, NV 89128 | - | | | | | | 5,000.00 |

Sheet no.  __4__  of  __111__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 24 All Write Business Com., LLC 72 W. Horizon Ridge Pkwy Suite 120 Henderson, NV 89012 | | - | | | | | | Unknown |
| Account No. | | | | Business debt re: 3 Romeo Whiskey | | | | |
| Creditor #: 25 Allen Englad 3872 E. Katie Avenue Las Vegas, NV 89123 | | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 26 Allied Insurance P.O. Box 514540 Los Angeles, CA 90084 | | - | | | | | | Unknown |
| Account No. | | | | Business supplier | | | | |
| Creditor #: 27 Allstate Fire Equipment P.O. Box 33406 Las Vegas, NV 89133 | | - | | | | | | Unknown |
| Account No. | | | | Business services | | | | |
| Creditor #: 28 Ameri-Clean N More P.O. Box 530356 Henderson, NV 89053 | | - | | | | | | 575.00 |

Sheet no. __5___ of __111__ sheets attached to Schedule of          Subtotal          575.00
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg** _____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business subcontractor | | | | |
| Creditor #: 29 American Asphalt & Grading Co. 2690 N. Decatur Blvd. Las Vegas, NV 89108 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 30 American Eurocopter, LLC 750 Gateway Blvd. Coppell, TX 75019 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 31 American Leak Detection 6185 Harrison Blvd. Suite 13 Las Vegas, NV 89120 | - | | | | | | | Unknown |
| Account No. | | | | Business lien re: Centennial Business Park | | | | |
| Creditor #: 32 American Pavement Preservation, LLC 4725 E. Cartier Avenue Las Vegas, NV 89115 | - | | | | | | | 4,725.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 33 Ameripro Service Systems, Inc. P.O. Box 750369 Las Vegas, NV 89136 | - | | | | | | | Unknown |

Sheet no. __6__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,725.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 34 Andrew Schram 345 Shannon Way Vacaville, CA 95688** | X | - | | Residential lease with Stephen B. Aizenberg Trust; Property is collateral with Colony Capital | | | | **Unknown** |
| Account No. **Creditor #: 35 Andy Concepcion 8500 Porch Rocker Street Las Vegas, NV 89143** | | - | | Business debt re: Royal Construction | | | | **Unknown** |
| Account No. **Creditor #: 36 Answer Connect P.O. Box 80040 Portland, OR 97280** | | - | | Business debt | | | | **Unknown** |
| Account No. **Creditor #: 37 Anthony Hama Sperry Van Ness/Land Baron 5275 S. Durango Avenue Las Vegas, NV 89113** | | - | | Commission due re: Centennial Business Park | | | | **7,057.00** |
| Account No. **Creditor #: 38 Anytime Garage Door, LLC 175 Cassia Way Suite A118 Henderson, NV 89014** | | - | | Subcontractor | | | | **Unknown** |

Sheet no. __7___ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,057.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                    ,   Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 39 Appaloosa Canyon/Quarter House Falls HOA c/o Excellence Management Company 601 Whiteny Ranch Drive Bldg. B, Ste 10 Henderson, NV 89014 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 40 Appearance Group, Inc. P.O. Box 782585 Wichita, KS 67207 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 41 Ara Shirinian 10651 Capesthorne Way Las Vegas, NV 89135 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 42 Architectural Precast, Inc. 4630 East Ann Road Las Vegas, NV 89115 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 43 ARINC Direct P.O. Box 951273 Dallas, TX 75395 | - | | | | | | | Unknown |

Sheet no. __8__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **11-6-09** | | | | |
| **Creditor #: 44 Arizona Civil Contractors, Inc. 3280 W. Hacienda Avenue Las Vegas, NV 89118** | - | | | **Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | |
| | | | | | | | | **13,357.00** |
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 45 Armando Munoz 2121 N. Jones #260 Las Vegas, NV 89109** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 46 Artor Nassari 9429 Sierra Summit Las Vegas, NV 89134** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 47 Ascent Services, LLC 4675 W. Teco Avenue Suite 120 Las Vegas, NV 89118** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **Business debt re: Towne Vistas** | | | | |
| **Creditor #: 48 Ashlan Concrete Cutting 2632 Abels Lane Las Vegas, NV 89115** | - | | | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __**9**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,357.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                                    Case No. _____
                                    _____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | Business debt | | | | |
| Creditor #: 49 Assurant Health 501 W. Michigan Street P.O. Box 3050 Milwaukee, WI 53201-3050 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 50 AT & T P.O. Box 60017 Los Angeles, CA 90060 | - | | | | | | Unknown |
| Account No. xxx7035 | | | Business debt re: Royal Construction | | | | |
| Creditor #: 51 AT & T Mobility P.O. Box 6463 Carol Stream, IL 60197 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 52 Avalon Realty & Oaktree management 500 Rose Street Las Vegas, NV 89106 | - | | | | | | Unknown |
| Account No. | | | Business debt re: 3 Romeo Whiskey, Running Water Management, 4 Romeo Whiskey | | | | |
| Creditor #: 53 AVCARD-World Fuel Services 2458 Paysphere Circle Chicago, IL 60674 | - | | | | | | Unknown |

Sheet no. __10__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                                                Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 54**<br>**Aztec Engineering**<br>**3230 N. Buffalo Drive**<br>**Suite 106**<br>**Las Vegas, NV 89129** | - | | | **Business debt re: Towne Vistas** | | | | **Unknown** |
| Account No. **xxxxx4754**<br><br>**Creditor #: 55**<br>**Bac Home Loans**<br>**Servicing/Countrywide**<br>**450 American St**<br>**Simi Valley, CA 93065** | - | | | **Opened  1/09/08**<br>**Mortgage loan on 9152 Kentwell Avenue, Las Vegas, NV  EX AWARDED IN DIVORCE AND PAYS** | | | | **161,517.00** |
| Account No.<br><br>**Creditor #: 56**<br>**Backflow Prevention Services, Inc.**<br>**9506 Tepton Diablo Avenue**<br>**Las Vegas, NV 89117** | - | | | **Business debt** | | | | **Unknown** |
| Account No. **xxxxxxxxx xote A**<br><br>**Creditor #: 57**<br>**Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** | X - | | | **9-30-10**<br>**Personal guarantee on Loan for 6610 Grand Montecito Pkwy, Las Vegas**<br>**re:  Centennial Academy, LLC** | | | | **5,207,717.00** |
| Account No.<br><br>**Ballard Spahr, LLP**<br>**100 North City Parkway, Suite 1750**<br>**Las Vegas, NV 89106** | | | | **Representing:**<br>**Bank of Nevada** | | | | **Notice Only** |

Sheet no. __11__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,369,234.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                     ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx xote B** | | | **9-30-10** | | | | |
| **Creditor #: 58**<br>**Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** | X | - | **Personal guarantee for Loan on 6610 Grand Montecito Pkwy, Las Vegas, NV re:  Centennial Academy, LLC**<br>**Bank has made demand to tenants for rent** | | | | |
| | | | | | | | 875,716.00 |
| Account No. **xxxxx2829** | | | **12-29-04** | | | | |
| **Creditor #: 59**<br>**Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** | X | - | **Personal guarantee on line of credt re: SBA Development, Inc.** | | | | |
| | | | | | | | 251,185.00 |
| Account No. **xxxxx3647** | | | **Personal guarantee on loan re: Distinctive Framing, LLC** | | | | |
| **Creditor #: 60**<br>**Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** | X | - | | | | | |
| | | | | | | | 172,063.00 |
| Account No. **xxxxx4105** | | | **Business loan** | | | | |
| **Creditor #: 61**<br>**Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** | X | - | | | | | |
| | | | | | | | 920,730.00 |
| Account No. | | | **Business debt re: Centennial Business Park** | | | | |
| **Creditor #: 62**<br>**Barrett Powley Architect, LLC**<br>**10608 Amblewood Way**<br>**Las Vegas, NV 89144** | | - | | | | | |
| | | | | | | | 5,392.00 |

Sheet no. __12__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,225,086.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 63**<br>**BC Construction Clean up**<br>**4094 Armistad Court**<br>**Las Vegas, NV 89115** | - | | **Business debt re: Centennial Business Park** | | | | 400.00 |
| Account No. **xxxx0001**<br><br>**Creditor #: 64**<br>**Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** | X - | | **41 Partially finished lots at Jones/Madre Mesa, Las Vegas, NV  Personal guarantee re: SF Investments, LLC**<br>**LAWSUIT FILED BY SF** | | | | 2,032,922.00 |
| Account No.<br><br>**LPP Mortgage, Ltd**<br>**c/o Maynard, Cooper & Gale, PC**<br>**2400 Regions Harbert Plaza**<br>**Birmingham, AL 35203-2618** | | | **Representing:**<br>**Beal Bank** | | | | Notice Only |
| Account No.<br><br>**New South Federal Savings Bank**<br>**Residential Construction Lending**<br>**210 Automation Way**<br>**Birmingham, AL 35210** | | | **Representing:**<br>**Beal Bank** | | | | Notice Only |
| Account No. **xxxx1002**<br><br>**Creditor #: 65**<br>**Beal Bank**<br>**c/o Kevin Delozier, CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** | X - | | **Deficiency balance from short sale, personal guarantee re: Bunker Commons, SF Investments, Inc.** | | | | 66,608.00 |

Sheet no. __13__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 2,099,930.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                           ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **LPP Mortgage, Ltd**<br>**c/o Maynard, Cooper & Gale, PC**<br>**1901 Sixth Avenue North**<br>**2400 Regions Harbert Plaza**<br>**Birmingham, AL 35203** | | | Representing:<br>**Beal Bank** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **New South Federal Savings Bank**<br>**Residential Construction Lending**<br>**210 Automation Way**<br>**Birmingham, AL 35210** | | | Representing:<br>**Beal Bank** | | | | **Notice Only** |
| Account No. **xxxx0001** | | | **52 partially finished townhouse lots Dorrell/Cmpbell. Personal guarantee re: SF Investments, LLC, Spinnaker Village IV** | | | | |
| **Creditor #: 66**<br>**Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** | X | - | | | | | **3,700,000.00** |
| Account No. | | | | | | | |
| **New South Federal Savings Bank**<br>**Residential Construction Lending**<br>**210 Automation Way**<br>**Birmingham, AL 35210** | | | Representing:<br>**Beal Bank** | | | | **Notice Only** |
| Account No. **xxxx0001** | | | **10 unimproved acres, Las Vegas, NV Personal guarantee re: Spinnaker Homes V, LLC** | | | | |
| **Creditor #: 67**<br>**Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** | X | - | | | | | **5,400,000.00** |

Sheet no. __14__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,        Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **New South Federal Savings Bank Residential Construction Lending 210 Automation Way Birmingham, AL 35210** | | | Representing: Beal Bank | | | | Notice Only |
| Account No. **xxxx0001** **Creditor #: 68 Beal Bank c/o Kevin Delozier CLMG Corp. 7195 Dallas Pkwy Plano, TX 75024** | X | - | 20 acres in Laughlin, Nevada personal guarantee re: Spirit Ridge, LLC | | | | 1,560,000.00 |
| Account No. **New South Federal Savings Bank Residential Construction Lending 210 Automation Way Birmingham, AL 35210** | | | Representing: Beal Bank | | | | Notice Only |
| Account No. **xxxx5001** **Creditor #: 69 Beal Bank c/o Kevin Delozier CLMG Corp. 7195 Dallas Pkwy Plano, TX 75024** | X | - | Personal guarantee for 4.64 multi-family project re: Towne Vistas, LLC | | | | 3,412,800.00 |
| Account No. **New South Federal Savings Bank Residential Construction Lending 210 Automation Way Birmingham, AL 35210** | | | Representing: Beal Bank | | | | Notice Only |

Sheet no. __15__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            4,972,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                                                ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | Previous employee | | | | |
| Creditor #: 70 Ben Young 7872 Morning Flower Las Vegas, NV 89129 | - | | | | | | Unknown |
| Account No. | | | Business debt re: Centennial Academy | | | | |
| Creditor #: 71 Bernard & Williams Photography, Inc. 3075 S. Valley View Blvd. Las Vegas, NV 89102 | - | | | | | | Unknown |
| Account No. | | | Business debt re: Towne Vistas, Centennial Academy | | | | |
| Creditor #: 72 Besam Entrance Solutions P.O. Box 827375 Philadelphia, PA 19182-7375 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 73 Better Business Bureau of Nevada 6040 South Jones Blvd. Las Vegas, NV 89118 | - | | | | | | Unknown |
| Account No. | | | Potential claim from lease with Spinnaker Homes VII; Property foreclosed and owned by FDIC | | | | |
| Creditor #: 74 Blair A. Isom, DDS 8845 Helena Avenue Las Vegas, NV 89129 | X - | | | | | | 124,700.00 |

Sheet no. __16__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

124,700.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  **Creditor #: 75 Blue and Green Services, LLC 7425 Peak Drive Las Vegas, NV 89128** | - | | | **Business debt- re: Centennial Hills, Royal Construction** | | | | 23,858.00 |
| Account No.  **Creditor #: 76 BND Plastering 70 Corporate Park Drive Henderson, NV 89074** | - | | | **10-13-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | 47,630.00 |
| Account No.  **Creditor #: 77 Bob's Backflow Services P.O. Box 425 Citrus Heights, CA 95611** | - | | | **Business debt** | | | | Unknown |
| Account No.  **Creditor #: 78 Bombardier P.O. Box 6087 Station Centre-Ville Montreal, Quebec Canada H3C 3G9** | - | | | **Business debt re: 4 Romeo Whiskey** | | | | 18,423.00 |
| Account No.  **Creditor #: 79 Bonnie Furnell 5940 Palmilla Street #11 North Las Vegas, NV 89031** | - | | | **Business debt** | | | | Unknown |

Sheet no. __17__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **89,911.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Residential lease with Stephen B. Aizenberg Trust; Property is collateral with Great Western Bank | | | | |
| Creditor #: 80 Brandon and Latasha Salas 9025 Dorrell Las Vegas, NV 89149 | X | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 81 Brandon Faulkenborg 2227 Webster Street North Las Vegas, NV 89030 | | - | | | | | | Unknown |
| Account No. | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 82 Brandon Iron, Inc. 3965 W. Oquendo Rd. Las Vegas, NV 89118 | | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 83 Builders Design Group 7350 Dean Martin Drive Suite 310 Las Vegas, NV 89139 | | - | | | | | | Unknown |
| Account No. | | | | Business debt re: Bunker Commons | | | | |
| Creditor #: 84 Bunker Commons Estates LDMA P.O. Box 12117 Las Vegas, NV 89112 | | - | | | | | | Unknown |

Sheet no. __18__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    , Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 85 Bureau Water Pollution Cont. 333 W. Nye Lane Indian Springs, NV 89070** | - | | Business debt | | | | Unknown |
| Account No. **Creditor #: 86 Business Press P.O. Box 730 Las Vegas, NV 89125-0730** | - | | Business debt | | | | Unknown |
| Account No. **Creditor #: 87 Cabinetec 2711 East Craig Rd. Suite A North Las Vegas, NV 89030** | - | | Business debt re: Towne Vistas | | | | 46,299.00 |
| Account No. **Creditor #: 88 CAMCO P.O. Box 12117 Las Vegas, NV 89112** | - | | Business debt | | | | Unknown |
| Account No. **Creditor #: 89 Cameron Clean Up 7214 Cameron Street Las Vegas, NV 89118** | - | | Business debt re: Bunker Commons | | | | Unknown |

Sheet no. __19__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     46,299.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen B. Aizenberg** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 90 Camino Constructors P.O. Box 570818 Las Vegas, NV 89157 | - | | | | | | | 850.00 |
| Account No. | | | | Business debt re: Centennial Academy | | | | |
| Creditor #: 91 Campus Club Uniforms 2411 Tech Center Court Suite 106 Las Vegas, NV 89128 | - | | | | | | | 6,219.00 |
| Account No. | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 92 Canawill, Inc. Dept. 7200 Los Angeles, CA 90088 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 93 Capital Cabinet Corp. 3465 Losee Rd. North Las Vegas, NV 89030 | - | | | | | | | 6,648.00 |
| Account No. xxxx-xxxx-xxxx-7074 | | | | Opened 6/02/06 Business Credit Card re: Desert Aviation | | | | |
| Creditor #: 94 Capital One P.O. Box 85520 Richmond, VA 23285 | - | | | | | | | 4,535.00 |

Sheet no. __20__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          18,252.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                                         ,          Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Capital One** <br> **P.O. Box 60599** <br> **City of Industry, CA 91736** | | | **Representing:** <br> **Capital One** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 95** <br> **Capital Recovery Advisors** <br> **c/o Mike Buckner** <br> **2400 Augusta Drive** <br> **Ste 212** <br> **Houston, TX 77057** | | - | **Deficiency rights re: foreclosure. Personal guarantee re: Spinnaker Homes VII, LLC** | | | | **1,104,257.00** |
| Account No. **x0122,x0126** <br><br> **Creditor #: 96** <br> **Capital Recovery Advisors, LLC** <br> **2400 Augusta Drive** <br> **#212** <br> **Houston, TX 77057** | | - | **Deficiency claim, creditor purchased from FDIC formerly Southwest USA Bank** | | | | **1,104,252.00** |
| Account No. **xxxx-xxxx-xxxx-0257** <br><br> **Creditor #: 97** <br> **Card Service Center** <br> **P.O. Box 569100** <br> **Dallas, TX 75356-9100** | X | - | **Credt Card re: 4 Romeo Whiskey, LLC** | | | | **3,350.00** |
| Account No. **xxxx-xxxx-xxxx-0265** <br><br> **Creditor #: 98** <br> **Card Service Center** <br> **P.O. Box 569100** <br> **Dallas, TX 75356** | X | - | **Personal guarantee on credit card re: Running Water Management, LLC** | | | | **5,009.00** |

Sheet no. __21__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,216,868.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-0240** | | | | **Personal guarantee on credit card re: 3 Romeo Whiskey, LLC** | | | | |
| **Creditor #: 99**<br>**Card Service Center**<br>**P.O. Box 569100**<br>**Dallas, TX 75356-9100** | X | - | | | | | | |
| | | | | | | | | **5,038.00** |
| Account No. | | | | **Business debt re: Centennial Academy** | | | | |
| **Creditor #: 100**<br>**Carol Rumbolz/ CR Consulting**<br>**4498 Farmcrest Drive**<br>**Las Vegas, NV 89121** | | - | | | | | | |
| | | | | | | | | **139,063.00** |
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 101**<br>**Carpet Warehouse**<br>**3935 W. Reno #C**<br>**Las Vegas, NV 89118** | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **9-11-09**<br>**Business debt** | | | | |
| **Creditor #: 102**<br>**Carpets-n-More**<br>**7260 Dead Martin Drive**<br>**Suite 100**<br>**Las Vegas, NV 89118** | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 103**<br>**Cashman Equipment Company**<br>**File #56751**<br>**Los Angeles, CA 90074** | | - | | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __22__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**144,101.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 104**<br>**CBI Contructors Bonding, Inc. of Nevada**<br>**6600 W. Charleston Blvd.**<br>**Suite 116**<br>**Las Vegas, NV 89146** | - | | **Business debt  re: Spinnaker Homes** | | | | **1,737.00** |
| Account No.<br>**Creditor #: 105**<br>**Cell-Crete Fireproofing of Nevada**<br>**3437 Procyon Street**<br>**Las Vegas, NV 89102** | - | | **Business debt re: Towne Vistas** | | | | **Unknown** |
| Account No.<br>**Creditor #: 106**<br>**Centurion Management Company**<br>**2920 N. Green Valley Pkwy**<br>**Ste 414**<br>**Henderson, NV 89014** | - | | **Business debt** | | | | **Unknown** |
| Account No.<br>**Creditor #: 107**<br>**Century Cast Products, Inc.**<br>**P.O. Box 2933**<br>**Pomona, CA 91769** | - | | **Business debt** | | | | **Unknown** |
| Account No.<br>**Creditor #: 108**<br>**Century Link**<br>**P.O. Box 219008**<br>**Kansas City, MO 64121-9008** | - | | **Business debt** | | | | **1,064.00** |

Sheet no. __23__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,801.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                              ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 109 Chase Home Mortgage P.O. Box 78420 Phoenix, AZ 85062** | - | | | Business debt | | | | **Unknown** |
| Account No. **Creditor #: 110 Cheryl Barnett Addison Glass 5625 Cameron Street Las Vegas, NV 89118** | - | | | 8-12-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC | | | | **122,074.00** |
| Account No. **Creditor #: 111 Cheryl Lessman 1177 California Unit 1507 San Francisco, CA 94108** | - | | | Business partner | | | | **Unknown** |
| Account No. **Creditor #: 112 Cheyenne Air Center Owners Assoc. 4511 W. Cheyenne Avenue Suite 601 North Las Vegas, NV 89032** | - | | | Business debt | | | | **1,500.00** |
| Account No. **Creditor #: 113 Cheyenne Self Storage 8650 W. Cheyenne Avenue Las Vegas, NV 89129** | - | | | Business debt | | | | **750.00** |

Sheet no. __24__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**124,324.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                          ,        Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt re: 4362 and 4366 W. Cheyenne Avenue | | | | |
| Creditor #: 114 Cheyenne Valley Gateway Owners Associati c/o Equity Group 8367 W. Flamingo Rd. Ste 201 Las Vegas, NV 89147 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 115 Chris Furnell 5940 Palmilla Street #11 North Las Vegas, NV 89031 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 116 Cindy Sovar 4101 Deer Tract Street Round Rock, TX 78681 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 117 CIT Technology Fin. Services, Inc. P.O. Box 100706 Pasadena, CA 91189 | - | | | | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-0477 | | | | Credit card re: Royal Construction Company, SBA Development #2881,4568,7642 | | | | |
| Creditor #: 118 CitiBusiness/Aadvantage Card P.O. Box 183051 Columbus, OH 43218-3051 | | | | | | | | 62,325.00 |

Sheet no. __25__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               62,325.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                          ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx1091<br><br>Creditor #: 119<br>City National Bank<br>5830 West Flamingo Road<br>Las Vegas, NV 89103 | X | - | | Personal guarantee re: Shady Timbers, LLC Foreclosure deficiency from 41 unit townshouse project  LAWSUIT FILED | | | | 3,588,323.00 |
| Account No.<br><br>City National Bank<br>Special Assets Dept.<br>P.O. Box 30428<br>Los Angeles, CA 90030-0428 | | | | Representing:<br>City National Bank | | | | Notice Only |
| Account No.<br><br>Gary R. Goodheart, Esq.<br>Amanda J. Cowley, Esq.<br>Jones Vargas<br>3773 Howard Hughes Pkwry 3rd Flr S<br>Las Vegas, NV 89169 | | | | Representing:<br>City National Bank | | | | Notice Only |
| Account No. xxxxxx5002<br><br>Creditor #: 120<br>City National Bank<br>P.O. Box 60938<br>Los Angeles, CA 90060-0938 | X | - | | Commercial Loan<br>LAWSUIT FILED | | | | 311,751.00 |
| Account No.<br><br>Shea & Carlyon, Ltd.<br>Shlomo S. Sherman, Esq.<br>701 Bridger Avenue<br>Suite 850<br>Las Vegas, NV 89101 | | | | Representing:<br>City National Bank | | | | Notice Only |

Sheet no. __26__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,900,074.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                                                    Case No. _____
                                                                              ,
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0001** <br><br>**Creditor #: 121** <br>**City National Bank** <br>**5830 West Flamingo Road** <br>**Las Vegas, NV 89103** | X | - | **5-9-05** <br>**Personal guarantee re:PHD North, LLC on 3.71 acres raw land at Blue Diamond/Tee Pee, Las Vegas, NV** | | | | **1,164,656.00** |
| Account No. <br><br>**City National Bank** <br>**10801 West Charleston Blvd.** <br>**Las Vegas, NV 89135** | | | **Representing:** <br>**City National Bank** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 122** <br>**Clark County Air Quality** <br>**500 Grand Central Pkwy #1** <br>**Las Vegas, NV 89155** | | - | **Business debt** | | | | **Unknown** |
| Account No. <br><br>**Creditor #: 123** <br>**Clark County Assessor** <br>**500 S. Grand Central Parkway** <br>**2nd Floor** <br>**P.O. Box 551401** <br>**Las Vegas, NV 89155-1401** | | - | **Business debt** | | | | **Unknown** |
| Account No. <br><br>**Creditor #: 124** <br>**Clark County Development Services** <br>**500 Grand Central Pkwy #1** <br>**Las Vegas, NV 89155** | | - | **Business debt** | | | | **Unknown** |

Sheet no. __27__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,164,656.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                              ,    Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Creditor #: 125** **Clark County Fire Dept.** **575 E. Flamingo Rd.** **Las Vegas, NV 89119** | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 126** **Clark County Public Works** **500 S. Grand Central Pkwy** **Las Vegas, NV 89155** | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 127** **Clark County Reclamation** **500 S. Grand Central Pkwy** **Las Vegas, NV 89155** | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 128** **Clark County Treasurer** **500 S. Grand Central Pkwy 1st Floor** **P.O. Box 551220** **Las Vegas, NV 89155** | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 129** **Clark Seif Clark** **P.O. Box 4299** **Chatsworth, CA 91313** | - | | | | | | **Unknown** |

Sheet no.  **28**  of  **111**  sheets attached to Schedule of                                        Subtotal

Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Creditor #: 130** **Classic Challenger Consulting** **275 E. Tropicana Avenue** **Las Vegas, NV 89141** | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 131** **Coast West Plumbing** **2845 Synergy Street** **North Las Vegas, NV 89030** | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 132** **Colleen Allen** **222 Comanche Place** **Henderson, NV 89074** | - | | | | | | **Unknown** |
| Account No. | | | Business debt re: Towne Vistas | | | | |
| **Creditor #: 133** **Comfort Engineering** **9175 W. Flamingo Rd.** **Las Vegas, NV 89147** | - | | | | | | **Unknown** |
| Account No. | | | Business debt re: Towne Vistas | | | | |
| **Creditor #: 134** **Comfort Systems USA** **980 American Pacific Drive** **Henderson, NV 89014** | - | | | | | | **Unknown** |

Sheet no. __**29**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **135**<br>**Creditor #: 135**<br>**Communication Electronic Systems/CES**<br>**4000 E. Lake Mead**<br>**Suite A**<br>**Las Vegas, NV 89115** | - | | | **Business debt re: Towne Vistas, Centennial Business park** | | | | 38,250.00 |
| Account No.<br>**Creditor #: 136**<br>**Compass Investments/ David Gaffin**<br>**10181 Park Run Drive**<br>**Ste 200**<br>**Las Vegas, NV 89145** | - | | | **Business debt re; Running Water Management, 3 Romeo Whiskey** | | | | 25,783.00 |
| Account No.<br>**Creditor #: 137**<br>**Compliance Science**<br>**P.O. Box 97051**<br>**Las Vegas, NV 89183** | - | | | **Business debt** | | | | Unknown |
| Account No.<br>**Creditor #: 138**<br>**Connie Weber Media Consultant**<br>**2250 Tretham Way**<br>**Reno, NV 89509** | - | | | **Business debt re: Towne Vistas** | | | | Unknown |
| Account No.<br>**Creditor #: 139**<br>**Construction Protective Services**<br>**436 West Walnut Street**<br>**Gardena, CA 90248** | - | | | **Business debt re: Bunker Commons, Echelon, Centennial Hills**<br>**Confession of Judgment Recorded** | | | | Unknown |

Sheet no. __30__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          64,033.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                              , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 140 Contractors Bonding, Inc. NV 6600 W. Charleston Blvd. Suite 116 Las Vegas, NV 89146 | - | | | | | | | **Unknown** |
| Account No. | | | | 11-17-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC | | | | |
| Creditor #: 141 Cooper Roofing Co., Inc. 4515 Cooper Sage Street Las Vegas, NV 89115 | - | | | | | | | **22,934.00** |
| Account No. | | | | Business debt | | | | |
| Creditor #: 142 Corporate Flight International 5220 Haven Street Las Vegas, NV 89119 | - | | | | | | | **4,595.00** |
| Account No. | | | | Business debt re: Royal Construction, Centennial Academy, Towne Vistas | | | | |
| Creditor #: 143 Coverall Cleaning Concepts P.O. Box 802825 Chicago, IL 60680 | - | | | | | | | **400.00** |
| Account No. | | | | Business debt re: Towne Vistas, Echelon, Centennial Academy | | | | |
| Creditor #: 144 Cox Communications P.O. Box 53262 Phoenix, AZ 85072 | - | | | | | | | **1,604.00** |

Sheet no. __31__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,533.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg** _____ ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **145** Creditor #: 145 **Coyote Springs Windows & Doors 2180 N. Leslie Pahrump, NV 89060** | - | | | | **Business debt re: Towne Vistas, Spinnaker Village III** | | | | 18,500.00 |
| Account No. Creditor #: 146 **CPS Security (USA), Inc. c/o Becky A. Pintar 3993 Howard Hughes Pkwy #520 Las Vegas, NV 89169** | - | | | | **Business debt re: SBA Development, Inc. dba Royal Construction** | | | | 50,000.00 |
| Account No. Creditor #: 147 **Creative Metal Solutions, Inc. 5960 Topaz Street Las Vegas, NV 89120** | - | | | | **9-4-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | 46,226.00 |
| Account No. Creditor #: 148 **Curtis Steel 4565 Wynn Rd. Las Vegas, NV 89103** | - | | | | **Business debt re: Centennial Business Park** | | | | Unknown |
| Account No. Creditor #: 149 **Custom Hearth Distributors, Inc. 2255 Crestline Loop North Las Vegas, NV 89030** | - | | | | **Business debt re: Centennial Hills** | | | | 1,800.00 |

Sheet no. __32__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116,526.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                    , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 9-16-09 | | | | |
| Creditor #: 150 D&C Concrete, LLC dba Sturm's Concrete Co. 8530 Bella Vacio Court Las Vegas, NV 89130 | - | | | Mechanic's Lien/Business debt re: Towne Vistas, LLC | | | | 6,502.00 |
| Account No. | | | | Business debt re: Towne Vistas, Centennial Business Park | | | | |
| Creditor #: 151 D&D Steel 2180 N. Commerce North Las Vegas, NV 89030 | - | | | | | | | 17,739.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 152 Dan Bradley Glass Shop, Inc. 4125 W. Desert Inn Rd. Las Vegas, NV 89102 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Stone Haven Commons, SBA | | | | |
| Creditor #: 153 David Goldberg 2917 Crystal Bay Drive Las Vegas, NV 89117 | - | | | | | | | 950.00 |
| Account No. | | | | Business debt re: Shady Timber Partners/Stonehaven Commons | | | | |
| Creditor #: 154 David McKee 4495 Hacienda Suite 11C Las Vegas, NV 89113 | - | | | | | | | Unknown |

Sheet no. __33__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    25,191.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg** ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Creditor #: 155**<br>**David Pinegar**<br>**P.O. Box 60192**<br>**San Diego, CA 92166** | - | | | Business debt re: 3 Romeo Whiskey | | | | **Unknown** |
| Account No.<br>**Creditor #: 156**<br>**David Speckman**<br>**1414 Oliver Avenue**<br>**San Diego, CA 92109** | - | | | Business debt | | | | **Unknown** |
| Account No.<br>**Creditor #: 157**<br>**DC Installation**<br>**4690 Panaramic Court**<br>**Las Vegas, NV 89129** | - | | | Business debt e; Towne Vistas, Spinnaker Village III | | | | **Unknown** |
| Account No.<br>**Creditor #: 158**<br>**Dean & Dunn Roofing, LLC**<br>**2980 S. Jones Blvd.**<br>**Suite A**<br>**Las Vegas, NV 89146** | - | | | Business debt | | | | **194.00** |
| Account No.<br>**Creditor #: 159**<br>**Dean Roofing & Insulation Co.**<br>**5525 South Cameron Street**<br>**Las Vegas, NV 89118** | - | | | Business debt re: SBA, Centennail Hills, Centennial Academy | | | | **6,358.00** |

Sheet no. __34__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **6,552.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg** ,                                   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 160 Deans and Homer 340 Pine Street 2nd Floor San Francisco, CA 94104** | - | | Business debt | | | | 6,358.00 |
| Account No. **Creditor #: 161 Debbie Pierce 7837 Fandango Court Las Vegas, NV 89120** | - | | Business debt | | | | Unknown |
| Account No. **Creditor #: 162 Dell Commercial Credit Dept. 50-0059173974 P.O. Box 689020 Des Moines, IA 50368-9020** | - | | Business debt re: Centennial Academy, SBA | | | | 1,285.00 |
| Account No. **Creditor #: 163 Dell Financial Services P.O. Box 5292 Carol Stream, IL 60197** | - | | Business debt re: SBA, Centennial Academy | | | | Unknown |
| Account No. **Creditor #: 164 Delta Aircraft Finance Corp. 5323 120th Avenue Parrish, FL 34219** | - | | Business debt | | | | 10,000.00 |

Sheet no. __35__ of __111__ sheets attached to Schedule of                         Subtotal                  17,643.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                                   ,          Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt re: Hangar 08 | | | | |
| Creditor #: 165 **Deluxe Business Checks** P.O. Box 742572 Cincinnati, OH 45274 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Spinnaker Village IV | | | | |
| Creditor #: 166 **Demolition Technologies, Inc.** 330 South Decatur Blvd. P.O. Box 1032 Las Vegas, NV 89107 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 167 **Desert Plastering** 2602 Losee Road North Las Vegas, NV 89030 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: 3 Romeo Whiskey | | | | |
| Creditor #: 168 **Diero Auctioneers, Inc.** 7878 West Sahara Avenue Suite 110 Las Vegas, NV 89117 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Royal Construction | | | | |
| Creditor #: 169 **Direct TV** P.O. Box 60036 Los Angeles, CA 90060-0036 | - | | | | | | | 130.00 |

Sheet no. __36__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          130.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg__ , Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 170 Discount Dumpsters 420 N. Nellis Blvd. SUITE h Las Vegas, NV 89146 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 171 Divinity Johnson 10239 Bare Rabbit Ct. Las Vegas, NV 89178 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 172 Doug Templeton 6113 Azurite Drive Las Vegas, NV 89130 | - | | | | | | | Unknown |
| Account No. | | | | Business partner in Samanda Partners | | | | |
| Creditor #: 173 Dr. Lindsay Hansen 612 Run Ridge Street Las Vegas, NV 89144 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Bunker Commons | | | | |
| Creditor #: 174 Drew Asphalt Paving, Inc. 4510 N. Valdez Las Vegas, NV 89129 | - | | | | | | | Unknown |

Sheet no. __37__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                         ,         Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                            **Creditor #: 175**<br>**Durango Elk Holding Co., LLC**<br>**3230 S. Buffalo Drive**<br>**Suite 105**<br>**Las Vegas, NV 89117** | | - | | **Business debt** | | | | **Unknown** |
| Account No.                                            **Creditor #: 176**<br>**Duro Last Roofing, Inc.**<br>**525 Morley Drive**<br>**Saginaw, MI 48601** | | - | | **Business debt** | | | | **Unknown** |
| Account No.                                            **Creditor #: 177**<br>**Dynamic HVAC**<br>**3315 Birtcher Drive**<br>**Las Vegas, NV 89118** | X | - | | **9-3-09, amended 1-5-10**<br>**Mechanic's Lien/Business debt re: Towne Vistas, LLC, CBP**<br>**LAWSUIT FILED** | | | | **106,697.00** |
| Account No.                                            **Peel Brimley**<br>**3333 E. Serene Avenue**<br>**Suite 200**<br>**Henderson, NV 89074** | | | | **Representing:**<br>**Dynamic HVAC** | | | | **Notice Only** |
| Account No.                                            **Creditor #: 178**<br>**Dynamic Plumbing Systems, Inc.**<br>**of Nevada**<br>**4745 Cooper Sage Street**<br>**Las Vegas, NV 89115** | | - | | **10-15-09**<br>**Mechanic's Lien/Business debt re: Towne Vistas, LLC, CBP** | | | | **5,726.00** |

Sheet no. __**38**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**112,423.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg** ,                                    Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **179** | | - | | Business debt re: CBP, SBA | | | | |
| **Creditor #: 179** **E & E Fire Protection** **5678 La Costa Canyon Court #100** **Las Vegas, NV 89139** | | | | | | | | **5,378.00** |
| Account No. | | - | | Business debt | | | | |
| **Creditor #: 180** **ECE** **8076 W. Sahara Avenue** **Suite C** **Las Vegas, NV 89117** | | | | | | | | **Unknown** |
| Account No. | | - | | Business debt re: Towne Vistas, CA, Coronado | | | | |
| **Creditor #: 181** **Embarq Communications** **P.O. Box 660068** **Dallas, TX 75266-0068** | | | | | | | | **Unknown** |
| Account No. | | - | | Business debt re: Centennial Academy | | | | |
| **Creditor #: 182** **EMC Insurance Companies** **16150 N. Arrowhead Fountain Ctr. Drive** **Suite 350** **Peoria, AZ 85385-5760** | | | | | | | | **1,753.00** |
| Account No. | | - | | Business debt re: SBA | | | | |
| **Creditor #: 183** **Employer Mutual Casualty Company** **16151 N. Arrowhead Fountain Ctr. Dr. Ste 350** **Peoria, AZ 85385** | | | | | | | | **Unknown** |

Sheet no. __39__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,131.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                          ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt re: SBA | | | | |
| Creditor #: 184 Employers Insurance Company of Nevada P.O. Box 52787 Phoenix, AZ 85072-2787 | - | | | | | | | 2,322.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 185 Energy Inspectors 8515 Edna Ste 210 Las Vegas, NV 89117 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: SBA | | | | |
| Creditor #: 186 Excella Communications 1700 S. Main Street Las Vegas, NV 89104 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: SBA | | | | |
| Creditor #: 187 Execuclean Janitorial 6440 Sky Pointe Drive Ste 140-336 Las Vegas, NV 89131 | - | | | | | | | Unknown |
| Account No. | | | | 9-29-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC | | | | |
| Creditor #: 188 Executive Plastering 3656 N. Rancho Drive Suite 101 Las Vegas, NV 89130 | - | | | | | | | 47,630.00 |

Sheet no. __40__ of __111__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          49,952.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                      ,          Case No. _____

                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 189**<br>**Falcon Insurance**<br>**P.O. Box13503**<br>**Scottsdale, AZ 85267** | | - | | **Business debt re: 4 Romeo Whiskey, Running Water Management, 3 Romeo Whiskey, DASI** | | | | 2,897.00 |
| Account No. **xx1226**<br>**Creditor #: 190**<br>**FDIC as Receiver for Southwest USA Bank**<br>**4043 South Eastern**<br>**Las Vegas, NV 89119** | X | - | | **4.5 acre business park foreclosure deficiency personal guarantee re: Spinnaker Homes VII, LLC** | | | | 1,833,239.00 |
| Account No. **xx1227**<br>**Creditor #: 191**<br>**FDIC as Receiver for Southwest USA Bank**<br>**4043 South Eastern**<br>**Las Vegas, NV 89119** | X | - | | **4.5 acre business park foreclosure deficiency personal guarantee re: Spinnaker Homes VII, LLC** | | | | 1,200,000.00 |
| Account No.<br>**Credit Recovery Advisors**<br>**c/o Mike Buckner**<br>**2400 Augusta Drive, Ste 212**<br>**Houston, TX 77057** | | | | **Representing:**<br>**FDIC as Receiver for Southwest USA Bank** | | | | Notice Only |
| Account No.<br>**Creditor #: 192**<br>**Federal Deposit Insurance Corporation**<br>**c/o David Mullin**<br>**500 S. Taylor Suite 800**<br>**Amarillo, TX 79101** | | - | | **Notice for Tier One Bank** | | | | Unknown |

Sheet no. __41__ of __111__ sheets attached to Schedule of<br>Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)

| 3,036,136.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  __Stephen B. Aizenberg_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 193 Federal Express Corp. P.O. Box 7221 Pasadena, CA 91109 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 194 Federal Express Kinkos P.O. Box 672085 Dallas, TX 75267-2085 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Spinnaker Homes IX | | | | |
| Creditor #: 195 Fennemore Craig, PC 3003 N. Central Avenue Suite 200 Phoenix, AZ 85012 | - | | | | | | | Unknown |
| Account No. | | | | Indemnity Agreement re: Tier One/Great Western debt re: Towne Vistas, LLC | | | | |
| Creditor #: 196 Fidelity National Title Insurance Company c/o Eric Early Early, Sullivan, Wright Gizer and McRae | - | | | | | | | 871,576.00 |
| Account No. xxxxxx9700 | | | | 11-12-09 Personal guarantee on 10 finished condo lots re: Coronado Condominiums, LLC | | | | |
| Creditor #: 197 First Security Bank of Nevada 10501 West Gowan Rd. #260 Las Vegas, NV 89129 | X - | | | | | | | 528,117.00 |

Sheet no. __42__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,399,693.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                                ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**First Security Bank of Nevada**<br>**P.O. Box 34240**<br>**Las Vegas, NV 89133** | | | | **Representing:**<br>**First Security Bank of Nevada** | | | | **Notice Only** |
| Account No. **xxxxxx9700**<br><br>**Creditor #: 198**<br>**First Security Bank of Nevada**<br>**10501 West Gown Rd. #260**<br>**Las Vegas, NV 89129** | | X | - | **11-12-09**<br>**Personal guarantee on 37 finished condo lots re: Coronado Condominiums, LLC** | | | | **1,139,915.00** |
| Account No. **xxxxxx8200**<br><br>**Creditor #: 199**<br>**First Security Bank of Nevada**<br>**10501 West Gowan Rd. #260**<br>**Las Vegas, NV 89129** | | X | - | **Personal guarantee on 145 East Reno Avenue, Las Vegas, NV re: Hangar 08, LLC  SHORT SALE signed 1/27/11** | | | | **Unknown** |
| Account No. **xxxxxx3700**<br><br>**Creditor #: 200**<br>**First Security Bank of Nevada**<br>**P.O. Box 34240**<br>**Las Vegas, NV 89133** | | | - | **Business debt re: Coronado Condominiums, LLC** | | | | **1,810,639.00** |
| Account No.<br><br>**Creditor #: 201**<br>**Flack & Kurtz**<br>**385 Pilot Rd. Ste D**<br>**Las Vegas, NV 89119** | | | - | **Business debt** | | | | **Unknown** |

Sheet no. __43__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,950,554.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Creditor #: 202<br>Flangus McMillan Law Group<br>3275 S. Jones Blvd.<br>Ste 105<br>Las Vegas, NV 89146 | - | | | Business debt | | | | 3,733.00 |
| Account No.<br><br>Creditor #: 203<br>Fred Lessman<br>1844 Winners Cup Drive<br>Las Vegas, NV 89117 | - | | | Business partner re: SF Development, Towne Vistas, Spirit Ridge | | | | Unknown |
| Account No.<br><br>Creditor #: 204<br>Fred Lessman Revocable Trust<br>1844 Winners Cup Drive<br>Las Vegas, NV 89117 | - | | | Business partner re: SF Development, Towne Vistas, Spirit Ridge | | | | Unknown |
| Account No.<br><br>Creditor #: 205<br>Freedom Electric<br>6440 SKy Point Drive<br>Ste 140-274<br>Las Vegas, NV 89131 | - | | | Business debt re: Stonehaven, Centennial Hills, Royal Construction | | | | Unknown |
| Account No.<br><br>Creditor #: 206<br>Frehner Masonry<br>3432 N. Bruce Street<br>Suite 10<br>North Las Vegas, NV 89030 | - | | | Business debt re: Centennial Busines park, Centennial Hills | | | | 2,848.00 |

Sheet no. __44__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,581.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **207** | | - | | **11-6-09** | | | | |
| **Creditor #: 207** **Frehner Masonry, Inc.** **3432 N. Bruce Street** **Suite 10** **North Las Vegas, NV 89030** | | | | **Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | **7,960.00** |
| Account No. | | - | | **Business debt re: Coronado Condominiums** | | | | |
| **Creditor #: 208** **G.C. Wallace, Inc.** **6655 South Cimaron Rd.** **Las Vegas, NV 89113** | | | | | | | | **Unknown** |
| Account No. | | - | | **Business debt** | | | | |
| **Creditor #: 209** **Gary Gingrich** **680 Tyendale Ct.** **Las Vegas, NV 89123** | | | | | | | | **Unknown** |
| Account No. | | - | | **Business debt** | | | | |
| **Creditor #: 210** **Gary Morgan** **4126 Rustic Ct.** **North Las Vegas, NV 89081** | | | | | | | | **Unknown** |
| Account No. | | - | | **Business debt** | | | | |
| **Creditor #: 211** **GB Insurance Professionals** **P.O. Box 752843** **Las Vegas, NV 89136** | | | | | | | | **Unknown** |

Sheet no. __45__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,960.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3001** | | | | **Business debt** | | | | |
| **Creditor #: 212**<br>**GE Capital c/o Recovery Division, LLC**<br>**4836 Brecksville Road**<br>**P.O. Box 523**<br>**Richfield, OH 44286** | - | | | | | | | **34,039.00** |
| Account No. | | | | **Business debt re: Centennial Business Park, Echelon, Stonehave, Bunker Commons** | | | | |
| **Creditor #: 213**<br>**Geo Tek, Inc.**<br>**P.O. Box 31001-0271**<br>**Pasadena, CA 91110-0271** | - | | | | | | | **3,120.00** |
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 214**<br>**Gerald Garapich, AIA, LLC**<br>**3005 W. Horizon Ridge Pkwy #200**<br>**Henderson, NV 89052** | - | | | | | | | **Unknown** |
| Account No. | | | | **Business debt re: 3 Romeo Whiskey** | | | | |
| **Creditor #: 215**<br>**Glen Chaves**<br>**2538 Cortina Avenue**<br>**Henderson, NV 89074** | - | | | | | | | **3,780.00** |
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 216**<br>**GMS Concrete, Inc.**<br>**231 W. Utah**<br>**Las Vegas, NV 89102** | - | | | | | | | **Unknown** |

Sheet no. __46__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**40,939.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                         ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Business debt re: Spinnaker Homes IX | | | | |
| Creditor #: 217 Gouvis Engineering 2150 E. Tahquitz Canyon #9 Palm Springs, CA 92262 | - | | | | | | | 11,000.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 218 Granite World 2630 E. LaMadre North Las Vegas, NV 89081 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: SBA | | | | |
| Creditor #: 219 Great Lawns 1050 Whitney Ranch Drive #1626 Henderson, NV 89014 | - | | | | | | | Unknown |
| Account No. xxxxxx9698 | | | | 10-10-06 62 unit condominium project personal guarantee re: Towne Vistas, LLC (additional properties given as collateral) LAWSUIT FILED | | | | |
| Creditor #: 220 Great Western Bank (Tier One) Attn: Jason Kester 200 W. Littleton Blvd. Littleton, CO 80120 | X - | | | | | | | 32,250,000.00 |
| Account No. | | | | Representing: Great Western Bank | | | | |
| Glaser Weil Fink Jacobs Howard Avchen & Shapito, LLP 10250 Constellation Blvd. 19th Floor Los Angeles, CA 90067 | | | | | | | | Notice Only |

Sheet no. __47__ of __111__ sheets attached to Schedule of                         Subtotal                    | 32,261,000.00 |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                      ,         Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Holland & Hart, LLP 3800 Howard Hughes Parkway 10th Floor Las Vegas, NV 89169** | | | Representing: **Great Western Bank** | | | | **Notice Only** |
| Account No. | | | Business debt re: Echelon | | | | |
| **Creditor #: 221 Grizzly Materials Testing 6280 S. Valley View Blvd. #722 Las Vegas, NV 89117** | | - | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 222 H20 Backflow Service 452 E. Silverado Ranch Blvd. #343 Las Vegas, NV 89183** | | - | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 223 Hall Paint and Drywall 6465 W. Sahara Avenue #200 Las Vegas, NV 89146** | | - | | | | | **Unknown** |
| Account No. | | | Business debt re: SBA | | | | |
| **Creditor #: 224 Hanover Insurance Attn: Amy L. Cook 440 Lincoln Street Worcester, MA 01653** | X | - | | | | | **74,869.00** |

Sheet no. __48__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**74,869.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hanover Insurance** **2111 E. Highland #360** **Phoenix, AZ 85016** | | | Representing: **Hanover Insurance** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Mann, Berens & Wisner, LLP** **3300 North Central Avenue** **Suite 2400** **Phoenix, AZ 85012** | | | Representing: **Hanover Insurance** | | | | **Notice Only** |
| Account No. | | | 9-15-09 **Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | |
| **Creditor #: 225** **Hardy Painting and Drywall** **Hardy Companies, Inc.** **6465 W. Sahara Avenue #200** **Las Vegas, NV 89146** | | - | | | | | **3,325.00** |
| Account No. | | | **Business debt re: Stone Haven Commons** | | | | |
| **Creditor #: 226** **Harmony Homes** **7220 South Cimarron Ste 100** **Las Vegas, NV 89113** | | - | | | | | **Unknown** |
| Account No. | | | 9-3-09, amended 12-16-09 **Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | |
| **Creditor #: 227** **Helix Electric of Nevada, LLC** **3078 E. Sunset Rd.** **Suite 9** **Las Vegas, NV 89120** | X | - | **LAWSUIT FILED** | | | | **173,068.00** |

Sheet no. __49__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **176,393.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Peel Brimley, LLP 3333 E. Serene Avenue, Ste 200 Henderson, NV 89074** | | | Representing: **Helix Electric of Nevada, LLC** | | | | **Notice Only** |
| Account No. **Creditor #: 228 Henderson Drywall, Inc. 4314 E. Alexander Rd. Las Vegas, NV 89115** | | - | **Business debt re: Towne Vistas** | | | | **Unknown** |
| Account No. **Creditor #: 229 Heritage Windows and Doors 1503 W. San Pedro Street Las Vegas, NV 89115** | | - | **Business debt re: Towne Vistas** | | | | **Unknown** |
| Account No. **Creditor #: 230 Highway Striping & Signs 3425 Bunkerhill Drive North Las Vegas, NV 89032** | | - | **10-28-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | **10,610.00** |
| Account No. **Creditor #: 231 Highway Technologies 4533 Andrew Street North Las Vegas, NV 89081** | | - | **Business debt re: Bunker Commons** | | | | **1,000.00** |

Sheet no. __**50**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,610.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**  _____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 232** **HJ Richie** **3650 N. Rancho Drive #112** **Las Vegas, NV 89130** | | - | | Business debt | | | | Unknown |
| Account No. **Creditor #: 233** **Home Depot Credit Services** **P.O. Box 6029** **The Lakes, NV 88901-6029** | | - | | Business debt | | | | 50.00 |
| Account No. **Creditor #: 234** **Hoyco Construction, Inc.** **980 Marycrest Rd.** **Ste A** **Henderson, NV 89014** | | - | | Business debt **COMPANY FILED BK/OUT OF BUSINESS** | | | | Unknown |
| Account No. **Creditor #: 235** **i365, Inc.** **15422 Collections Center Drive** **Chicago, IL 60693** | | - | | Business debt re: Royal Construction | | | | Unknown |
| Account No. **Creditor #: 236** **Ice Louge Las Vegas, LLC** **145 East Reno Avenue** **Suite E7** **Las Vegas, NV 89119** | | - | | Business debt re: Hangar 08, LLC | | | | Unknown |

Sheet no. __51__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     50.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 237 Impact Sand and Gravel 250 Pilot Road, Ste 160 Las Vegas, NV 89119 | - | | | | | | Unknown |
| Account No. | | | Business debt re: SBA Development, Inc. | | | | |
| Creditor #: 238 Insurance Company of the West Explorer Insurance Company 11455 El Camino Real San Diego, CA 92103 | - | | | | | | Unknown |
| Account No. | | | Representing: Insurance Company of the West | | | | |
| Explorer Insurance Company of the West P.O. Box 85563 San Diego, CA 92186 | | | | | | | Notice Only |
| Account No. | | | Business debt | | | | |
| Creditor #: 239 Insured Aircraft Title Service P.O. Box 19527 Oklahoma City, OK 73144 | - | | | | | | Unknown |
| Account No. | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 240 Integrity Pools, Inc. 4894 W. Lone Mountain Rd. Las Vegas, NV 89130 | - | | | | | | Unknown |

Sheet no. __52__ of __111__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg** _____,  Case No. _____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 241 | | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 241 Intelliquick Delivery P.O. Box 34991 Phoenix, AZ 85067 | - | | | | | | | Unknown |
| Account No. 242 | | | | Business debt re:  Centennial Business Park | | | | |
| Creditor #: 242 Interstate Plumbing & Air 7201 Post Rd. Las Vegas, NV 89113 | - | | | | | | | 19,461.00 |
| Account No. 243 | | | | Business debt re:  Running Water, 4 Romeo Whiskey, 3 Romeo Whiskey | | | | |
| Creditor #: 243 Ira Eichenfeld 5220 Haven Street Las Vegas, NV 89119 | - | | | | | | | 4,594.00 |
| Account No. 244 | | | | Business debt | | | | |
| Creditor #: 244 J&J Enterprises Service, Inc. 5920 Cougar Avenue Las Vegas, NV 89139 | - | | | | | | | Unknown |
| Account No. 245 | | | | Business debt | | | | |
| Creditor #: 245 J&J Service 70 E. Ford Avenue Las Vegas, NV 89123 | - | | | | | | | Unknown |

Sheet no. __53__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **24,055.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                              ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 246 **Creditor #: 246 J&K Consultants, Inc. 2012 Western Avenue Las Vegas, NV 89102** | - | | **9-14-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | 4,994.00 |
| Account No. 247 **Creditor #: 247 J. Alvarez Masonry 4040 W. Craig Rd. #113 North Las Vegas, NV 89031** | - | | **10-23-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | 10,275.00 |
| Account No. 248 **Creditor #: 248 Jade Summit, LLC 1914 S. Highland Drive Las Vegas, NV 89102** | - | | **Business debt re: Towne Vistas OUT OF BUSINESS/FILED BK** | | | | Unknown |
| Account No. 249 **Creditor #: 249 Jay's Plumbing Service P.O. Box 29089 Las Vegas, NV 89126** | - | | **Business debt** | | | | Unknown |
| Account No. 250 **Creditor #: 250 Jed Giocoletto P.O. Box 910033 Saint George, UT 84791** | - | | **Business debt re: Spinnaker Realty, Inc.** | | | | Unknown |

Sheet no. __54__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **15,269.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 251 Jenifer Hart 3917 Tumbleweed Avenue Las Vegas, NV 89121 | | - | | | | | | Unknown |
| Account No. | | | | Business debt re: Royal Construction | | | | |
| Creditor #: 252 Jenkins Jensen & Bayle 1290 E. 100 S. Ste 9 Saint George, UT 84790 | | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 253 Jeppersen Sanderson, Inc. 55 Inverness Drive East Englewood, CO 80112 | | - | | | | | | Unknown |
| Account No. | | | | Residential lease with Stephen B. Aizenberg Trust; Property is collateral with Colony Capital | | | | |
| Creditor #: 254 Jermaine Murray and Noel Harris 4840 Winter Oak Way Antelope, CA 95843 | X | - | | | | | | Unknown |
| Account No. | | | | Mortgage loan on Lot 171/1525 E. henry Road, Duck Creek, UT  EX AWARDED IN DIVORCE | | | | |
| Creditor #: 255 Jerry and Bonnie Kohler c/o Equity Escrow 20 N. Main Street #300 Saint George, UT 84770 | | - | | | | | | 70,621.00 |

Sheet no. __55__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                70,621.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                          , Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 256 JetCraft Trading P.O. Box 60248 Raleigh, NC 27623** | - | | | **Business debt  re: Runing Water Management, LLC** | | | | 9,266.00 |
| Account No. **Creditor #: 257 Joe Franchina 223 Greenbriar Townshouse Way Las Vegas, NV 89121** | - | | | **Business debt** | | | | Unknown |
| Account No. **Creditor #: 258 John Nguyen 34 Cobbs Creek Way Las Vegas, NV 89148** | - | | | **Business debt re: 3 Romeo Whiskey** | | | | Unknown |
| Account No. **Creditor #: 259 Johnson Electric 2919 A Meade Avenue Las Vegas, NV 89102** | - | | | **Business debt OUT OF BUSINESS** | | | | Unknown |
| Account No. **Creditor #: 260 JoLynn Kolk 2213 Plaza Del Puerto Las Vegas, NV 89102** | - | | | **Business debt** | | | | Unknown |

Sheet no. __**56**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,266.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                          , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **261** Josh Lofquist 1236 Stonesthrow Court North Las Vegas, NV 89031 | - | | Business debt | | | | Unknown |
| Account No. **262** JS Pest Control 19 W. Brooks Avenue North Las Vegas, NV 89030 | - | | Business debt re: Centennial Academy | | | | 1,462.00 |
| Account No. **263** JT's Tub Repair 1831 Paprika Way Henderson, NV 89014 | - | | Business debt | | | | Unknown |
| Account No. **264** K & B Door Company 3711 W. Sirius Avenue Las Vegas, NV 89102 | - | | Business debt | | | | Unknown |
| Account No. **265** Kaempfer Crowell Renshaw 8345 West Sunset Road Suite 250 Las Vegas, NV 89113 | - | | Business debt re: Coronado Condominiums, Bunker Commons, Spinnaker Homes IX, Rancho Commerce Park | | | | 22,880.00 |

Sheet no. __57__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            24,342.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                            , Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 266<br>KBeech<br>3903 W. Martin Avenue<br>Las Vegas, NV 89118** | - | | | **Business debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 267<br>Keegan Engineering, P.C.<br>100 N. Green Valley Pkwy #440<br>Henderson, NV 89074** | - | | | **Business debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 268<br>Ken Baxter<br>121 E. Warm Springs Rd.<br>Las Vegas, NV 89119** | - | | | **Business debt re: Shady Timber Partners** | | | | **47,000.00** |
| Account No.<br><br>**Creditor #: 269<br>Kennington Plastering<br>P.O. Box 35110<br>Las Vegas, NV 89133** | - | | | **Business debt** | | | | **Unknown** |
| Account No. **xxxxxx9102**<br><br>**Creditor #: 270<br>Key Equipment Finance, Inc.<br>Portfolio Management<br>1000 S. McCaslin Blvd.<br>Louisville, CO 80027** | X - | | | **12-31-07<br>Personal Guarantee on Loan<br>1988 Beechcraft Model Beechjet 400<br>Re: 3 Romeo Whiskey, LLC** | | | | **1,703,675.00** |

Sheet no. __58__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,750,675.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Howard & Howard** <br> **Wells Fargo Tower** <br> **Suite 1400** <br> **3800 Howard Hughes pkwy** <br> **Las Vegas, NV 89169** | | | **Representing:** <br> **Key Equipment Finance, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Key Bank Equipment** <br> **11030 Circle Point Road** <br> **2nd Floor** <br> **Broomfield, CO 80020** | | | **Representing:** <br> **Key Equipment Finance, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 271** <br> **KTGY Group, Inc.** <br> **17922 Fitch Street** <br> **Irvine, CA 92614** | | - | **Business debt re: Centennial Commons** | | | | **100,000.00** |
| Account No. <br><br> **Creditor #: 272** <br> **L and S Fireplaces** <br> **290 Sunpac Avenue** <br> **Suite A** <br> **Henderson, NV 89015** | | - | **Business debt re: Centennial Hills** | | | | **Unknown** |
| Account No. <br><br> **Creditor #: 273** <br> **Labor Ready, Inc.** <br> **Brach 146** <br> **P.O. Box 31001-0257** <br> **Pasadena, CA 91110-0257** | | - | **Business debt re: Towne Vistas** | | | | **Unknown** |

Sheet no. __59__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg** _____,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 274 **Land Baron Brokerage, LLC** **10777 W. Twain #225** **Las Vegas, NV 89135** | - | | | | | | | |
| | | | | | | | | **7,057.00** |
| Account No. | | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 275 **Larsen Enterprises, Inc.** **2515 Abels Lane** **Suite B** **Las Vegas, NV 89115** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business debt re: Echelon | | | | |
| Creditor #: 276 **Las Vegas Color Graphics** **4265 W. Sunset Rd.** **Las Vegas, NV 89118** | - | | | | | | | |
| | | | | | | | | **7,600.00** |
| Account No. | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 277 **Las Vegas Toilet Rentals** **2069 Christy Lane** **Las Vegas, NV 89156** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 278 **Las Vegas Valley Water District** **1001 S. Valley View Blvd.** **Las Vegas, NV 89153** | - | | | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __60__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **14,657.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 279 Legacy Electric 3650 E. Sunset Road #105 Las Vegas, NV 89120** | | - | | Business debt re: Centennial Business Park | | | | 8,700.00 |
| Account No. **Creditor #: 280 Liberty Bell Alarm 5320 South Watt Avenue Sacramento, CA 95826** | | - | | Business debt | | | | Unknown |
| Account No. **Creditor #: 281 Lisa Imbesi and Priscilla Branco 121 Gryffin Avenue Las Vegas, NV 89123** | X | - | | Residential lease with Spinnaker Homes III; Property is collateral with Colony Capital | | | | Unknown |
| Account No. **Creditor #: 282 Lori Morales 10259 Franford Ct. Las Vegas, NV 89183** | | - | | Business debt | | | | Unknown |
| Account No. **Creditor #: 283 Low Volt P.O. Box 90752 Henderson, NV 89009** | | - | | Business debt | | | | Unknown |

Sheet no. __61__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,700.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                              ,    Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 284 **Creditor #: 284** **M&M Electric, Inc.** **3655 West Dewey Drive** **Las Vegas, NV 89118** | - | | **Business debt** | | | | **Unknown** |
| Account No. 285 **Creditor #: 285** **M.S. Door & Trim, Inc.** **3840 N. Commerce Street** **North Las Vegas, NV 89032** | - | | **Business debt** | | | | **Unknown** |
| Account No. 286 **Creditor #: 286** **Mad Dog Heavy Equipment** **9550 South Eastern** **Suite 253** **Las Vegas, NV 89123** | - | | **Business debt re: Orchards, Echelon, Bunker Commons (Royal Cosntruction)** | | | | **114,384.00** |
| Account No. 287 **Creditor #: 287** **Mak Commercial Glazing, LLC** **3230 Polaris Avenue** **Ste 15** **Las Vegas, NV 89102** | - | | **Business debt re: Centennial Business Park** | | | | **8,824.00** |
| Account No. 288 **Creditor #: 288** **Mammoth Underground, LLC** **421 W. Bonanza** **Las Vegas, NV 89106** | - | | **Business debt re: Centennial Academy, Stone Haven Commons (Royal Construction)** | | | | **55,000.00** |

Sheet no. __62__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **178,208.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                          ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  **289** | | | | **Business debt re: Spinnaker IX** | | | | |
| **Creditor #: 289**<br>**Mark III Management Company**<br>**1321 Howe Avenue**<br>**Suite 101**<br>**Sacramento, CA 95825** | - | | | | | | | **Unknown** |
| Account No. | | | | **Representing:** | | | | |
| **Mark III Mangement Co.**<br>**2020 Hurley Way Ste 120**<br>**Sacramento, CA 95825** | | | | **Mark III Management Company** | | | | **Notice Only** |
| Account No.  **290** | | | | **Residential lease with Spinnaker Homes III; Property is collateral with Colony Capital** | | | | |
| **Creditor #: 290**<br>**Martyn Bingham and Warren Lowrey**<br>**117 Gryffin Avenue**<br>**Las Vegas, NV 89123** | X - | | | | | | | **Unknown** |
| Account No.  **291** | | | | **Business debt** | | | | |
| **Creditor #: 291**<br>**Media Undergound**<br>**3485 W. Harmon**<br>**Suite 100**<br>**Las Vegas, NV 89103** | - | | | | | | | **Unknown** |
| Account No.  **292** | | | | **Business debt re: Coronado Condominiums** | | | | |
| **Creditor #: 292**<br>**Mendenhall Smith**<br>**3571 Red Rock Street**<br>**Suite A**<br>**Las Vegas, NV 89103** | - | | | | | | | **3,000.00** |

Sheet no. __**63**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 293<br>Mercury L.D.O.<br>3325 Pepper Lane<br>Las Vegas, NV 89120 | - | | | | | | 1,200.00 |
| Account No. | | | Business debt re: Centennial Academy | | | | |
| Creditor #: 294<br>Merimac Lease Payment<br>11 Liana Street<br>Woburn, MA 01801 | - | | | | | | 84.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 295<br>Metro Roofing, Inc.<br>4384 E. Alexander Rd.<br>Las Vegas, NV 89115 | - | | | | | | Unknown |
| Account No. | | | Business debt re:  Centennial Business Park | | | | |
| Creditor #: 296<br>Michael Dean Slade<br>5580 Fire Island Drive<br>Las Vegas, NV 89120 | - | | | | | | 9,657.00 |
| Account No. | | | Residential lease with Stephen B. Aizenberg Trust; Property is collateral with Colony Capital | | | | |
| Creditor #: 297<br>Mikayla Barbour, Joshua Shanklin,Deserae Lyons<br>4708 Forrester Way<br>Antelope, CA 95843 | X - | | | | | | Unknown |

Sheet no. __64__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,941.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen B. Aizenberg**                                      , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                                        Business debt **Creditor #: 298** **Mike Sutton Details** **2353 Buffalo Rim Avenue** **Las Vegas, NV 89118** | | - | | Business debt | | | | Unknown |
| Account No.                                                                        Business debt re: Hangar 08 **Creditor #: 299** **Minus 5 Ice Bar** **145 E. Reno Avenue** **Las Vegas, NV 89119** | | - | | Business debt re: Hangar 08 | | | | Unknown |
| Account No.                                                                        Business debt re: Centennial Academy **Creditor #: 300** **Miriam Dake** **5973 Kylie Street** **Las Vegas, NV 89130** | | - | | Business debt re: Centennial Academy | | | | Unknown |
| Account No.                                                                        Business debt **Creditor #: 301** **MK House Consulting, Inc.** **7670 Jacaranda Bay Street** **Las Vegas, NV 89139** | | - | | Business debt | | | | Unknown |
| Account No.                                                                        Business debt **Creditor #: 302** **Mobile Mini, Inc.** **P.O. Box 79149** **Phoenix, AZ 85062** | | - | | Business debt | | | | 232.00 |

Sheet no. __65__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          232.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                    Case No. _____
                                                            ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 303 | | | Business debt | | | | |
| Creditor #: 303 Mojave Air, LLC 2475 Chandler Street Suite 11 Las Vegas, NV 89120 | - | | | | | | 230.00 |
| Account No. | | | Business debt re: Tucson 778, LLC, Samanda Partners, Centennial Academy and Centennial Business Park | | | | |
| Creditor #: 304 Montecito Companies 6600 W. Charleston #120 Las Vegas, NV 89146 | - | | | | | | Unknown |
| Account No. xxxxxxxxx6401 | | | Assocation dues on real property | | | | |
| Creditor #: 305 Mountain Trails Community Assoc. c/o RMI Management, LLC P.O. Box 54089 Los Angeles, CA 90054-0089 | - | | | | | | Unknown |
| Account No. | | | Representing: Mountain Trails Community Assoc. | | | | |
| RMI Management, LLC 630 Trade Center Drive Suite 100 Las Vegas, NV 89119 | | | | | | | Notice Only |
| Account No. | | | Business debt | | | | |
| Creditor #: 306 Mpower Communications P.O. Box 760767 Los Angeles, CA 90060-0767 | - | | | | | | 1,500.00 |

Sheet no. __66__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,730.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen B. Aizenberg** _____, Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business debt re: Centennial Hills | | | | |
| Creditor #: 307 MSG Surveying 3277 E. Warm Springs Rd. Suite 300 Las Vegas, NV 89120 | | - | | | | | | | Unknown |
| Account No. | | | | | 11-14-06 | | | | |
| Creditor #: 308 Multibank2009-1 RES_ADC Venture, LLC c/o Rialto Credit Advisors, LLC 850 3rd Avenue, Ste 16B New York, NY 10022 | X | - | | | Guarantee on Promissory Note, Deed of Trust and Contruction Loan re: Towne Vistas, LLC PROPERTY FORECLOSED-LAWSUIT PENDING | | | | 18,133,659.00 |
| Account No. | | | | | Representing: | | | | |
| Lionel Sawyer & Collins 300 South Fourth Street 1700 Bank of America Plaza Las Vegas, NV 89101 | | | | | Multibank2009-1 RES_ADC Venture, LLC | | | | Notice Only |
| Account No. | | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 309 N5R Realty Advisors, LLC 701 Market Street Ste 111 Saint Augustine, FL 32095 | | - | | | | | | | Unknown |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 310 National Construction Rentals P.O. Box 4503 Pacoima, CA 91333-4503 | | - | | | | | | | 3,800.00 |

Sheet no. __67__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,137,459.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg__ ,                    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 311 NCX Group 5001 Birch Street West Tower #3000 Newport Beach, CA 92660 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Spinnaker Homes | | | | |
| Creditor #: 312 Neal and Associates 3367 Colina Court Shingle Springs, CA 95682 | - | | | | | | | 2,500.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 313 Network US, Inc. P.O. Box 257 Naperville, IL 60566 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 314 Nevada Dept. of Taxation P.O. Box 52614 Phoenix, AZ 85072 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 315 Nevada Division of Environmental Protection 901 S. Stewart Street Ste 4001 Carson City, NV 89701 | - | | | | | | | Unknown |

Sheet no. __68__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         2,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 316 Nevada Precision 714 S. 1st Las Vegas, NV 89101 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 317 Nevada Scaffold & Equipment 6065 Hinson Street Las Vegas, NV 89118 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 318 Nevada Secretary of State 2020 N. Carson Street Carson City, NV 89701 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 319 Nevada State Contractors Board 2310 Corporate Circle Ste 200 Henderson, NV 89074 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 320 Nevada Title Company 2500 N. Buffalo Las Vegas, NV 89128 | - | | | | | | | Unknown |

Sheet no. __69__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  __Stephen B. Aizenberg_____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 321 Nevada Wrought Iron, Inc. 2983 N. Lamont Street Las Vegas, NV 89115 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 322 New Condo Online, Inc. 8885 Rio San Diego Dr. Ste 301 San Diego, CA 92108 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 323 Newman Morris & Dachelet, Ltd. 300 4th Street Las Vegas, NV 89101 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 324 Newman Morris & Dachelet, Ltd. 300 4th Street Las Vegas, NV 89101 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Towne Vistas, Spinnaker Homes V, Centennial Hills | | | | |
| Creditor #: 325 NV Energy P.O. Box 30086 Reno, NV 89520 | - | | | | | | | 24,500.00 |

Sheet no. __70__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       24,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                          ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 326**<br>**Office Depot**<br>**P.O. Box 70025**<br>**Los Angeles, CA 90074** | | - | **Business debt** | | | | **Unknown** |
| Account No.<br><br>**Office Depot Credit Plan**<br>**Dept. 56-8101403731**<br>**P.O. Box 68920**<br>**Des Moines, IA 50368** | | | **Representing:**<br>**Office Depot** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 327**<br>**Offsite Development**<br>**1637 W. Brooks Avenue**<br>**North Las Vegas, NV 89032** | | - | **Business debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 328**<br>**On Deck Baseball Academy**<br>**4145 N. Rancho Drive**<br>**Las Vegas, NV 89130** | | - | **Business debt re: Royal Construction** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 329**<br>**On Time Landscaping**<br>**9588 Trattoria Street**<br>**Las Vegas, NV 89178** | | - | **Business debt** | | | | **Unknown** |

Sheet no. __71__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 330 Opper & Gambrell, PLLC 8582 Katy Freeway Ste 200 Houston, TX 77024 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 331 Organized Spaces 3185 E. Tropicana Las Vegas, NV 89121 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 332 Orkin 8390 S. Fourth Street Henderson, NV 89015 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 333 Ovist & Howard CPA's 7 Commerce Center Drive Suite A Henderson, NV 89014 | - | | | | | | | 17,500.00 |
| Account No. | | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 334 Pac-Van, Inc. 2693 Paysphere Circle Chicago, IL 60674 | - | | | | | | | 3,764.00 |

Sheet no. __72__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    21,264.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg** _____ ,    Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 335 Pacfic Pools 8058 S. Preist Drive Ste 104 Tempe, AZ 85284 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 336 Pallanti Pools 9329 Mountain Cliffs Avenue Las Vegas, NV 89129 | - | | | | | | 330.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 337 Panacea Services, LLP 2805 Synergy Street North Las Vegas, NV 89030 | - | | | | | | Unknown |
| Account No. | | | Business debt re: 3 Romeo Whiskey | | | | |
| Creditor #: 338 Patrick Dale 975 Seven Hills Drive #3525 Henderson, NV 89002 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 339 Peel Brimley LLP Trust Account 3333 E. Serene Avenue Henderson, NV 89014 | - | | | | | | Unknown |

Sheet no. __73__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

330.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg__ _____,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 340 Performance Plastering 4840 East Cartier Avenue Las Vegas, NV 89115** | - | | | Business debt re: Centennial Business Park | | | | 2,173.00 |
| Account No. **Creditor #: 341 Peri Form Systems, Inc. c/o Robert Downa, Esq. 10 Light Street Baltimore, MD 21202** | - | | | Business debt re; Towne Vistas | | | | Unknown |
| Account No. **Creditor #: 342 Perkowitz Ruth, Inc. 111 W. Ocean Blvd. 21st Floor Long Beach, CA 90802** | - | | | 7-14-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC, Echelon | | | | 7,896.00 |
| Account No. **Creditor #: 343 PHD Assets, LLC 3325-B S. Rainbow Blvd. Ste 206 Las Vegas, NV 89146** | - | | | Business debt | | | | Unknown |
| Account No. **Creditor #: 344 PHD North, LLC 3325-B S. Rainbow Blvd. Ste 206 Las Vegas, NV 89146** | - | | | Business debt | | | | Unknown |

Sheet no. __74__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,069.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 345 PHD Properties 3225-B S. Rainbow Blvd. Ste 206 Las Vegas, NV 89146 | - | | | | | | | Unknown |
| Account No. | | | | Business partner | | | | |
| Creditor #: 346 Phil Davis 40 Tapadero Lane Las Vegas, NV 89135 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 347 Philadelphia Insurance Co. P.O. Box 70251 Philadelphia, PA 19176-0251 | - | | | | | | | Unknown |
| Account No. | | | | Business partner re: Shady Timber Partners, LLC, Spinnaker Homes III | | | | |
| Creditor #: 348 Phillip Weisman 55 Gulf Stream Las Vegas, NV 89113 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 349 Photo Research, LLC 2922 Bridle Court Las Vegas, NV 89117 | - | | | | | | | Unknown |

Sheet no. __75__ of __111__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                     , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 350 Pinnacle Appliance Distribution 5585 S. Valley View Blvd. Ste 4 Las Vegas, NV 89118 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 351 Piracle 556 Confluence Avenue Salt Lake City, UT 84123 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: SBA (Piney Bowes Postage by Phone, Pitney Bowes, Global Financial) | | | | |
| Creditor #: 352 Pitney Bowes, Inc. P.O. Box 856390 Louisville, KY 40285 | - | | | | | | | 300.00 |
| Account No. | | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 353 Plaza Bank 4043 S. Eastern Avenue Las Vegas, NV 89119 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Shady Timber Partners, LLC, Spinnaker Village III | | | | |
| Creditor #: 354 PMA 121 E. Warm Springs Rd. Las Vegas, NV 89119 | - | | | | | | | 47,000.00 |

Sheet no. __76__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     47,300.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 355 Power Plus! 3131 Olive Street Las Vegas, NV 89104 | | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 356 Powered by Geek 7640 Natures Song Las Vegas, NV 89131 | | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 357 Pre-Owned Applicances and Repair 61 W. Utah Avenue Las Vegas, NV 89102 | | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 358 Precision Fire Portection 707 Wells Rd. Ste A Boulder City, NV 89005 | | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 359 Premier Management Services 2620 S. Maryland Pkwy #579 Las Vegas, NV 89109 | | - | | | | | | Unknown |

Sheet no. __77__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **360** | | | Business debt re: Centennial Business Park | | | | |
| **Creditor #: 360** **Premier Mechanical, LLC** **4375 Polaris Avenue** **Suite A** **Las Vegas, NV 89103** | - | | | | | | 14,235.00 |
| Account No. **361** | | | Business debt | | | | |
| **Creditor #: 361** **Premium Financing Specialist** **P.O. Box 730223** **Dallas, TX 75373** | - | | | | | | Unknown |
| Account No. **362** | | | Business debt | | | | |
| **Creditor #: 362** **Principal Life Group, Grand Island** **P.O. Box 14513** **Des Moines, IA 50306-3513** | - | | | | | | 6,500.00 |
| Account No. **363** | | | Business debt | | | | |
| **Creditor #: 363** **Pro Star Drop Boxes, LLC** **2625 E. Craig Rd.** **Unit G** **North Las Vegas, NV 89030** | - | | | | | | Unknown |
| Account No. **364** | | | Business debt | | | | |
| **Creditor #: 364** **Prostar Pest Control** **5848 Camino Al Norte #2-401** **North Las Vegas, NV 89031** | - | | | | | | Unknown |

Sheet no. __78__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,735.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 365 Purchase Power P.O. Box 856042 Louisville, KY 40285 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 366 Pure Clean 6895 E. Lake Mead Blvd. #A-6 119 Las Vegas, NV 89156 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 367 QED, Inc. 750 Enterprise Drive Lexington, KY 40510 | - | | | | | | Unknown |
| Account No. | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 368 Quality Built 15330 Avenue of Science San Diego, CA 92128 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 369 Quality Impressions 6295 Harrison Drive Ste 29 Las Vegas, NV 89120 | - | | | | | | Unknown |

Sheet no. __79__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg** ,                                    Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 370 Quill Corporation P.O. Box 37600 Philadelphia, PA 19101 | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business debt | | | | |
| Creditor #: 371 R.O.I. Appraisal Ltd. 7100 West Smoke Ranch Rd. Ste 150 Las Vegas, NV 89128 | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business debt | | | | |
| Creditor #: 372 Radian 1601 Market Street 3rd Floor Philadelphia, PA 19103 | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business debt | | | | |
| Creditor #: 373 Raje Blinds 2641 Windmill Pkwy Henderson, NV 89074 | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business debt re: Centennial Academy | | | | |
| Creditor #: 374 Rakeman Plumbing 4075 Losee Rd. North Las Vegas, NV 89030 | - | | | | | | | |
| | | | | | | | | **1,600.00** |

Sheet no. __80__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,600.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 375 | | | | 4-3-08 | | | | |
| Creditor #: 375 RalRon Capital Corporation 700 7th Street South Fargo, ND 58103 | X | - | | Business Loan Agreement and Promissory Note re: 4 Romeo Whiskey, LLC LAWSUIT FILED | | | | 313,250.00 |
| Account No. | | | | | | | | |
| Mark G. Simons Robison, Belaustegui, Sharp & Low 71 Washington Street Reno, NV 89503 | | | | Representing: RalRon Capital Corporation | | | | Notice Only |
| Account No. | | | | Business partner | | | | |
| Creditor #: 376 Randall B. Kidd 6265 N. Ft. Apache Las Vegas, NV 89149 | | - | | | | | | Unknown |
| Account No. | | | | Business debt re: Centennial Business park | | | | |
| Creditor #: 377 Rapid Color, Inc. 6295 Harrison Drive Ste 29 Las Vegas, NV 89120 | | - | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 378 RCR Companies P.O. Box 31001-1330 Pasadena, CA 91110-1330 | | - | | | | | | Unknown |

Sheet no. __81__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     313,250.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8-11-09 | | | | |
| Creditor #: 379 Ready Mix, Inc. 13850 S. Decatur Blvd. North Las Vegas, NV 89081 | - | | | Mechanic's Lien/Business debt re: Towne Vistas, LLC | | | | 3,150.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 380 Realty West, Inc. 1110 Mary Crest Rd. Henderson, NV 89074 | - | | | | | | | Unknown |
| Account No. | | | | Business debt Out of business | | | | |
| Creditor #: 381 Red Rock Mechanical, LLC 6311 Dean Martin Dr. Las Vegas, NV 89118 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 382 Regional Landscape, Inc. 7425 Peak Drive Las Vegas, NV 89128 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 383 Reliable Office Supllies P.O. Box 105529 Atlanta, GA 30348-5529 | - | | | | | | | Unknown |

Sheet no. __82__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,150.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen B. Aizenberg**                                    , Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 384 Reliable Technology Admin Group 8414 Farm Rd Suite 180 Las Vegas, NV 89131 | - | | | | | | | 3,500.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 385 Renaissance Learning, Inc. P.O. Box 8036 Wisconsin Rapids, WI 54495 | - | | | | | | | Unknown |
| Account No. | | | | Business partner | | | | |
| Creditor #: 386 Rene Davis 40 Tapadero Lane Las Vegas, NV 89135 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 387 Republic Services P.O. Box 78040 Phoenix, AZ 85062 | - | | | | | | | 1,500.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 388 Residential Warranty Company 5300 Derry Street Harrisburg, PA 17111 | - | | | | | | | Unknown |

Sheet no. __83__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    5,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg__ , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 389 Richard Gallegos, Architect 3529 Perching Blvd. North Las Vegas, NV 89084 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Centennial Hills | | | | |
| Creditor #: 390 Richmond American Homes 7770 Dean Martin Drive Ste 410 Las Vegas, NV 89139 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 391 Right Way Signs 6291 Dean Martin Drive Las Vegas, NV 89118 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 392 Risk Enterprise Management, Ltd. P.O. Box 2480 Brea, CA 92822 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Echelon | | | | |
| Creditor #: 393 RJ Companies, LLC 2813 63rd Avenue Ct. NW Gig Harbor, WA 98335 | - | | | | | | | 5,000.00 |

Sheet no. __84__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            5,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                         ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 394 | | | | Business debt re: Centennial Business Park | | | | |
| **Creditor #: 394 RKM Co. dba Accent Awning 1210 S. Main Street Las Vegas, NV 89104** | - | | | | | | | **Unknown** |
| Account No. 395 | | | | Business debt | | | | |
| **Creditor #: 395 RMS P.O. Box 3099 Naperville, IL 60563** | - | | | | | | | **Unknown** |
| Account No. 396 | | | | Business debt re: Coronado Condominiums | | | | |
| **Creditor #: 396 RNM Design, Inc. 2 Corporate Park Ste 100 Irvine, CA 92606** | - | | | | | | | **1,785.00** |
| Account No. 397 | | | | Business debt | | | | |
| **Creditor #: 397 Robert Amato 6825 Emerald Tree Court Las Vegas, NV 89130** | - | | | | | | | **Unknown** |
| Account No. 398 | | | | Business debt | | | | |
| **Creditor #: 398 Robert Amato, Jr. 6826 Emerald Tree Court Las Vegas, NV 89130** | - | | | | | | | **Unknown** |

Sheet no. __85__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       **1,785.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 399 Robert Ditiman Yevette Glee 313 Sun Valley Vacaville, CA 95688** | X | - | | Residential lease with Stephen B. Aizenberg Trust; Property is collateral with Colony Capital | | | | **Unknown** |
| Account No. **Creditor #: 400 Roberto Chavez 6700 Bremerton Circle Las Vegas, NV 89108** | | - | | Business debt | | | | **Unknown** |
| Account No. **Creditor #: 401 Ron Stewart 2813 63rd Avenue Ct NW Gig Harbor, WA 98335** | | - | | Business debt re: Echelon | | | | **5,000.00** |
| Account No. **Creditor #: 402 Ryan Kidd P.O. Box 570158 Las Vegas, NV 89157** | | - | | Business debt re: 3 Romeo Whiskey, 4 Romeo Whiskey, Running Water Management, Spinnaker Homes, Stone Haven Commons | | | | **Unknown** |
| Account No. **Creditor #: 403 Ryan Mercaldo & Worthington 3636 Nobel Drive Ste 200 San Diego, CA 92122** | | - | | Business debt re: 4 Romeo Whiskey | | | | **20,000.00** |

Sheet no. __86__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **25,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 404 S.M.U.D. P.O. Box 15555 Sacramento, CA 95852 | | - | | | | | 6,000.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 405 Sacramento County Utilities P.O. Box 1804 Sacramento, CA 95812 | | - | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 406 Sacramento Suburban Water District 3701 Marconi Avenue Ste 100 Sacramento, CA 95821 | | - | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 407 Safeguard Business Systems 6000 Dawson Blvd. Unit C & D Norcross, GA 30093 | | - | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 408 Sage Software P.O. Box 728 Beaverton, OR 97075 | | - | | | | | Unknown |

Sheet no. __87__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     6,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **409** Santoro, Driggs, Walch 400 South Fourth Street Third Floor Las Vegas, NV 89101 | - | | **Business debt re: Towne Vistas, Shady Timber Partners** | | | | **4,486.00** |
| Account No. **410** SC Wright Construction of Nevada P.O. Box 936 Jamul, CA 91935 | - | | **Business debt** | | | | **Unknown** |
| Account No. **411** Scholastic Book Fair P.O. Box 7504 Jefferson City, MO 65102 | - | | **Business debt** | | | | **Unknown** |
| Account No. **412** Schoolhouse Finance, LLC 6610 Grand Montecito Pkwy Las Vegas, NV 89149 | X - | | **Lease with Centennial Academy, LLC** | | | | **Unknown** |
| Account No. Schoolhouse Finance, LLC Attn: Andrew Gordon 1005 North Glebe Road, Suite 610 Arlington, VA 22201 | | | **Representing: Schoolhouse Finance, LLC** | | | | **Notice Only** |

Sheet no. __88__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,486.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen B. Aizenberg** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **413**<br>**Creditor #: 413**<br>**Scott Lauderdale**<br>**c/o Twainey Assocates**<br>**101 Convention Center Dr**<br>**Las Vegas, NV 89109** | - | | Business debt re: Centennial Academy | | | | 165,558.00 |
| Account No.<br>**Creditor #: 414**<br>**Scott Meiers**<br>**9039 Tierra Santa**<br>**Las Vegas, NV 89129** | - | | Business debt re: Stone Haven Commons | | | | 11,000.00 |
| Account No.<br>**Creditor #: 415**<br>**SelectBuild of Nevada, Inc.**<br>**6255 Range Rd**<br>**Las Vegas, NV 89115** | - | | Business debt re: Centennial Business Park | | | | 10,000.00 |
| Account No.<br>**Creditor #: 416**<br>**Service Rock Products**<br>**151 Cassia Way**<br>**Henderson, NV 89014** | - | | Business debt | | | | Unknown |
| Account No.<br>**Creditor #: 417**<br>**Shane Ackerman**<br>**3755 N. Nellis #103**<br>**Las Vegas, NV 89115** | - | | Business debt | | | | Unknown |

Sheet no. **89** of **111** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                186,558.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                                          , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt re: Towne Vistas | | | | |
| **Creditor #: 418** **Shen Milsom Wilke** **417 Fifth Avenue** **New York, NY 10016** | - | | | | | | |
| | | | | | | | **10,000.00** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 419** **Sierra Waterproofing** **P.O. Box 750730** **Las Vegas, NV 89136** | - | | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Business debt re: Running Water Management | | | | |
| **Creditor #: 420** **Signature Flight Support** **6005 Las Vegas Blvd.** **Las Vegas, NV 89119** | - | | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Business debt re: Towne Vistas | | | | |
| **Creditor #: 421** **Signs for Success** **2813 E. Alexander Road** **North Las Vegas, NV 89030** | - | | | | | | |
| | | | | | | | **90.00** |
| Account No. | | | Business debt | | | | |
| **Creditor #: 422** **Signs West, Inc.** **1100 mary Crest Rd.** **Henderson, NV 89074** | - | | | | | | |
| | | | | | | | **Unknown** |

Sheet no. **90** of **111** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **10,090.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,       Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 423 Silver State Fireplaces, Inc. 3555 W. Quail #A Las Vegas, NV 89118 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Shady Timber Partners | | | | |
| Creditor #: 424 Silverado Self Storage III 3225-B South Rainbow Blvd. #206 Las Vegas, NV 89146 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Creditor #: 425 Sky Rocket Management, Inc. dba Real Property Management 4362 West Cheyenne Avenue North Las Vegas, NV 89032 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 426 Skyline Insulation 4216 N. Pecos Rd. Suite 105 Las Vegas, NV 89115 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 427 Slade Real Estate Group 5580 Fire Island Drive Las Vegas, NV 89120 | - | | | | | | | 9,657.00 |

Sheet no. __91__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,657.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 428** **Smart Brand, LLC** **34495 Lakeside Drive** **Box 39** **Reno, NV 89509** | - | | | | | | | **Unknown** |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 429** **Smith Creative Co.** **9528 Mountainaor Avenue** **Las Vegas, NV 89134** | - | | | | | | | **Unknown** |
| Account No. | | | | Business debt re: 4 Romeo Whiskey | | | | |
| **Creditor #: 430** **Smith Larsen & Wixom** **Hills Center Business Park** **1935 Village Center Circle** **Las Vegas, NV 89134** | - | | | | | | | **Unknown** |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 431** **SNHD** **625 Shadow Lane** **Las Vegas, NV 89106** | - | | | | | | | **Unknown** |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 432** **SofterWare, Inc.** **132 Welsh Road** **Suite 140** **Horsham, PA 19044** | - | | | | | | | **Unknown** |

Sheet no. __92__ of __111__ sheets attached to Schedule of                                    Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **433** Creditor #: 433 **Solano Management Company** **750 Mason Street** **Suite 201** **Vacaville, CA 95688** | - | | Business debt re: Spinnaker Homes IX | | | | Unknown |
| Account No.  **434** Creditor #: 434 **Soundcrete Contractors, Inc.** **3437 Procyon Street** **Las Vegas, NV 89102** | - | | Business debt re: Towne Vistas | | | | Unknown |
| Account No.  **435** Creditor #: 435 **Soundlogic, LLC** **7835 S. Rainbow Avenue** **PMB #17-207** **Las Vegas, NV 89139** | - | | Business debt re: Stone Haven Commons | | | | Unknown |
| Account No.  **436** Creditor #: 436 **Southern Nevada Floor Care, LLC** **6826 Emerald Tree Court** **Las Vegas, NV 89130** | - | | Business debt re: SBA, Centennial Academy | | | | Unknown |
| Account No.  **437** Creditor #: 437 **Southern Vegas Valley Contracting** **1919 S. Jones** **Suite H** **Las Vegas, NV 89146** | - | | Business debt re: Towne Vistas, Centennial Business Park, Shady Timber Partners, Centennial Academy | | | | 228,926.00 |

Sheet no. __93__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          228,926.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stephen B. Aizenberg**                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                   | | | Business debt | | | | |
| Creditor #: 438<br>Southwest Gas Corp.<br>P.O. Box 98890<br>Las Vegas, NV 89150-0101 | - | | | | | | Unknown |
| Account No.                                   | | | Business debt | | | | |
| Creditor #: 439<br>Sperry Van Ness<br>2801 N. Tenaya Way<br>Ste C<br>Las Vegas, NV 89128 | - | | | | | | Unknown |
| Account No.                                   | | | Business debt | | | | |
| Creditor #: 440<br>Stacy Sovar<br>4101 Deer Tract Street<br>Round Rock, TX 78681 | - | | | | | | Unknown |
| Account No.                                   | | | Business debt re: Bunker Commons | | | | |
| Creditor #: 441<br>Starnes Davis Florie, LLP<br>P.O. Box 598512<br>Birmingham, AL 35259 | - | | | | | | 11,714.00 |
| Account No.                                   | | | Business debt re: SF Investments, LLC | | | | |
| Creditor #: 442<br>Starnes Davis Florie, LLP<br>7th Floor<br>100 Brookwood Place<br>P.O. Box 598512<br>Birmingham, AL 35259 | - | | | | | | 594.00 |

Sheet no. __**94**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **12,308.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 443 State Farm Insurance 7415 S. Durango Suite 107 Las Vegas, NV 89148 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Centennial Business park | | | | |
| Creditor #: 444 State Insulation & Drywall 4204 Production Ct. Las Vegas, NV 89115 | - | | | | | | | 1,065.00 |
| Account No. | | | | 8-7-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC, Echelon | | | | |
| Creditor #: 445 Statewide Fire Protection 3130 Westwood Drive Las Vegas, NV 89109 | - | | | | | | | 98,052.00 |
| Account No. | | | | 11/1/10 Residential lease with Stephen B. Aizenberg Trust Property is collateral with Great Western Bank | | | | |
| Creditor #: 446 Steven, Karine, Avetis Mazmanyan 9013 Dorrell Lane Las Vegas, NV 89149 | X - | | | | | | | Unknown |
| Account No. | | | | Business debt re: 3 Romeo Whiskey | | | | |
| Creditor #: 447 Stevens Aviation, Inc.-BJC 600 Delaware Street Greenville, SC 29605 | - | | | | | | | Unknown |

Sheet no. __95__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

99,117.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 448 Studio VBM 1601 S. Rainbow Blvd. Ste 250 Las Vegas, NV 89146 | - | | | | | | | 300.00 |
| Account No. | | | | Business debt re: Centennial Business Park, Centennial Hills, Stonehave Commons, Spinnaker Homes III, Spinnaker Homes V, Spinnaker Homes VII | | | X | |
| Creditor #: 449 Subdivision Acceptance, LLC 451 E. Sunset Rd. Henderson, NV 89011 | - | | | | | | | 55,820.00 |
| Account No. | | | | Business debt re: Coronado Condominiums, LLC | | | | |
| Creditor #: 450 Summerlin West Comm. Association 10000 W. Charleston Blvd. #200 Las Vegas, NV 89135 | | | | | | | | 30,000.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 451 Summit Engineering Corp. 313 Pilot Rd. Ste A Las Vegas, NV 89119 | - | | | | | | | Unknown |
| Account No. | | | | Business debt re: Centennial Academy | | | | |
| Creditor #: 452 Sunland Asphalt and Paving, Inc. 3002 Priest Drive Ste 100 Tempe, AZ 85282 | - | | | | | | | Unknown |

Sheet no. __96__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,120.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stephen B. Aizenberg**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt re: Centennial Hills, Centennial Academy | | | | |
| Creditor #: 453 Sunrise Service, Inc. 7380 Commercial Way Henderson, NV 89011 | - | | | | | | | |
| | | | | | | | | 4,500.00 |
| Account No. | | | | Business debt re: Centennial Hills and Centennial Busines Park | | | | |
| Creditor #: 454 Sunworld 451 E. Sunset Rd. Henderson, NV 89011 | - | | | | | | | |
| | | | | | | | | 57,238.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 455 Surety Company of the Pacific P.O. Box 10289 Van Nuys, CA 91410 | - | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Business debt re: Centennial Hiss, Centennial Academy | | | | |
| Creditor #: 456 Surnise Air Systems, Inc. 720 Susanna Way Henderson, NV 89015 | - | | | | | | | |
| | | | | | | | | 4,500.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 457 Swainston Consulting Group 1542 Little Dove Court Henderson, NV 89014 | - | | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __97__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,238.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                     , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt re: Towne Vistas | | | | |
| Creditor #: 458<br>T. Brothers Tile<br>4325 Patrick Lane<br>Ste 120<br>Las Vegas, NV 89118 | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| Creditor #: 459<br>Techtron Products<br>2694 W. Winton Avenue<br>Hayward, CA 94545 | - | | | | | | **Unknown** |
| Account No. | | | Business debt re: SBA | | | | |
| Creditor #: 460<br>TelePacific Communications<br>P.O. Box 60767<br>Los Angeles, CA 90060 | - | | | | | | **800.00** |
| Account No. | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 461<br>Terra Contracting, Inc.<br>5980 W. Cougar Avenue<br>Las Vegas, NV 89139 | - | | | | | | **3,828.00** |
| Account No. | | | Business debt | | | | |
| Creditor #: 462<br>Terry Tabb<br>993 Paisley Street<br>Las Vegas, NV 89145 | - | | | | | | **Unknown** |

Sheet no. __98__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,628.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    , Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 463 The Barricade Company 5980 W. Cougar Avenue Las Vegas, NV 89139 | - | | | | | | Unknown |
| Account No. 0240,0257,0265 | | | Business debt re: 3 Romeo Whiskey, Running Water Management, 4 Romeo Whiskey | | | | |
| Creditor #: 464 The Independent Banker Bank P.O. Box 560528 Dallas, TX 75356 | - | | | | | | 13,862.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 465 The Lamar Companies 339 N. 13th Street Las Vegas, NV 89101 | - | | | | | | Unknown |
| Account No. | | | V re: Centennial Business Park | | | | |
| Creditor #: 466 The Sylvanie Companies, Inc. 5675 Wynn Rd. Las Vegas, NV 89118 | - | | | | | | 500.00 |
| Account No. | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 467 The Tiberti Fence Company 4975 Rogers Street Las Vegas, NV 89118 | - | | | | | | 27,946.00 |

Sheet no. __99__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **42,308.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen B. Aizenberg** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **468** Creditor #: 468 **Thomas Cochran 1920 Park Sheridan Lane Las Vegas, NV 89134** | - | | **Business debt re: Desert Aviation, 3 Romeo Whiskey** | | | | 8,925.00 |
| Account No. **469** Creditor #: 469 **Thomason Consulting Engineering 3277 E. Warm Springs Rd. Ste 40 Las Vegas, NV 89120** | - | | **Business debt re: Spirit Ridge, Orchards** | | | | 27,029.00 |
| Account No. **470** Creditor #: 470 **ThyssenKrupp Elevator P.O. Box 933004 Atlanta, GA 31193** | - | | **7-21-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC** | | | | 27,280.00 |
| Account No. **471** Creditor #: 471 **Tiffany Thompson 2413 Rancho Bel Air Drive Las Vegas, NV 89107** | - | | **Business debt re: Towne Vistas** | | | | Unknown |
| Account No. **472** Creditor #: 472 **Timberline Software Corp. P.O. Box 728 Beaverton, OR 97075-0728** | - | | **Business debt** | | | | Unknown |

Sheet no. **100** of **111** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **63,234.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 473 Timothy Nelson 4282 Sky Walker Avenue Las Vegas, NV 89120 | | - | | | | | Unknown |
| Account No. | | | Residential lease with Stephen B. Aizenberg Trust; Property is collateral with Colony Capital | | | | |
| Creditor #: 474 Tina Banks 7407 Fleming Way Sacramento, CA 95828 | X | - | | | | | Unknown |
| Account No. | | | Residential lease with Stephen B. Aizenberg Trust; Property is collateral with Colony Capital | | | | |
| Creditor #: 475 Tony Lamm Mary Lamm 3743 Aurora Loop Rocklin, CA 95677 | X | - | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 476 Top Notch Electric PBM, 209, 284 C.E. Lake Mead Pkwy Henderson, NV 89015 | | - | | | | | Unknown |
| Account No. | | | Business debt re: SBA | | | | |
| Creditor #: 477 Toshiba Business Solutions File 57202 Los Angeles, CA 90074 | | - | | | | | Unknown |

Sheet no. __101__ of __111__ sheets attached to Schedule of                                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)     |     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1202420** <br><br>**Williams Babbit & Weisman** <br>**5255 North Federal Highway** <br>**3rd Floor** <br>**Boca Raton, FL 33487** | | | Representing: <br>**Toshiba Business Solutions** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 478** <br>**Toshiba Financial Services** <br>**1310 Madrid Street** <br>**Ste 101** <br>**Marshall, MN 56258** | | - | **Business debt** | | | | **Unknown** |
| Account No. <br><br>**Creditor #: 479** <br>**Total Safety, Inc.** <br>**9555 Del Webb Blvd.** <br>**Las Vegas, NV 89129** | | - | **Business debt** | | | | **Unknown** |
| Account No. <br><br>**Creditor #: 480** <br>**Trent Vanniewburg** <br>**112 Lighthouse Way** <br>**Vacaville, CA 95688** | X | - | **Residential lease with Stephen B. Aizenberg Trust; Property is collateral with Colony Capital** | | | | **Unknown** |
| Account No. <br><br>**Creditor #: 481** <br>**Troy Hoenisch** <br>**10492 Tuscany Rose Court** <br>**Las Vegas, NV 89129** | | - | **Business debt** | | | | **Unknown** |

Sheet no. __102__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                     ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                          **482** **TS Painting and Drywall** **2984 Marco Street** **Las Vegas, NV 89115** | - | | | Business debt re: Centennial Business Park, Centennial Hills Rentals | | | | 34,509.00 |
| Account No.                                          **483** **Twainey & Associates** **101 Convention Center Drive** **Las Vegas, NV 89109** | - | | | Business debt re: Centennial Academy, Spinnaker Homes VII | | | | 124,700.00 |
| Account No.                                          **484** **United Rentals Highway Technologies** **33946 Treasury Center** **Chicago, IL 60694** | - | | | Business debt re: Bunker Commons | | | | Unknown |
| Account No.                                          **485** **United Sign, Inc.** **5234 S. Procyon** **Las Vegas, NV 89118** | - | | | Business debt | | | | Unknown |
| Account No.                                          **486** **United Subcontractors, Inc. dba** **Skyline Insulation** **4151 Industrial Center Drive** **North Las Vegas, NV 89030** | - | | | 8-5-09, Amended 12-31-09 Mechanic's Lien/Business debt re: Towne Vistas, LLC | | | | 53,054.00 |

Sheet no. __103__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            212,263.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**
                                                                     Case No. _____
                                        _____,
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 487 Universal Avionics c/o Wells Fargo Dept. 9273 Los Angeles, CA 90084 | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| Creditor #: 488 Universal Safety Rails 5637 S. Cameron Avenue Las Vegas, NV 89118 | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| Creditor #: 489 UPS P.O. Box 894820 Los Angeles, CA 90189 | - | | | | | | **Unknown** |
| Account No. x4629 | | | Loan re: Royal Construction | | | | |
| Creditor #: 490 US Bank c/o MaKenna Kalli & Associates 6115 E. Grant Rd. Tucson, AZ 85712 | - | | | | | | **37,092.00** |
| Account No. xxxxxxxxxx0000 | | | Business debt #5000110664000 | | | | |
| Creditor #: 491 US Bank Business Equipment Finance Group 1310 Madrid Street Suite 101 Marshall, MN 56258 | - | | | | | | **3,954.00** |

Sheet no. __104__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **41,046.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Creditor #: 492 <br> Utilico Undergound Utilities <br> 4591 Copepr Sage Street <br> Las Vegas, NV 89115 | - | | | | Business debt <br> OUT OF BUSINESS | | | | Unknown |
| Account No. **xxxxxx0532,xxxxxx8452,xxxx0125** <br><br> Creditor #: 493 <br> Value Recovery Group, LP <br> assignee of FDIC, receiver for <br> Community <br> Bank of Nevada 919 Old Henderson <br> Rd <br> Columbus, OH 43220 | X | - | | | 3-23-08 <br> Personal guarantee on Commercial Loan re: <br> Running Water Management, LLC, Runninw <br> Water Land & Cattle Co., Caddo Investments, <br> Inc. | | | | 1,000,000.00 |
| Account No. <br><br> Creditor #: 494 <br> Vazanna Underground <br> 1414 Industrial Rd. <br> Las Vegas, NV 89102 | - | | | | Business debt re: Bunker Commons, <br> Centennial Business Park | | | | 150,000.00 |
| Account No. <br><br> Creditor #: 495 <br> Vegas Trio, LLC <br> 3225 S. Rainbow Blvd. #206 <br> Las Vegas, NV 89146 | - | | | | Business partner | | | | Unknown |
| Account No. <br><br> Creditor #: 496 <br> Vial Fotheringham SG LLP <br> 1173 S. 250 W. Ste 310 <br> Saint George, UT 84770 | - | | | | Business debt re: Royal Construction | | | | Unknown |

Sheet no. __105_ of __111_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,150,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen B. Aizenberg**                                                      ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt re: Shady Timber Partners | | | | |
| Creditor #: 497 VIP Management Company 4955 S. Durango Drive Ste 170 Las Vegas, NV 89113 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 498 Vortez Industries, Inc. 3198-M Airport Loop Costa Mesa, CA 92626 | - | | | | | | Unknown |
| Account No. | | | Business debt re; CTowne Vistas, LLC, Echelon | | | | |
| Creditor #: 499 WallDesign, Inc. 2350 SE Bristol Newport Beach, CA 92660 | - | | | | | | 28,835.00 |
| Account No. | | | Residential lease tenant | | | | |
| Creditor #: 500 Warren Lowrey 117 Gryffin Avenue Las Vegas, NV 89123 | - | | | | | | Unknown |
| Account No. | | | Residential lease with Spinnaker Homes, III; Property is collateral with Colony Capital | | | | |
| Creditor #: 501 Wealth Structures, Inc. 113 Gryffin Avenue Las Vegas, NV 89123 | X - | | | | | | Unknown |

Sheet no. __106__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     28,835.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stephen B. Aizenberg**                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx5557 | | | Opened 12/01/82 Credit Line | | | | |
| Creditor #: 502 Wells Fargo 55 E Fifth St Saint Paul, MN 55101 | | - | | | | | 50,491.00 |
| Account No. | | | Representing: Wells Fargo | | | | |
| Wells Fargo Card Services P.O. Box 30097 Los Angeles, CA 90030-0097 | | | | | | | Notice Only |
| Account No. xxxxx5700 | | | 3-23-07 Personal guarantee on aircraft loan re: Running Water Management, LLC 1991 Challenger 601-3A/ER AIRCRAFT SURRENDERRED | | | | |
| Creditor #: 503 Wells Fargo Equipment Finance 733 Marquette Avenue Suite 700 MAC N9306-070 Minneapolis, MN 55402 | X | - | | | | | 7,327,805.00 |
| Account No. xxxxxxxx9624 | | | Opened 8/01/05 Mortgage loan on 1342 Silverado Court, Leeds, UT  EX AWARDED IN DIVORCE AND PAYS | | | | |
| Creditor #: 504 Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | - | | | | | 512,779.00 |
| Account No. xxxxxxxx4977 | | | Opened 9/21/07 Mortgage loan on 7627 Golden Filly Street, Las Vegas, NV  EX AWARDED IN DIVORCE AND PAYS | | | | |
| Creditor #: 505 Wells Fargo Home Mortgage 8480 Stagecoach Cir Frederick, MD 21701 | | - | | | | | 212,495.00 |

Sheet no. __107__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,103,570.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                      ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx0082<br><br>**Creditor #: 506**<br>**Wells Fargo Home Mortgage**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | - | | **Opened 12/18/06**<br>**Mortgage loan on 132 Manor House, Las Vegas, NV  EX AWARDED IN DIVORCE AND PAYS** | | | | 206,027.00 |
| Account No. xxxxxxxx5675<br><br>**Creditor #: 507**<br>**Wells Fargo Home Mortgage**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | - | | **Opened 5/21/04**<br>**Mortgage loan on 1518 Horizon Crest Court, Las Vegas, NV  EX AWARDED IN DIVORCE AND PAYS** | | | | 77,173.00 |
| Account No. xxxxxxxx3168<br><br>**Creditor #: 508**<br>**Wells Fargo Home Mortgage**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | - | | **Opened 5/21/04**<br>**Mortgage loan on 252 Camino Viejo, Henderson, NV  EX AWARDED IN DIVORCE AND PAYS** | | | | 70,905.00 |
| Account No.<br><br>**Creditor #: 509**<br>**West Payment Center**<br>**P.O. Box 6292**<br>**Carol Stream, IL 60197** | - | | **Business debt** | | | | Unknown |
| Account No.<br><br>**Creditor #: 510**<br>**Western Fire Prevention**<br>**301 W. St. Louis Avenue**<br>**Las Vegas, NV 89102** | - | | **Business debt** | | | | Unknown |

Sheet no. __108__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

354,105.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 511 Western States Contactors 4160 Sixth Avenue SE Ste 104 Lacey, WA 98503 | - | | | | | | Unknown |
| Account No. | | | Business debt re: Running Water Management | | | | |
| Creditor #: 512 Weststar Aviation 790 Heritage Way Grand Junction, CO 81506 | - | | | | | | 4,830.00 |
| Account No. | | | Services | | | | |
| Creditor #: 513 WET Professional pool Care 3615 Jewel Cave Drive Las Vegas, NV 89122 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 514 White Cap Industries, Inc. Dept. 0998 Los Angeles, CA 90088-0998 | - | | | | | | Unknown |
| Account No. | | | Residential lease with Stephen B. Aizenberg Trust; Property is collateral with Great Western Bank | | | | |
| Creditor #: 515 William and Sharon Derry 9021 Dorrell Las Vegas, NV 89149 | X - | | | | | | Unknown |

Sheet no. __109__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,830.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stephen B. Aizenberg**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 516**<br>**William Guthries** | - | | | Business debt | | | | **Unknown** |
| Account No.<br>**Creditor #: 517**<br>**Willis Risk and Insurance Service**<br>**Lockbox #100021**<br>**2710 Media Center Drive**<br>**Bldg. #6**<br>**Los Angeles, CA 90065** | - | | | Business debt | | | | **Unknown** |
| Account No.<br>**Creditor #: 518**<br>**Wilson, Elser, Moskowitz**<br>**150 E. 42nd Street**<br>**New York, NY 10017-5639** | - | | | Business debt | | | | **Unknown** |
| Account No.<br>**Creditor #: 519**<br>**Witchmountain, LLC**<br>**c/o Omni Land Connection**<br>**3225 South Rainbow Blvd. #206**<br>**Las Vegas, NV 89146** | - | | | Business debt, capital call | | | | **3,085.00** |
| Account No.<br>**Creditor #: 520**<br>**Wolfpack Sign Group**<br>**1325 Grand Avenue**<br>**Suite 100**<br>**San Marcos, CA 92078** | - | | | Business debt | | | | **Unknown** |

Sheet no. __110__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **3,085.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Stephen B. Aizenberg_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt re: Centennial Business Park | | | | |
| Creditor #: 521 Woodland Framing 4480 Nevso Drive Las Vegas, NV 89103 | - | | | | | | | |
| | | | | | | | | 3,900.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 522 World Fuel Services 2458 Paysphere Circle Chicago, IL 60674 | - | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Business debt LAWSUIT FILED | | | | |
| Creditor #: 523 Wright Engineers 7425 Peak Drive Las Vegas, NV 89128 | - | | | | | | | |
| | | | | | | | | 80,000.00 |
| Account No. | | | | Representing: Wright Engineers | | | | |
| Ryan L. Dennett, Esq. Dennett Winspear, LLP 3301 N. Buffalo Drive Ste 195 Las Vegas, NV 89129 | | | | | | | | Notice Only |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __111__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 83,900.00 |
| Total (Report on Summary of Schedules) | | 124,189,745.00 |

B6G (Official Form 6G) (12/07)

In re  **Stephen B. Aizenberg**                                            ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A Step Ahead, LLC**<br>**6690 Grand Montecito Pkwy**<br>**Las Vegas, NV 89149** | **Lease with Spinnaker Homes VII, LLC**<br>**Property foreclosed and owned by FDIC** |
| **Accelero Learning**<br>**4366 W. Cheyenne Avenue**<br>**North Las Vegas, NV 89032** | **Lease with Stephen B. Aizenberg Revocable Trust** |
| **Andrew Schram**<br>**345 Shannon Drive**<br>**Vacaville, CA 95688** | **Residential lease re: 1345 Shannon Drive, Vacaville, CA**<br>**Solano Property Management is lessor/agent**<br>**Legal owner: Stephen B. Aizenberg Revocable Trust** |
| **Blair A. Isom, DDS**<br>**6690 Grand Montecito Pkwy**<br>**Las Vegas, NV 89149** | **Lease with Spinnaker Homes VII, LLC**<br>**Property foreclosed adn owned by FDIC** |
| **Brandon and Latasha Salas**<br>**9025 Dorrell**<br>**Las Vegas, NV 89149** | **Residential lease re: 9025 Dorrell, Las Vegas, NV with Stephen B. Aizenberg Revocable Trust** |
| **Jermaine Murray and Noel Harris**<br>**4840 Winter Oak Way**<br>**Antelope, CA 95843** | **Residential lease re: 4840 Winter Oak Way, Antelope, CA**<br>**Mark III Management Company is lessor**<br>**Legal owner: Stephen B. Aizenberg Revocable Trust** |
| **Lisa Imbesi and Priscilla Branco**<br>**121 Gryffin Avenue**<br>**Las Vegas, NV 89123** | **Residential lease re: 121 Gryffin Avenue, Las Vegas, NV with Spinnaker Homes III, LLC** |
| **Martyn Bingham and Warren Lowrey**<br>**117 Gryffin Avenue**<br>**Las Vegas, NV 89123** | **Residential lease re: 117 Gryffin Avenue, Las Vegas, NV with Spinnaker Homes III, LLC** |
| **Mikayla Barbour, Joshua Shanklin,Deserae Lyons**<br>**4708 Forrester Way**<br>**Antelope, CA 95843** | **Residential lease re: 4708 Forrester Way, Antelope, CA**<br>**Mark III Management Company is lessor**<br>**Legal owner: Stephen B. Aizenberg Revocable Trust** |
| **Robert Ditiman**<br>**Yevette Glee**<br>**313 Sun Valley**<br>**Vacaville, CA 95688** | **Residential lease re: 313 Sun Valley, Vacaville, CA**<br>**Solano Property Management is lessor/agent**<br>**Legal owner: Stephen B. Aizenberg Revocable Trust** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Stephen B. Aizenberg**
_____ ,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Schoolhouse Finance, LLC**<br>**6610 Grand Montecito Pkwy**<br>**Las Vegas, NV 89149** | **Lease between Centennial Academy, LLC and Schoolhouse Finance, LLC**<br>**Bank of Nevada as of 2/24/11 has made a demand to tenant for rents** |
| **SkyRocket Management, Inc.**<br>**dba Real Property Management**<br>**4362 West Cheyenne Avenue**<br>**North Las Vegas, NV 89032** | **Lease with Stephen B. Aizenberg Revocable Trust** |
| **Steven, Karine, Avetis Mazmanyan**<br>**9013 Dorrell Lane**<br>**Las Vegas, NV 89149** | **Residential lease re: 9013 Dorrell Lane, Las Vegas, NV with Stephen B. Aizenberg Trust** |
| **Tina Banks**<br>**7407 Fleming Way**<br>**Sacramento, CA 95828** | **Residential lease re: 7407 Fleming Way, Sacramento, CA**<br>**Mark III Management Company is lessor**<br>**Legal owner: Stephen B. Aizenberg Revocable Trust** |
| **Tony Lamm**<br>**Mary Lamm**<br>**3743 Aurora Loop**<br>**Rocklin, CA 95677** | **Residential lease re: 3743 Aurora Loop, Rocklin, CA**<br>**Mark III Management Company is lessor/agent**<br>**Legal owner: Stephen B. Aizenberg Revocable Trust** |
| **Trent Vanniewburg**<br>**112 Lighthouse Way**<br>**Vacaville, CA 95688** | **Residential lease re: 112 Lighthouse Way, Vacaville, CA**<br>**Solano Property Management is lessor/agent**<br>**Legal owner: Stephen B. Aizenberg Revocable Trust** |
| **Wealth Structures, Inc.**<br>**113 Gryffin Avenue**<br>**Las Vegas, NV 89123** | **Residential lease re: 113 Gryffin Avenue, Las Vegas, NV with Spinnaker Homes III, LLC** |
| **William and Sharon Derry**<br>**9021 Dorrell**<br>**Las Vegas, NV 89149** | **Residential lease re: 9021 Dorrell, Las Vegas, NV with Stephen B. Aizenberg Revocable Trust** |

Sheet __**1**__ of __**1**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Stephen B. Aizenberg**                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 3 Romeo Whiskey, LLC<br>c/o Randall B. Kidd<br>6265 North Apache Road<br>Las Vegas, NV 89149 | Key Equipment Finance, Inc.<br>Portfolio Management<br>1000 S. McCaslin Blvd.<br>Louisville, CO 80027 |
| 3 Romeo Whiskey, LLC<br>c/o AK Resources LLC, Manager<br>4511 W. Cheyenne Avenue<br>Suite 105<br>North Las Vegas, NV 89032 | Key Equipment Finance, Inc.<br>Portfolio Management<br>1000 S. McCaslin Blvd.<br>Louisville, CO 80027 |
| 3 Romeo Whiskey, LLC<br>c/o Randall B. Kidd<br>P.O. Box 570217<br>Las Vegas, NV 89157 | Key Equipment Finance, Inc.<br>Portfolio Management<br>1000 S. McCaslin Blvd.<br>Louisville, CO 80027 |
| 3 Romeo Whiskey, LLC<br>c/o Randall B. Kidd<br>6265 North Apache Road<br>Las Vegas, NV 89149 | Card Service Center<br>P.O. Box 569100<br>Dallas, TX 75356-9100 |
| 4 Romeo Whiskey, LLC<br>4511 W. Cheyenne #105<br>North Las Vegas, NV 89032 | RalRon Capital Corporation<br>700 7th Street South<br>Fargo, ND 58103 |
| 4 Romeo Whiskey, LLC<br>4511 W. Cheyenne #105<br>North Las Vegas, NV 89032 | Card Service Center<br>P.O. Box 569100<br>Dallas, TX 75356-9100 |
| Centennial Academy, LLC | Bank of Nevada<br>P.O. Box 26237<br>Las Vegas, NV 89126 |
| Centennial Academy, LLC | Bank of Nevada<br>P.O. Box 26237<br>Las Vegas, NV 89126 |
| Centennial Academy, LLC | Schoolhouse Finance, LLC<br>6610 Grand Montecito Pkwy<br>Las Vegas, NV 89149 |
| Cheryl Lessman<br>1177 California<br>Unit 1507<br>San Francisco, CA 94108 | City National Bank<br>5830 West Flamingo Road<br>Las Vegas, NV 89103 |

**9**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Stephen B. Aizenberg**                                                                              ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Coronado Condominiums, LLC** | **First Security Bank of Nevada**<br>**10501 West Gowan Rd. #260**<br>**Las Vegas, NV 89129** |
| **Coronado Condominiums, LLC** | **First Security Bank of Nevada**<br>**10501 West Gown Rd. #260**<br>**Las Vegas, NV 89129** |
| **Distinctive Framing, LLC**<br>**(out of business)** | **Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** |
| **FRE-AL, LLC** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **FRE-AL, LLC** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Fred and Cheryl Lessman**<br>**as Trustees of Fred and Cheryl Lessman**<br>**Family Trust**<br>**1844 Winners Cup Drive**<br>**Las Vegas, NV 89117** | **City National Bank**<br>**5830 West Flamingo Road**<br>**Las Vegas, NV 89103** |
| **Fred and Cheryl Lessman**<br>**as Trustees of Fred and Cheryls Lessman**<br>**Family Trust**<br>**1844 Winners Cup Drive**<br>**Las Vegas, NV 89117** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Fred Lessman**<br>**1844 Winners Cup Drive**<br>**Las Vegas, NV 89117** | **City National Bank**<br>**5830 West Flamingo Road**<br>**Las Vegas, NV 89103** |
| **Fred Lessman**<br>**1844 Winners Cup Drive**<br>**Las Vegas, NV 89117** | **Multibank2009-1 RES_ADC Venture, LLC**<br>**c/o Rialto Credit Advisors, LLC**<br>**850 3rd Avenue, Ste 16B**<br>**New York, NY 10022** |
| **Fred Lessman**<br>**1844 Winners Cup Drive**<br>**Las Vegas, NV 89117** | **Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** |

Sheet   **1**   of   **9**   continuation sheets attached to the Schedule of Codebtors

In re   **Stephen B. Aizenberg**                                  ,     Case No. _____

                                   Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fred Lessman**<br>**1844 Winners Cup Drive**<br>**Las Vegas, NV 89117** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Hangar 08, LLC** | **First Security Bank of Nevada**<br>**10501 West Gowan Rd. #260**<br>**Las Vegas, NV 89129** |
| **Hanover Insurance Company** | **A&D Automatic Gate and Access**<br>**Nevada, Inc.**<br>**6442 Windy Street #1**<br>**Las Vegas, NV 89119** |
| **Insurance Company of the West** | **Helix Electric of Nevada, LLC**<br>**3078 E. Sunset Rd.**<br>**Suite 9**<br>**Las Vegas, NV 89120** |
| **Insurance Company of the West** | **Dynamic HVAC**<br>**3315 Birtcher Drive**<br>**Las Vegas, NV 89118** |
| **Mustang Lots, LLC** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **PHD Development, LLC**<br>**3225 S. Rainbow Blvd.**<br>**#206**<br>**Las Vegas, NV 89146** | **Multibank2009-1 RES_ADC Venture, LLC**<br>**c/o Rialto Credit Advisors, LLC**<br>**850 3rd Avenue, Ste 16B**<br>**New York, NY 10022** |
| **PHD Development, LLC**<br>**3225 S. Rainbow Blvd. #206**<br>**Las Vegas, NV 89146** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **PHD Media, LLC** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **PHD North, LLC**<br>**3225 S. Rainbow Blvd.**<br>**#206**<br>**Las Vegas, NV 89146** | **City National Bank**<br>**5830 West Flamingo Road**<br>**Las Vegas, NV 89103** |

Sheet  __**2**__  of  __**9**__  continuation sheets attached to the Schedule of Codebtors

In re   **Stephen B. Aizenberg**                                ,      Case No. _____
                                     Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Philip and Rene Davis as Trustees of the Davis Family Trust**<br>**40 Tapadero Lane**<br>**Las Vegas, NV 89135** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Philip H. Davis**<br>**40 Tapadero Lane**<br>**Las Vegas, NV 89135** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Philip H. Davis**<br>**40 Tapadero Lane**<br>**Las Vegas, NV 89135** | **Multibank2009-1 RES_ADC Venture, LLC**<br>**c/o Rialto Credit Advisors, LLC**<br>**850 3rd Avenue, Ste 16B**<br>**New York, NY 10022** |
| **Phillip Weisman**<br>**55 Gulf Stream**<br>**Las Vegas, NV 89113** | **City National Bank**<br>**P.O. Box 60938**<br>**Los Angeles, CA 90060-0938** |
| **Randall B. Kidd**<br>**6265 N. Ft. Apache**<br>**Las Vegas, NV 89149** | **City National Bank**<br>**P.O. Box 60938**<br>**Los Angeles, CA 90060-0938** |
| **Randall B. Kidd**<br>**6265 N. Ft. Apache**<br>**Las Vegas, NV 89149** | **RalRon Capital Corporation**<br>**700 7th Street South**<br>**Fargo, ND 58103** |
| **Randall B. Kidd**<br>**6265 N. Ft. Apache**<br>**Las Vegas, NV 89149** | **Key Equipment Finance, Inc.**<br>**Portfolio Management**<br>**1000 S. McCaslin Blvd.**<br>**Louisville, CO 80027** |
| **Randall B. Kidd**<br>**6265 N. Ft. Apache**<br>**Las Vegas, NV 89149** | **Value Recovery Group, LP**<br>**assignee of FDIC, receiver for Community**<br>**Bank of Nevada 919 Old Henderson Rd**<br>**Columbus, OH 43220** |
| **Randall B. Kidd**<br>**6265 N. Ft. Apache**<br>**Las Vegas, NV 89149** | **Card Service Center**<br>**P.O. Box 569100**<br>**Dallas, TX 75356-9100** |
| **Randall B. Kidd**<br>**6265 N. Ft. Apache**<br>**Las Vegas, NV 89149** | **Card Service Center**<br>**P.O. Box 569100**<br>**Dallas, TX 75356** |
| **Randall B. Kidd**<br>**6265 N. Ft. Apache**<br>**Las Vegas, NV 89149** | **Card Service Center**<br>**P.O. Box 569100**<br>**Dallas, TX 75356-9100** |

Sheet   **3**   of   **9**   continuation sheets attached to the Schedule of Codebtors

In re  **Stephen B. Aizenberg**                                                            ,  Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Randall B. Kidd**<br>**6265 N. Ft. Apache**<br>**Las Vegas, NV 89149** | **First Security Bank of Nevada**<br>**10501 West Gowan Rd. #260**<br>**Las Vegas, NV 89129** |
| **Rene Davis**<br>**40 Tapadero Lane**<br>**Las Vegas, NV 89135** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Rochelle Wilson Aizenberg** | **US Bank**<br>**P.O. Box 790179**<br>**Saint Louis, MO 63179** |
| **Running Water Management, LLC** | **Value Recovery Group, LP**<br>**assignee of FDIC, receiver for Community**<br>**Bank of Nevada 919 Old Henderson Rd**<br>**Columbus, OH 43220** |
| **Running Water Management, LLC** | **Wells Fargo Equipment Finance**<br>**733 Marquette Avenue**<br>**Suite 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** |
| **Running Water Management, LLC**<br>**4511 W. Cheyene #105**<br>**North Las Vegas, NV 89032** | **Card Service Center**<br>**P.O. Box 569100**<br>**Dallas, TX 75356** |
| **SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue #105**<br>**North Las Vegas, NV 89032** | **City National Bank**<br>**5830 West Flamingo Road**<br>**Las Vegas, NV 89103** |
| **SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue #105**<br>**North Las Vegas, NV 89032** | **Multibank2009-1 RES_ADC Venture, LLC**<br>**c/o Rialto Credit Advisors, LLC**<br>**850 3rd Avenue, Ste 16B**<br>**New York, NY 10022** |
| **SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue #105**<br>**North Las Vegas, NV 89032** | **Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** |
| **SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue #105**<br>**North Las Vegas, NV 89032** | **A&D Automatic Gate and Access**<br>**Nevada, Inc.**<br>**6442 Windy Street #1**<br>**Las Vegas, NV 89119** |
| **SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue #105**<br>**North Las Vegas, NV 89032** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |

Sheet  __4__  of  __9__  continuation sheets attached to the Schedule of Codebtors

In re    **Stephen B. Aizenberg**                                             ,    Case No. _____

                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue #105**<br>**North Las Vegas, NV 89032** | **Helix Electric of Nevada, LLC**<br>**3078 E. Sunset Rd.**<br>**Suite 9**<br>**Las Vegas, NV 89120** |
| **SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue #105**<br>**North Las Vegas, NV 89032** | **Dynamic HVAC**<br>**3315 Birtcher Drive**<br>**Las Vegas, NV 89118** |
| **SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue #105**<br>**North Las Vegas, NV 89032** | **Hanover Insurance**<br>**Attn: Amy L. Cook**<br>**440 Lincoln Street**<br>**Worcester, MA 01653** |
| **SF Investments** | **Beal Bank**<br>**c/o Kevin Delozier, CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** |
| **SF Investments, LLC** | **Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** |
| **SF Investments, LLC** | **Beal Bank**<br>**c/o Kevin Delozier, CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** |
| **SF Investments, LLC** | **Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** |
| **SF Investments, LLC** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Shady Timber Partners, LLC**<br>**4511 W. Cheyenne Avenue**<br>**Suite 105**<br>**North Las Vegas, NV 89032** | **City National Bank**<br>**5830 West Flamingo Road**<br>**Las Vegas, NV 89103** |
| **Spinnaker Homes III, LLC** | **2010-1 CRE Venture, LLC c/o**<br>**SitusServ, L.P. (Colony Capital)**<br>**4665 Southwest Freeway**<br>**Houston, TX 77027** |

Sheet __5__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re    **Stephen B. Aizenberg**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spinnaker Homes III, LLC** | **Wealth Structures, Inc.**<br>**113 Gryffin Avenue**<br>**Las Vegas, NV 89123** |
| **Spinnaker Homes III, LLC** | **Martyn Bingham and Warren Lowrey**<br>**117 Gryffin Avenue**<br>**Las Vegas, NV 89123** |
| **Spinnaker Homes III, LLC** | **Lisa Imbesi and Priscilla Branco**<br>**121 Gryffin Avenue**<br>**Las Vegas, NV 89123** |
| **Spinnaker Homes III, LLC** | **A&D Automatic Gate and Access**<br>**Nevada, Inc.**<br>**6442 Windy Street #1**<br>**Las Vegas, NV 89119** |
| **Spinnaker Homes IX, LLC** | **2010-1 CRE Venture, LLC c/o**<br>**SitusServ, L.P. (Colony Capital)**<br>**4665 Southwest Freeway**<br>**Houston, TX 77027** |
| **Spinnaker Homes V, LLC** | **Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** |
| **Spinnaker Homes VII, LLC**<br>**SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue**<br>**Suite 105**<br>**North Las Vegas, NV 89032** | **FDIC as Receiver for Southwest USA**<br>**Bank**<br>**4043 South Eastern**<br>**Las Vegas, NV 89119** |
| **Spinnaker Homes VII, LLC** | **FDIC as Receiver for Southwest USA Bank**<br>**4043 South Eastern**<br>**Las Vegas, NV 89119** |
| **Spinnaker Homes VII, LLC**<br>**SBA Development, Inc.**<br>**4511 W. Cheyenne Avenue**<br>**Suite 105**<br>**North Las Vegas, NV 89032** | **Blair A. Isom, DDS**<br>**8845 Helena Avenue**<br>**Las Vegas, NV 89129** |
| **Spinnaker Homes VII, LLC** | **A Step Ahead, LLC**<br>**6690 Grand Montecito Pkwy**<br>**Las Vegas, NV 89149** |
| **Spinnaker Homes VII, LLC** | **Hanover Insurance**<br>**Attn: Amy L. Cook**<br>**440 Lincoln Street**<br>**Worcester, MA 01653** |

Sheet   **6**   of   **9**   continuation sheets attached to the Schedule of Codebtors

In re    **Stephen B. Aizenberg**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spinnaker Village IV** | **Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** |
| **Spirit Ridge, LLC**<br>**4511 W. Cheyenne Avenue**<br>**Suite 105**<br>**North Las Vegas, NV 89032** | **Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Steven, Karine, Avetis Mazmanyan**<br>**9013 Dorrell Lane**<br>**Las Vegas, NV 89149** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **William and Sharon Derry**<br>**9021 Dorrell**<br>**Las Vegas, NV 89149** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Brandon and Latasha Salas**<br>**9025 Dorrell**<br>**Las Vegas, NV 89149** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Tina Banks**<br>**7407 Fleming Way**<br>**Sacramento, CA 95828** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Jermaine Murray and Noel Harris**<br>**4840 Winter Oak Way**<br>**Antelope, CA 95843** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Mikayla Barbour, Joshua Shanklin,Deserae**<br>**Lyons**<br>**4708 Forrester Way**<br>**Antelope, CA 95843** |

Sheet __7__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re    **Stephen B. Aizenberg**                                                          ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Tony Lamm**<br>**Mary Lamm**<br>**3743 Aurora Loop**<br>**Rocklin, CA 95677** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Trent Vanniewburg**<br>**112 Lighthouse Way**<br>**Vacaville, CA 95688** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Andrew Schram**<br>**345 Shannon Way**<br>**Vacaville, CA 95688** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Robert Ditiman**<br>**Yevette Glee**<br>**313 Sun Valley**<br>**Vacaville, CA 95688** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **First Security Bank of Nevada**<br>**10501 West Gowan Rd. #260**<br>**Las Vegas, NV 89129** |
| **Stephen B. Aizenberg Revocable Trust**<br>**9908 Moon Valley Place**<br>**Las Vegas, NV 89134** | **Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** |
| **The Fred Lessman 2001 Living Trust** | **Multibank2009-1 RES_ADC Venture, LLC**<br>**c/o Rialto Credit Advisors, LLC**<br>**850 3rd Avenue, Ste 16B**<br>**New York, NY 10022** |
| **Tier One Bank** | **Helix Electric of Nevada, LLC**<br>**3078 E. Sunset Rd.**<br>**Suite 9**<br>**Las Vegas, NV 89120** |
| **Tier One Bank** | **Dynamic HVAC**<br>**3315 Birtcher Drive**<br>**Las Vegas, NV 89118** |
| **Towne Vistas, LLC**<br>**4511 W. Cheyenne Avenue**<br>**Suite 105**<br>**North Las Vegas, NV 89032** | **Beal Bank**<br>**c/o Kevin Delozier**<br>**CLMG Corp.**<br>**7195 Dallas Pkwy**<br>**Plano, TX 75024** |
| **Towne Vistas, LLC** | **Multibank2009-1 RES_ADC Venture, LLC**<br>**c/o Rialto Credit Advisors, LLC**<br>**850 3rd Avenue, Ste 16B**<br>**New York, NY 10022** |

Sheet  __8__  of  __9__  continuation sheets attached to the Schedule of Codebtors

In re    **Stephen B. Aizenberg**
_____,    Case No. _____
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Towne Vistas, LLC**<br>**4366 W. Cheyenne Avenue**<br>**Suite 105**<br>**North Las Vegas, NV 89032** | **Great Western Bank**<br>**(Tier One)**<br>**Attn: Jason Kester**<br>**200 W. Littleton Blvd.**<br>**Littleton, CO 80120** |
| **Towne Vistas, LLC**<br>**4511 W. Cheyenne Avenue**<br>**Suite 105**<br>**North Las Vegas, NV 89032** | **A&D Automatic Gate and Access**<br>**Nevada, Inc.**<br>**6442 Windy Street #1**<br>**Las Vegas, NV 89119** |
| **Towne Vistas, LLC**<br>**4511 W. Cheyenne Avenue**<br>**Suite 105**<br>**North Las Vegas, NV 89032** | **Helix Electric of Nevada, LLC**<br>**3078 E. Sunset Rd.**<br>**Suite 9**<br>**Las Vegas, NV 89120** |
| **Towne Vistas, LLC**<br>**4511 W. Cheyenne Avenue**<br>**Suite 105**<br>**North Las Vegas, NV 89032** | **Dynamic HVAC**<br>**3315 Birtcher Drive**<br>**Las Vegas, NV 89118** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Stephen B. Aizenberg**                                      Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**11 years**<br>**13 years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|     b.  Insurance | $ | **0.00** | $ | **N/A** |
|     c.  Union dues | $ | **0.00** | $ | **N/A** |
|     d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify):   **See Detailed Income Attachment** | $ | **11,221.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **11,221.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **11,221.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **11,221.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re  **Stephen B. Aizenberg**  _____  Case No. _____
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Social Security or other government assistance:**

| | | | |
|---|---|---|---|
| **Social Security** | $ | **2,187.00** | $ | **N/A** |
| **Social Security for Son** | $ | **862.00** | $ | **N/A** |
| **Social Security for Son** | $ | **862.00** | $ | **N/A** |
| **Defined Benefit Pension Plan** | $ | **4,500.00** | $ | **N/A** |
| **Net Income from Properties** | $ | **2,810.00** | $ | **N/A** |
| **Total Social Security or other government assistance** | $ | **11,221.00** | $ | **N/A** |

B6J (Official Form 6J) (12/07)

In re  **Stephen B. Aizenberg**                                                    Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 6,003.00 |
| a. Are real estate taxes included? | Yes ___    No **X** | |
| b. Is property insurance included? | Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 501.00 |
| b. Water and sewer | | $ 325.00 |
| c. Telephone | | $ 161.00 |
| d. Other   **See Detailed Expense Attachment** | | $ 1,419.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 200.00 |
| 4. Food | | $ 600.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 190.00 |
| b. Life | | $ 8.00 |
| c. Health | | $ 410.00 |
| d. Auto | | $ 79.00 |
| e. Other   **Umbrella Liability Policy/Rentals** | | $ 165.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Property Taxes** | | $ 1,863.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 1,328.00 |
| b. Other   **See Detailed Expense Attachment** | | $ 4,855.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **See Detailed Expense Attachment** | | $ 6,928.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $ 25,935.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a.    Average monthly income from Line 15 of Schedule I | $ 11,221.00 |
| b.    Average monthly expenses from Line 18 above | $ 25,935.00 |
| c.    Monthly net income (a. minus b.) | $ -14,714.00 |

**B6J (Official Form 6J) (12/07)**

In re   **Stephen B. Aizenberg**                                              Case No. _____

                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cox | $ | 286.00 |
| Direct TV | $ | 210.00 |
| Pest Control | $ | 67.00 |
| Mountain Trails HOA | $ | 450.00 |
| Garbage | $ | 26.00 |
| SW Gas | $ | 180.00 |
| Alarm | $ | 33.00 |
| Summerlin HOA | $ | 47.00 |
| Pool Service | $ | 120.00 |
| **Total Other Utility Expenditures** | $ | **1,419.00** |

**Other Installment Payments:**

| | | |
|---|---|---:|
| Common Area Monthly Dues | $ | 555.00 |
| US Bank (1/2 payment) | $ | 500.00 |
| Second Mortgage on Residence | $ | 3,800.00 |
| **Total Other Installment Payments** | $ | **4,855.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| Son's Medical Therapy | $ | 200.00 |
| Legal and Accounting Fees | $ | 100.00 |
| Son's School Tuition/Meadows | $ | 1,295.00 |
| DMV | $ | 40.00 |
| Son's School Tuition/New Horizon | $ | 1,327.00 |
| School Lunches | $ | 50.00 |
| Life Insurance for Children | $ | 862.00 |
| Health Insurance for Ex Wife and Children | $ | 854.00 |
| Child Support | $ | 2,000.00 |
| License Fees | $ | 75.00 |
| Sunday School Dues | $ | 125.00 |
| **Total Other Expenditures** | $ | **6,928.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Stephen B. Aizenberg**
_____
                                    Debtor(s)

Case No. _____
Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **144** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 17, 2011**
_____

Signature   **/s/ Stephen B. Aizenberg**
_____
            **Stephen B. Aizenberg**
            Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re   **Stephen B. Aizenberg**                             Case No. _____

                                        Debtor(s)                 Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,946,355.00** | **2010: Various sources, gross income** |
| **$347,861.00** | **2009: Various sources, gross income** |
| **$122,171.00** | **2011 Gross income from various sources (Retirement, Social Security, Rental Income)** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|              AMOUNT              |              SOURCE              |
| --- | --- |

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Chase Auto Finance**<br>**14800 Frye Rd. 1st Floor**<br>**Fort Worth, TX 76155** | **2-28-11, paid in full, vehicle sold on consigment by Las Vegas Range Rover** | **$40,557.00** | **$0.00** |
| **Bank of Nevada**<br>**P.O. Box 26237**<br>**Las Vegas, NV 89126** | **Monthly on two loans, $5,957.00** | **$5,957.00** | **$1,455,442.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SF Investments, LLC, a Nevada Limited Liability Company; SBA Development, Inc., a Nevada corporation; Stephen Aizenberg; Fred Lessman vs. New South Federal Savings Bank; Beal Bank, SSB as successor in interest to New South Federal Savings Bank; and FDIC, in its capacity as receiver for New South Federal Savings Bank** | **Complaint regarding loan dispute** | **United States District Court, Norther District of Alabama, Southern Division** | **Pending and Ongoing.  Will be dismissing, cannot afford to continue to pursue.** |
| **City National Bank vs. SBA Development, Inc., Stephen Barrie Aizenberg, Stephen Barrie Aizenber, Trustee of Stephen B. Aizenber Revocable Trust; Philip H. Davis, Fred Lessman, Fred Lessman, Trustee of Fred Lessman 2001 Living Trust' Fred and Cheryl Lessman, Trustees of Fred and Cheryl Lessman Family Trust, Philp J. Weisman and Shady Timer Partners, LLC** | **Breach of guarantee/deficiency judgment** | **District Court, Clark County, Nevada Case No. A10618407C** | **Pending, Non-Jury Trial set for September 6, 2011** |
| **City National Bank, a national banking association, in its capacity as an acquirer of certain assets and liabilities of Sun West Bank from the Federal Deposit Insurance Corporation Acting as Receiver vs. Stephen Barrie Aizenberg; Randall B. Kidd** | **Loan Default** | **District Court, Clark County, Nevada Case No. A10627139C** | **Pending; Trial set for November 14, 2011** |
| **Great Western Bank vs. Towne Vistas, LLC, a Nevada Limited Liabilty Company; Stephen B. Aizenberg, Trustee of the Stephen B. Aizenberg Revocable Trust Dated March 14, 1989; SF Investments, LLC, Mustang Lots, LLC; Philip H. Davis; Rene Davis, individually and as Trustees; Fred Lessman ast Trustee of the Fred Lessman 2001 Living Trust** | **Default on Loan** | **District Court, Clark County, NV** | **Pending** |
| **RalRon Capital Corp. vs. 4 Romeo Whiskey, Randall B. Kidd, Stephen B. Aizenberg** | **Loan Default** | **District Court, Clark County, Nevada Case No. A10628731C** | **Pending** |
| **MultiBank 2009-1 Res-ADC Venture, LLC vs. Stephen B. Aizenberg, et. al.** | **Loan Default** | **United States District Court, District of Nevada Case No.: 2:10-cv-1084** | **Pending** |
| **A&D Automatic Gate and Access Nevada, Inc. vs. Towne Vistas, LLC, et. al.** | | **District Court, Clark County, Nevada A618697** | **Trial set for April 9, 2012** |
| **Helix Electric of Nevada, LLC and Dynamic Heating and Air vs. SBA Devlopment, Inc.; Towne Vistas; Tier One Bank; Stephen B. Aizenberg; Insurance Company of the West** | **Title to Real Estate** | **District Court, Clark County, Nevada Case No A606097** | **Pending** |
| **Key Equipment Finance, Inc. vs. 3 Romeo Whiskey, LLC; Stephen Aizenberg; Randall B. Kidd A10630092C** | **Complaint for Replevin of Aircraft** | **District Court, Clark County, Nevada** | **Filed 11/24/10** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wright Engineers, Inc., Wright Structural Engineers of Nevada, Inc. vs. Spinnaker Homes V, LLC, Spinnaker Commons, LLC, SBA Development, Inc. dba Royal Construction Company Case No.L A11636332C** | **Served 3/16/11** | **District Court, Clark County, Nevada** | **Pending** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells Fargo Equipment Finance 733 Marquette Avenue Suite 700 MAC N9306-070 Minneapolis, MN 55402** | **August 2, 2010** | **Personal guarantee on aircraft loan re: Running Water Management, LLC 1991 Bombadier Challenger Aircraft** |

**6.  Assignments and receiverships**

None
☐  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Great Western Bank (Tier One) Attn: Jason Kester 200 W. Littleton Blvd. Littleton, CO 80120** | | **Loan with creditor has an Assignment of Rents clause.  Creditor as of February, 2011 has sent notices to tenants at the (4) Dorrell properties and Oldenburg for turnover of rents.** |
| **Bank of Nevada P.O. Box 26237 Las Vegas, NV 89126** | **February, 2011** | **Loan with creditor has an Assignment of Rents clause.  Creditor as of February, 2011 has sent notices to tenant for turnover of rents.** |

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

5

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Marquis & Aurbach**<br>**10001 Park Run Drive**<br>**Las Vegas, NV 89145** | | **$24,701.00** |
| **Consumer Credit Counseling** | **Pre bankruptcy credit counseling January,2011** | **$50** |

**10. Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Tina Rochelle Wilson**<br><br>**Ex wife** | **May, 2010** | **Various assets were transferred during the ordinary financial affairs of the divorce. Divorce Decree and Property Settlement records are under seal but will be provided to trustee.** |
| **Tina Rochelle Aizenberg Revocable Trust**<br><br>**Ex Wife** | **8/09** | **Sold SBA Holdings, LLC 8/09** |
| **Kenneth Wiles**<br>**2861 Red Springs Drive**<br>**Las Vegas, NV 89135**<br>    **None** | **10-27-10** | **Sold 2009 Harley Davidson  Fltr Road Glide for $18,500.00.  $12,921.06 was owed to Harley Davidson Financial Services at the time and was paid in full/** |
| **Arrowhead Industries, LLC**<br><br>    **None** | **1-27-11** | **Sold 145 East Reno on short sale.  First Security Bank agreed to release $366,068.74 in guarantees.  Sold for $550,000.00.** |

6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Land Rover Las Vegas**<br>**5255 W. Sahara Avenue**<br>**Las Vegas, NV 89146**<br>     **None** | **3-1-11** | **Sold 2009 Infinity G37 Coupe on consignment**<br>**2-28-11.  Paid off Chase Auto Finance Loan** |

None
■
  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐
  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **City National Bank fka SunWest Bank** | **Checking Account #3692** | **Closed 7/16/10  $3,713.30** |
| **Plaza Bank/Southwest US Bank** | **Checking Account #1337** | **12/10 $.06** |
| **Bank of North Las Vegas**<br>**6385 Simmons Street**<br>**North Las Vegas, NV 89031** | **Personal Checking Account #6368** | **$0 9/15/10** |
| **First Security Bank** | **Money Market Advantage #0081** | **12-20-10 $1,005.36** |
| **Sun West Bank** | **#3692** | |

---

**12. Safe deposit boxes**

None
☐
  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Wells Fargo**<br>**Safe Deposit Operations**<br>**MAC P6103-051**<br>**P.O. Box 3446**<br>**Portland, OR 97208** | **Steve Aizenberg** | **Misc. documents.** | **Closed 2/20/11** |

---

**13. Setoffs**

None
■
  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Rochelle Wilson-Aizenberg**
**Divorced finalized May, 2010**
**Separated and living apart since August 31, 2007**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

8

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SBA Investments, LLC | | | Not doing business, never did. 50% Debtor 50% Tina Rochelle Wilson | 6/7/02 - present |
| Desert Aviation Services, Inc. | 88-0372249 | | Aviation 100% debtor | 11/96 - current |
| SBA Resources, LLC | 20-8581623 | | Never did business 100% debtor | 3/07 - current |
| Witch Mountain, LLC | | | Real Estate Holdings 17% debtor 83% various investors | 9/5/03 - current |
| PSF Assets, LLC | | | Real Estate Holdings 33% debtor 33% Phil Davis 33% Fred Lessman | 3/14/05 - 2007 |
| Spinnaker Realty, Inc. | 47-0867908 | | Real Estate Brokerage 100% debtor | 4/4/01 - current |
| SBA Holdings, LLC | | | Holdings company 100% debtor until 8/09 | 3/07 - 8/09 |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

9

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| **Ovist & Howard** | | **2000 - 2010** |
| **Mary Heinz** | | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

10

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **March 17, 2011**                    Signature  **/s/ Stephen B. Aizenberg**

**Stephen B. Aizenberg**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### District of Nevada

In re    **Stephen B. Aizenberg**                                    Case No. _____

                                          Debtor(s)                Chapter     **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of Nevada** | **Describe Property Securing Debt:**<br>**4362-4366 West Cheyenne Avenue, N. Las Vegas, NV  89032**<br>**PROPERTY IS IN STEPHEN B. AIZENBERG TRUST** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   **Retain**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                  ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bank of Nevada** | **Describe Property Securing Debt:**<br>**4362-4366 West Cheyenne Avenue, N. Las Vegas, NV  89032**<br>**PROPERTY IS IN STEPHEN B. AIZENBERG TRUST** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   **Retain**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                  ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase (Landrover Financial Group)** | **Describe Property Securing Debt:**<br>**2010 Range Rover  NO EQUITY** |

Property will be (check one):
  ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ■ Other.  Explain  __**Retain-PAYMENTS ARE CURRENT**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Chase (Landrover Financial Group)** | **Describe Property Securing Debt:**<br>**2010 Land Rover LR 4  EX AWARDED IN DIVORCE AND MAKES PAYMENTS** |

Property will be (check one):
  ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  __**Retain-EX WIFE PAYS**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Hsbc/Polaris** | **Describe Property Securing Debt:**<br>**(5) Polaris Snowmobiles** |

Property will be (check one):
  ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                        Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**US Bank** | **Describe Property Securing Debt:**<br>**2009 Discovery Fleetwood MotorHome  NO EQUITY-EX**<br>**AWARDED IN DIVORCE AND DEBTOR'S NAME TAKEN OFF**<br>**TITLE** |

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ■ Other.  Explain   **PAYMENTS ARE CURRENT**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank Nv Na** | **Describe Property Securing Debt:**<br>**9908 Moon Valley Place, Las Vegas, Nevada**<br>**SHORT SALE PENDING, NO EQUITY** |

Property will be (check one):
- ☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   **SHORT SALE PENDING, NO EQUITY**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                    Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**9908 Moon Valley Place, Las Vegas, Nevada**<br>**SHORT SALE PENDING, NO EQUITY** |

Property will be (check one):
  ☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain   <u>**SHORT SALE PENDING, NO EQUITY**</u>   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES            ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  <u>**March 17, 2011**</u>                          Signature   <u>**/s/ Stephen B. Aizenberg**</u>
                                                                           **Stephen B. Aizenberg**
                                                                           Debtor

# United States Bankruptcy Court
## District of Nevada

In re   **Stephen B. Aizenberg**                                          Case No.
                                              Debtor(s)          Chapter      **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 24,701.00 |
| Prior to the filing of this statement I have received | $ | 24,701.00 |
| Balance Due | $ | 0.00 |

2.    $ **299.00**    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.  Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 17, 2011**                                **/s/ David A. Colvin, Esq. Nevada Bar**
                                                           **David A. Colvin, Esq. Nevada Bar #4096**
                                                           **Marquis Aurbach Coffing**
                                                           **10001 Park Run Drive**
                                                           **Las Vegas, NV 89145**
                                                           **702-382-0711   Fax: 702-856-8965**
                                                           **kgallegos@maclaw.com**

# United States Bankruptcy Court
## District of Nevada

In re   **Stephen B. Aizenberg**                       Case No. _____

                                          Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 17, 2011** _____        **/s/ Stephen B. Aizenberg** _____

                                                   **Stephen B. Aizenberg**

                                                   Signature of Debtor

Stephen B. Aizenberg
9908 Moon Valley Place
Las Vegas, NV 89134

David A. Colvin, Esq. Nevada Bar
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

2010-1 CRE Venture, LLC c/o
Acct No xxxxxxxx940A
SitusServ, L.P. (Colony Capital)
4665 Southwest Freeway
Houston, TX 77027

3 Romeo Whiskey, LLC
c/o Randall B. Kidd
6265 North Apache Road
Las Vegas, NV 89149

3 Romeo Whiskey, LLC
c/o AK Resources LLC, Manager
4511 W. Cheyenne Avenue
Suite 105
North Las Vegas, NV 89032

3 Romeo Whiskey, LLC
c/o Randall B. Kidd
P.O. Box 570217
Las Vegas, NV 89157

4 Romeo Whiskey, LLC
4511 W. Cheyenne #105
North Las Vegas, NV 89032

A Step Ahead, LLC
6690 Grand Montecito Pkwy
Las Vegas, NV 89149

A&D Automatic Gate and Access
Nevada, Inc.
6442 Windy Street #1
Las Vegas, NV 89119

A-1 Security
917 S. First Street
Las Vegas, NV 89101

AAA Parking Lot Care
4560 S. Arville
Suite C15
Las Vegas, NV 89103

Abel Demha-Cruz
2300 Rock Springs Drive #2043
Las Vegas, NV 89128

Able Body labor
P.O. Box 30386
Tampa, FL 33630

Accelero Learning
4366 W. Cheyenne Avenue
North Las Vegas, NV 89032

Acceleron Group
2791 Soft Horizon Way
Las Vegas, NV 89135

Access Environmental
3219 Cherum Street
North Las Vegas, NV 89032

Action Messenger Service
P.O. Box 69763
West Hollywood, CA 90069

Acuarious Adv., Inc.
5000 West Oakey Blvd. #D11
Las Vegas, NV 89146

Adam Sellers
2056 Dakota Lodge Avenue
Las Vegas, NV 89123

Adams Bors/Garage Door Center
Unit A P.O. Box 51916
Los Angeles, CA 90051-6216

Addison Glass
5685 South Cameron
Las Vegas, NV 89118

Advanced Engineering, LLC
4080 E. Lake Mead Blvd. #C
Las Vegas, NV 89115

Aerojet Services
15290 N. 78th Way
Suite B-100
Scottsdale, AZ 85260

Aflac
World Wide Headquarters
Columbus, GA 31999

AICCO, Inc.
Dept. 7615
Los Angeles, CA 90084-7615

Air BP Aviation Services
Dept. 8010
Los Angeles, CA 90084

Air Coolers Company
2661 S. Miller Lane
Las Vegas, NV 89117

AK Resources
4511 West Cheyenne Avenue #105
North Las Vegas, NV 89032

All Purpose Security
2921 North Tenaya Way Suite 220
Las Vegas, NV 89128

All Write Business Com., LLC
72 W. Horizon Ridge Pkwy
Suite 120
Henderson, NV 89012

Allen Englad
3872 E. Katie Avenue
Las Vegas, NV 89123

Allied Insurance
P.O. Box 514540
Los Angeles, CA 90084

Allstate Fire Equipment
P.O. Box 33406
Las Vegas, NV 89133

Ameri-Clean N More
P.O. Box 530356
Henderson, NV 89053

American Asphalt & Grading Co.
2690 N. Decatur Blvd.
Las Vegas, NV 89108

American Eurocopter, LLC
750 Gateway Blvd.
Coppell, TX 75019

American Leak Detection
6185 Harrison Blvd.
Suite 13
Las Vegas, NV 89120

American Pavement Preservation, LLC
4725 E. Cartier Avenue
Las Vegas, NV 89115

Ameripro Service Systems, Inc.
P.O. Box 750369
Las Vegas, NV 89136

Andrew Schram
345 Shannon Way
Vacaville, CA 95688

Andrew Schram
345 Shannon Drive
Vacaville, CA 95688

Andy Concepcion
8500 Porch Rocker Street
Las Vegas, NV 89143

Answer Connect
P.O. Box 80040
Portland, OR 97280

Anthony Hama
Sperry Van Ness/Land Baron
5275 S. Durango Avenue
Las Vegas, NV 89113

Anytime Garage Door, LLC
175 Cassia Way
Suite A118
Henderson, NV 89014

Appaloosa Canyon/Quarter House Falls
HOA c/o Excellence Management Company
601 Whiteny Ranch Drive
Bldg. B, Ste 10
Henderson, NV 89014

Appearance Group, Inc.
P.O. Box 782585
Wichita, KS 67207

Ara Shirinian
10651 Capesthorne Way
Las Vegas, NV 89135

Architectural Precast, Inc.
4630 East Ann Road
Las Vegas, NV 89115

ARINC Direct
P.O. Box 951273
Dallas, TX 75395

Arizona Civil Contractors, Inc.
3280 W. Hacienda Avenue
Las Vegas, NV 89118

Armando Munoz
2121 N. Jones #260
Las Vegas, NV 89109

Artor Nassari
9429 Sierra Summit
Las Vegas, NV 89134

Ascent Services, LLC
4675 W. Teco Avenue
Suite 120
Las Vegas, NV 89118

Ashlan Concrete Cutting
2632 Abels Lane
Las Vegas, NV 89115

Assurant Health
501 W. Michigan Street
P.O. Box 3050
Milwaukee, WI 53201-3050

AT & T
P.O. Box 60017
Los Angeles, CA 90060

AT & T Mobility
Acct No xxx7035
P.O. Box 6463
Carol Stream, IL 60197

Avalon Realty & Oaktree management
500 Rose Street
Las Vegas, NV 89106

AVCARD-World Fuel Services
2458 Paysphere Circle
Chicago, IL 60674

Aztec Engineering
3230 N. Buffalo Drive
Suite 106
Las Vegas, NV 89129

Bac Home Loans Servicing/Countrywide
Acct No xxxxx4754
450 American St
Simi Valley, CA 93065

Backflow Prevention Services, Inc.
9506 Tepton Diablo Avenue
Las Vegas, NV 89117

Ballard Spahr, LLP
Acct No xxxxxxxxxx xote A
100 North City Parkway, Suite 1750
Las Vegas, NV 89106

Bank of Nevada
Acct No xxxxx4105
P.O. Box 26237
Las Vegas, NV 89126

Barrett Powley Architect, LLC
10608 Amblewood Way
Las Vegas, NV 89144

BC Construction Clean up
4094 Armistad Court
Las Vegas, NV 89115

Beal Bank
Acct No xxxx0001
c/o Kevin Delozier
CLMG Corp.
7195 Dallas Pkwy
Plano, TX 75024

Beal Bank
Acct No xxxx1002
c/o Kevin Delozier, CLMG Corp.
7195 Dallas Pkwy
Plano, TX 75024

Ben Young
7872 Morning Flower
Las Vegas, NV 89129

Bernard & Williams Photography, Inc.
3075 S. Valley View Blvd.
Las Vegas, NV 89102

Besam Entrance Solutions
P.O. Box 827375
Philadelphia, PA 19182-7375

Better Business Bureau of Nevada
6040 South Jones Blvd.
Las Vegas, NV 89118

Blair A. Isom, DDS
8845 Helena Avenue
Las Vegas, NV 89129

Blair A. Isom, DDS
6690 Grand Montecito Pkwy
Las Vegas, NV 89149

Blue and Green Services, LLC
7425 Peak Drive
Las Vegas, NV 89128

BND Plastering
70 Corporate Park Drive
Henderson, NV 89074

Bob's Backflow Services
P.O. Box 425
Citrus Heights, CA 95611

Bombardier
P.O. Box 6087
Station Centre-Ville
Montreal, Quebec
Canada H3C 3G9

Bonnie Furnell
5940 Palmilla Street #11
North Las Vegas, NV 89031

Brandon and Latasha Salas
9025 Dorrell
Las Vegas, NV 89149

Brandon Faulkenborg
2227 Webster Street
North Las Vegas, NV 89030

Brandon Iron, Inc.
3965 W. Oquendo Rd.
Las Vegas, NV 89118

Builders Design Group
7350 Dean Martin Drive
Suite 310
Las Vegas, NV 89139

Bunker Commons Estates LDMA
P.O. Box 12117
Las Vegas, NV 89112

Bureau Water Pollution Cont.
333 W. Nye Lane
Indian Springs, NV 89070

Business Press
P.O. Box 730
Las Vegas, NV 89125-0730

Cabinetec
2711 East Craig Rd.
Suite A
North Las Vegas, NV 89030

CAMCO
P.O. Box 12117
Las Vegas, NV 89112

Cameron Clean Up
7214 Cameron Street
Las Vegas, NV 89118

Camino Constructors
P.O. Box 570818
Las Vegas, NV 89157

Campus Club Uniforms
2411 Tech Center Court
Suite 106
Las Vegas, NV 89128

Canawill, Inc.
Dept. 7200
Los Angeles, CA 90088

Capital Cabinet Corp.
3465 Losee Rd.
North Las Vegas, NV 89030

Capital One
Acct No xxxx-xxxx-xxxx-7074
P.O. Box 85520
Richmond, VA 23285

Capital One
Acct No xxxx-xxxx-xxxx-7074
P.O. Box 60599
City of Industry, CA 91736

Capital Recovery Advisors
c/o Mike Buckner
2400 Augusta Drive
Ste 212
Houston, TX 77057

Capital Recovery Advisors, LLC
Acct No x0122,x0126
2400 Augusta Drive
#212
Houston, TX 77057

Card Service Center
Acct No xxxx-xxxx-xxxx-0257
P.O. Box 569100
Dallas, TX 75356-9100

Card Service Center
Acct No xxxx-xxxx-xxxx-0265
P.O. Box 569100
Dallas, TX 75356

Carol Rumbolz/ CR Consulting
4498 Farmcrest Drive
Las Vegas, NV 89121

Carpet Warehouse
3935 W. Reno #C
Las Vegas, NV 89118

Carpets-n-More
7260 Dead Martin Drive
Suite 100
Las Vegas, NV 89118

Cashman Equipment Company
File #56751
Los Angeles, CA 90074

CBI Contructors Bonding, Inc. of Nevada
6600 W. Charleston Blvd.
Suite 116
Las Vegas, NV 89146

Cell-Crete Fireproofing of Nevada
3437 Procyon Street
Las Vegas, NV 89102

Centennial Academy, LLC

Centurion Management Company
2920 N. Green Valley Pkwy
Ste 414
Henderson, NV 89014

Century Cast Products, Inc.
P.O. Box 2933
Pomona, CA 91769

Century Link
P.O. Box 219008
Kansas City, MO 64121-9008

Charles LoBello Law Offices
1830 East Sahara Avenue
Suite 113
Las Vegas, NV 89104

Chase
Acct No xxxxxxxxxx3623
P.O. Box 78069
Phoenix, AZ 85062-8069

Chase (Landrover Financial Group)
Acct No xxxxxxxxxx3623
201 N Walnut St # De1-10
Wilmington, DE 19801

Chase Home Mortgage
P.O. Box 78420
Phoenix, AZ 85062

Cheryl Barnett
Addison Glass
5625 Cameron Street
Las Vegas, NV 89118

Cheryl Lessman
1177 California Unit 1507
San Francisco, CA 94108

Cheryl Lessman
1177 California
Unit 1507
San Francisco, CA 94108

Cheyenne Air Center Owners Assoc.
4511 W. Cheyenne Avenue
Suite 601
North Las Vegas, NV 89032

Cheyenne Self Storage
8650 W. Cheyenne Avenue
Las Vegas, NV 89129

Cheyenne Valley Gateway Owners Associati
c/o Equity Group
8367 W. Flamingo Rd.
Ste 201
Las Vegas, NV 89147

Chris Furnell
5940 Palmilla Street #11
North Las Vegas, NV 89031

Cindy Sovar
4101 Deer Tract Street
Round Rock, TX 78681

CIT Technology Fin. Services, Inc.
P.O. Box 100706
Pasadena, CA 91189

CitiBusiness/Aadvantage Card
Acct No xxxx-xxxx-xxxx-0477
P.O. Box 183051
Columbus, OH 43218-3051

City National Bank
Acct No xxxxxx1091
5830 West Flamingo Road
Las Vegas, NV 89103

City National Bank
Acct No xxxxxxx5002
P.O. Box 60938
Los Angeles, CA 90060-0938

City National Bank
Acct No xxxxxx1091
Special Assets Dept.
P.O. Box 30428
Los Angeles, CA 90030-0428

City National Bank
Acct No xxxxxx0001
10801 West Charleston Blvd.
Las Vegas, NV 89135

Clark County Air Quality
500 Grand Central Pkwy #1
Las Vegas, NV 89155

Clark County Assessor
500 S. Grand Central Parkway
2nd Floor
P.O. Box 551401
Las Vegas, NV 89155-1401

Clark County Development Services
500 Grand Central Pkwy #1
Las Vegas, NV 89155

Clark County Fire Dept.
575 E. Flamingo Rd.
Las Vegas, NV 89119

Clark County Public Works
500 S. Grand Central Pkwy
Las Vegas, NV 89155

Clark County Reclamation
500 S. Grand Central Pkwy
Las Vegas, NV 89155

Clark County Treasurer
500 S. Grand Central Pkwy 1st Floor
P.O. Box 551220
Las Vegas, NV 89155

Clark Seif Clark
P.O. Box 4299
Chatsworth, CA 91313

Classic Challenger Consulting
275 E. Tropicana Avenue
Las Vegas, NV 89141

Coast West Plumbing
2845 Synergy Street
North Las Vegas, NV 89030

Colleen Allen
222 Comanche Place
Henderson, NV 89074

Comfort Engineering
9175 W. Flamingo Rd.
Las Vegas, NV 89147

Comfort Systems USA
980 American Pacific Drive
Henderson, NV 89014

Communication Electronic Systems/CES
4000 E. Lake Mead
Suite A
Las Vegas, NV 89115

Compass Investments/ David Gaffin
10181 Park Run Drive
Ste 200
Las Vegas, NV 89145

Compliance Science
P.O. Box 97051
Las Vegas, NV 89183

Connie Weber Media Consultant
2250 Tretham Way
Reno, NV 89509

Construction Protective Services
436 West Walnut Street
Gardena, CA 90248

Contractors Bonding, Inc. NV
6600 W. Charleston Blvd.
Suite 116
Las Vegas, NV 89146

Cooper Roofing Co., Inc.
4515 Cooper Sage Street
Las Vegas, NV 89115

Corporate Flight International
5220 Haven Street
Las Vegas, NV 89119

Coverall Cleaning Concepts
P.O. Box 802825
Chicago, IL 60680

Cox Communications
P.O. Box 53262
Phoenix, AZ 85072

Coyote Springs Windows & Doors
2180 N. Leslie
Pahrump, NV 89060

CPS Security (USA), Inc.
c/o Becky A. Pintar
3993 Howard Hughes Pkwy #520
Las Vegas, NV 89169

Creative Metal Solutions, Inc.
5960 Topaz Street
Las Vegas, NV 89120

Credit Recovery Advisors
Acct No xx1227
c/o Mike Buckner
2400 Augusta Drive, Ste 212
Houston, TX 77057

Curtis Steel
4565 Wynn Rd.
Las Vegas, NV 89103

Custom Hearth Distributors, Inc.
2255 Crestline Loop
North Las Vegas, NV 89030

D&C Concrete, LLC dba Sturm's Concrete
Co.
8530 Bella Vacio Court
Las Vegas, NV 89130

D&D Steel
2180 N. Commerce
North Las Vegas, NV 89030

Dan Bradley Glass Shop, Inc.
4125 W. Desert Inn Rd.
Las Vegas, NV 89102

David Goldberg
2917 Crystal Bay Drive
Las Vegas, NV 89117

David McKee
4495 Hacienda
Suite 11C
Las Vegas, NV 89113

David Pinegar
P.O. Box 60192
San Diego, CA 92166

David Speckman
1414 Oliver Avenue
San Diego, CA 92109

DC Installation
4690 Panaramic Court
Las Vegas, NV 89129

Dean & Dunn Roofing, LLC
2980 S. Jones Blvd.
Suite A
Las Vegas, NV 89146

Dean Roofing & Insulation Co.
5525 South Cameron Street
Las Vegas, NV 89118

Deans and Homer
340 Pine Street
2nd Floor
San Francisco, CA 94104

Debbie Pierce
7837 Fandango Court
Las Vegas, NV 89120

Dell Commercial Credit
Dept. 50-0059173974
P.O. Box 689020
Des Moines, IA 50368-9020

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197

Delta Aircraft Finance Corp.
5323 120th Avenue
Parrish, FL 34219

Deluxe Business Checks
P.O. Box 742572
Cincinnati, OH 45274

Demolition Technologies, Inc.
330 South Decatur Blvd.
P.O. Box 1032
Las Vegas, NV 89107

Desert Plastering
2602 Losee Road
North Las Vegas, NV 89030

Diero Auctioneers, Inc.
7878 West Sahara Avenue
Suite 110
Las Vegas, NV 89117

Direct TV
P.O. Box 60036
Los Angeles, CA 90060-0036

Discount Dumpsters
420 N. Nellis Blvd.
SUITE h
Las Vegas, NV 89146

Divinity Johnson
10239 Bare Rabbit Ct.
Las Vegas, NV 89178

Doug Templeton
6113 Azurite Drive
Las Vegas, NV 89130

Dr. Lindsay Hansen
612 Run Ridge Street
Las Vegas, NV 89144

Drew Asphalt Paving, Inc.
4510 N. Valdez
Las Vegas, NV 89129

Durango Elk Holding Co., LLC
3230 S. Buffalo Drive
Suite 105
Las Vegas, NV 89117

Duro Last Roofing, Inc.
525 Morley Drive
Saginaw, MI 48601

Dynamic HVAC
3315 Birtcher Drive
Las Vegas, NV 89118

Dynamic Plumbing Systems, Inc.
of Nevada
4745 Cooper Sage Street
Las Vegas, NV 89115

E & E Fire Protection
5678 La Costa Canyon Court #100
Las Vegas, NV 89139

ECE
8076 W. Sahara Avenue
Suite C
Las Vegas, NV 89117

Embarq Communications
P.O. Box 660068
Dallas, TX 75266-0068

EMC Insurance Companies
16150 N. Arrowhead Fountain Ctr. Drive
Suite 350
Peoria, AZ 85385-5760

Employer Mutual Casualty Company
16151 N. Arrowhead Fountain Ctr. Dr.
Ste 350
Peoria, AZ 85385

Employers Insurance Company of Nevada
P.O. Box 52787
Phoenix, AZ 85072-2787

Energy Inspectors
8515 Edna Ste 210
Las Vegas, NV 89117

Excella Communications
1700 S. Main Street
Las Vegas, NV 89104

Execuclean Janitorial
6440 Sky Pointe Drive
Ste 140-336
Las Vegas, NV 89131

Executive Plastering
3656 N. Rancho Drive
Suite 101
Las Vegas, NV 89130

Explorer Insurance Company of the
West
P.O. Box 85563
San Diego, CA 92186

Falcon Insurance
P.O. Box13503
Scottsdale, AZ 85267

FDIC as Receiver for Southwest USA
Acct No xx1226
Bank
4043 South Eastern
Las Vegas, NV 89119

FDIC as Receiver for Southwest USA Bank
Acct No xx1227
4043 South Eastern
Las Vegas, NV 89119

Federal Deposit Insurance Corporation
c/o David Mullin
500 S. Taylor Suite 800
Amarillo, TX 79101

Federal Express Corp.
P.O. Box 7221
Pasadena, CA 91109

Federal Express Kinkos
P.O. Box 672085
Dallas, TX 75267-2085

Fennemore Craig, PC
3003 N. Central Avenue
Suite 200
Phoenix, AZ 85012

Fidelity National Title Insurance
Company c/o Eric Early
Early, Sullivan, Wright Gizer and McRae

First Security Bank of Nevada
Acct No xxxxxx9700
10501 West Gowan Rd. #260
Las Vegas, NV 89129

First Security Bank of Nevada
Acct No xxxxxx9700
10501 West Gown Rd. #260
Las Vegas, NV 89129

First Security Bank of Nevada
Acct No xxxxxxx3700
P.O. Box 34240
Las Vegas, NV 89133

Flack & Kurtz
385 Pilot Rd. Ste D
Las Vegas, NV 89119

Flangus McMillan Law Group
3275 S. Jones Blvd.
Ste 105
Las Vegas, NV 89146

Fred and Cheryl Lessman
as Trustees of Fred and Cheryl Lessman
Family Trust
1844 Winners Cup Drive
Las Vegas, NV 89117

Fred and Cheryl Lessman
as Trustees of Fred and Cheryls Lessman
Family Trust
1844 Winners Cup Drive
Las Vegas, NV 89117

Fred Lessman
1844 Winners Cup Drive
Las Vegas, NV 89117

Fred Lessman Revocable Trust
1844 Winners Cup Drive
Las Vegas, NV 89117

Freedom Electric
6440 SKy Point Drive
Ste 140-274
Las Vegas, NV 89131

Frehner Masonry
3432 N. Bruce Street
Suite 10
North Las Vegas, NV 89030

Frehner Masonry, Inc.
3432 N. Bruce Street
Suite 10
North Las Vegas, NV 89030

G.C. Wallace, Inc.
6655 South Cimaron Rd.
Las Vegas, NV 89113

Gary Gingrich
680 Tyendale Ct.
Las Vegas, NV 89123

Gary Morgan
4126 Rustic Ct.
North Las Vegas, NV 89081

Gary R. Goodheart, Esq.
Acct No xxxxxx1091
Amanda J. Cowley, Esq.
Jones Vargas
3773 Howard Hughes Pkwry 3rd Flr S
Las Vegas, NV 89169

GB Insurance Professionals
P.O. Box 752843
Las Vegas, NV 89136

GE Capital c/o Recovery Division, LLC
Acct No xxxxxx3001
4836 Brecksville Road
P.O. Box 523
Richfield, OH 44286

Geo Tek, Inc.
P.O. Box 31001-0271
Pasadena, CA 91110-0271

Gerald Garapich, AIA, LLC
3005 W. Horizon Ridge Pkwy #200
Henderson, NV 89052

Glaser Weil Fink Jacobs
Acct No xxxxxx9698
Howard Avchen & Shapito, LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067

Glen Chaves
2538 Cortina Avenue
Henderson, NV 89074

GMS Concrete, Inc.
231 W. Utah
Las Vegas, NV 89102

Gouvis Engineering
2150 E. Tahquitz Canyon #9
Palm Springs, CA 92262

Granite World
2630 E. LaMadre
North Las Vegas, NV 89081

Great Lawns
1050 Whitney Ranch Drive #1626
Henderson, NV 89014

```
Great Western Bank
Acct No xxxxxx9698
(Tier One)
Attn: Jason Kester
200 W. Littleton Blvd.
Littleton, CO 80120

Grizzly Materials Testing
6280 S. Valley View Blvd. #722
Las Vegas, NV 89117

H20 Backflow Service
452 E. Silverado Ranch Blvd. #343
Las Vegas, NV 89183

Hall Paint and Drywall
6465 W. Sahara Avenue #200
Las Vegas, NV 89146

Hanover Insurance
Attn: Amy L. Cook
440 Lincoln Street
Worcester, MA 01653

Hanover Insurance
2111 E. Highland #360
Phoenix, AZ 85016

Hardy Painting and Drywall
Hardy Companies, Inc.
6465 W. Sahara Avenue #200
Las Vegas, NV 89146

Harmony Homes
7220 South Cimarron Ste 100
Las Vegas, NV 89113

Helix Electric of Nevada, LLC
3078 E. Sunset Rd.
Suite 9
Las Vegas, NV 89120

Henderson Drywall, Inc.
4314 E. Alexander Rd.
Las Vegas, NV 89115

Heritage Windows and Doors
1503 W. San Pedro Street
Las Vegas, NV 89115

Highway Striping & Signs
3425 Bunkerhill Drive
North Las Vegas, NV 89032
```

Highway Technologies
4533 Andrew Street
North Las Vegas, NV 89081

HJ Richie
3650 N. Rancho Drive #112
Las Vegas, NV 89130

Holland & Hart, LLP
Acct No xxxxxx9698
3800 Howard Hughes Parkway
10th Floor
Las Vegas, NV 89169

Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029

Howard & Howard
Acct No xxxxxx9102
Wells Fargo Tower
Suite 1400
3800 Howard Hughes pkwy
Las Vegas, NV 89169

Hoyco Construction, Inc.
980 Marycrest Rd.
Ste A
Henderson, NV 89014

Hsbc/Polaris
Acct No xxxxxx-xxxxxx6946
P.O.Box 60107
City of Industry, CA 91716

i365, Inc.
15422 Collections Center Drive
Chicago, IL 60693

Ice Louge Las Vegas, LLC
145 East Reno Avenue
Suite E7
Las Vegas, NV 89119

Impact Sand and Gravel
250 Pilot Road, Ste 160
Las Vegas, NV 89119

Insurance Company of the West
Explorer Insurance Company
11455 El Camino Real
San Diego, CA 92103

Insured Aircraft Title Service
P.O. Box 19527
Oklahoma City, OK 73144

Integrity Pools, Inc.
4894 W. Lone Mountain Rd.
Las Vegas, NV 89130

Intelliquick Delivery
P.O. Box 34991
Phoenix, AZ 85067

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Plumbing & Air
7201 Post Rd.
Las Vegas, NV 89113

Ira Eichenfeld
5220 Haven Street
Las Vegas, NV 89119

J&J Enterprises Service, Inc.
5920 Cougar Avenue
Las Vegas, NV 89139

J&J Service
70 E. Ford Avenue
Las Vegas, NV 89123

J&K Consultants, Inc.
2012 Western Avenue
Las Vegas, NV 89102

J. Alvarez Masonry
4040 W. Craig Rd. #113
North Las Vegas, NV 89031

Jade Summit, LLC
1914 S. Highland Drive
Las Vegas, NV 89102

Jay's Plumbing Service
P.O. Box 29089
Las Vegas, NV 89126

Jed Giocoletto
P.O. Box 910033
Saint George, UT 84791

Jenifer Hart
3917 Tumbleweed Avenue
Las Vegas, NV 89121

Jenkins Jensen & Bayle
1290 E. 100 S. Ste 9
Saint George, UT 84790

Jeppersen Sanderson, Inc.
55 Inverness Drive East
Englewood, CO 80112

Jermaine Murray and Noel Harris
4840 Winter Oak Way
Antelope, CA 95843

Jerry and Bonnie Kohler
c/o Equity Escrow
20 N. Main Street #300
Saint George, UT 84770

JetCraft Trading
P.O. Box 60248
Raleigh, NC 27623

Joe Franchina
223 Greenbriar Townshouse Way
Las Vegas, NV 89121

John Nguyen
34 Cobbs Creek Way
Las Vegas, NV 89148

Johnson Electric
2919 A Meade Avenue
Las Vegas, NV 89102

JoLynn Kolk
2213 Plaza Del Puerto
Las Vegas, NV 89102

Josh Lofquist
1236 Stonesthrow Court
North Las Vegas, NV 89031

JS Pest Control
19 W. Brooks Avenue
North Las Vegas, NV 89030

JT's Tub Repair
1831 Paprika Way
Henderson, NV 89014

K & B Door Company
3711 W. Sirius Avenue
Las Vegas, NV 89102

Kaempfer Crowell Renshaw
8345 West Sunset Road
Suite 250
Las Vegas, NV 89113

KBeech
3903 W. Martin Avenue
Las Vegas, NV 89118

Keegan Engineering, P.C.
100 N. Green Valley Pkwy #440
Henderson, NV 89074

Ken Baxter
121 E. Warm Springs Rd.
Las Vegas, NV 89119

Kennington Plastering
P.O. Box 35110
Las Vegas, NV 89133

Key Bank Equipment
Acct No xxxxxx9102
11030 Circle Point Road
2nd Floor
Broomfield, CO 80020

Key Equipment Finance, Inc.
Acct No xxxxxx9102
Portfolio Management
1000 S. McCaslin Blvd.
Louisville, CO 80027

KTGY Group, Inc.
17922 Fitch Street
Irvine, CA 92614

L and S Fireplaces
290 Sunpac Avenue
Suite A
Henderson, NV 89015

Labor Ready, Inc.
Brach 146
P.O. Box 31001-0257
Pasadena, CA 91110-0257

Land Baron Brokerage, LLC
10777 W. Twain #225
Las Vegas, NV 89135

Larsen Enterprises, Inc.
2515 Abels Lane
Suite B
Las Vegas, NV 89115

Las Vegas Color Graphics
4265 W. Sunset Rd.
Las Vegas, NV 89118

Las Vegas Toilet Rentals
2069 Christy Lane
Las Vegas, NV 89156

Las Vegas Valley Water District
1001 S. Valley View Blvd.
Las Vegas, NV 89153

Legacy Electric
3650 E. Sunset Road #105
Las Vegas, NV 89120

Liberty Bell Alarm
5320 South Watt Avenue
Sacramento, CA 95826

Lionel Sawyer & Collins
300 South Fourth Street
1700 Bank of America Plaza
Las Vegas, NV 89101

Lisa Imbesi and Priscilla Branco
121 Gryffin Avenue
Las Vegas, NV 89123

Lori Morales
10259 Franford Ct.
Las Vegas, NV 89183

Low Volt
P.O. Box 90752
Henderson, NV 89009

LPP Mortgage, Ltd
Acct No xxxx0001
c/o Maynard, Cooper & Gale, PC
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618

LPP Mortgage, Ltd
Acct No xxxx1002
c/o Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203

M&M Electric, Inc.
3655 West Dewey Drive
Las Vegas, NV 89118

M.S. Door & Trim, Inc.
3840 N. Commerce Street
North Las Vegas, NV 89032

Mad Dog Heavy Equipment
9550 South Eastern
Suite 253
Las Vegas, NV 89123

Mak Commercial Glazing, LLC
3230 Polaris Avenue
Ste 15
Las Vegas, NV 89102

Mammoth Underground, LLC
421 W. Bonanza
Las Vegas, NV 89106

Mann, Berens & Wisner, LLP
3300 North Central Avenue
Suite 2400
Phoenix, AZ 85012

Mark G. Simons
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503

Mark III Management Company
1321 Howe Avenue
Suite 101
Sacramento, CA 95825

Mark III Mangement Co.
2020 Hurley Way Ste 120
Sacramento, CA 95825

Martyn Bingham and Warren Lowrey
117 Gryffin Avenue
Las Vegas, NV 89123

Media Undergound
3485 W. Harmon
Suite 100
Las Vegas, NV 89103

Mendenhall Smith
3571 Red Rock Street
Suite A
Las Vegas, NV 89103

Mercury L.D.O.
3325 Pepper Lane
Las Vegas, NV 89120

Merimac Lease Payment
11 Liana Street
Woburn, MA 01801

Metro Roofing, Inc.
4384 E. Alexander Rd.
Las Vegas, NV 89115

Michael Dean Slade
5580 Fire Island Drive
Las Vegas, NV 89120

Mikayla Barbour, Joshua Shanklin,Deserae
Lyons
4708 Forrester Way
Antelope, CA 95843

Mike Sutton Details
2353 Buffalo Rim Avenue
Las Vegas, NV 89118

Minus 5 Ice Bar
145 E. Reno Avenue
Las Vegas, NV 89119

Miriam Dake
5973 Kylie Street
Las Vegas, NV 89130

MK House Consulting, Inc.
7670 Jacaranda Bay Street
Las Vegas, NV 89139

Mobile Mini, Inc.
P.O. Box 79149
Phoenix, AZ 85062

Mojave Air, LLC
2475 Chandler Street
Suite 11
Las Vegas, NV 89120

Montecito Companies
6600 W. Charleston #120
Las Vegas, NV 89146

Mountain Trails Community Assoc.
Acct No xxxxxxxxxx6401
c/o RMI Management, LLC
P.O. Box 54089
Los Angeles, CA 90054-0089

Mpower Communications
P.O. Box 760767
Los Angeles, CA 90060-0767

MSG Surveying
3277 E. Warm Springs Rd.
Suite 300
Las Vegas, NV 89120

Multibank2009-1 RES_ADC Venture, LLC
c/o Rialto Credit Advisors, LLC
850 3rd Avenue, Ste 16B
New York, NY 10022

N5R Realty Advisors, LLC
701 Market Street
Ste 111
Saint Augustine, FL 32095

National Construction Rentals
P.O. Box 4503
Pacoima, CA 91333-4503

NCX Group
5001 Birch Street
West Tower #3000
Newport Beach, CA 92660

Neal and Associates
3367 Colina Court
Shingle Springs, CA 95682

Network US, Inc.
P.O. Box 257
Naperville, IL 60566

Nevada Dept. of Taxation
P.O. Box 52614
Phoenix, AZ 85072

Nevada Division of Environmental
Protection
901 S. Stewart Street
Ste 4001
Carson City, NV 89701

Nevada Precision
714 S. 1st
Las Vegas, NV 89101

Nevada Scaffold & Equipment
6065 Hinson Street
Las Vegas, NV 89118

Nevada Secretary of State
2020 N. Carson Street
Carson City, NV 89701

Nevada State Contractors Board
2310 Corporate Circle
Ste 200
Henderson, NV 89074

Nevada Title Company
2500 N. Buffalo
Las Vegas, NV 89128

Nevada Wrought Iron, Inc.
2983 N. Lamont Street
Las Vegas, NV 89115

New Condo Online, Inc.
8885 Rio San Diego Dr.
Ste 301
San Diego, CA 92108

New South Federal Savings Bank
Acct No xxxx0001
Residential Construction Lending
210 Automation Way
Birmingham, AL 35210

Newman Morris & Dachelet, Ltd.
300 4th Street
Las Vegas, NV 89101

NV Energy
P.O. Box 30086
Reno, NV 89520

Office Depot
P.O. Box 70025
Los Angeles, CA 90074

Office Depot Credit Plan
Dept. 56-8101403731
P.O. Box 68920
Des Moines, IA 50368

Offsite Development
1637 W. Brooks Avenue
North Las Vegas, NV 89032

On Deck Baseball Academy
4145 N. Rancho Drive
Las Vegas, NV 89130

On Time Landscaping
9588 Trattoria Street
Las Vegas, NV 89178

Opper & Gambrell, PLLC
8582 Katy Freeway Ste 200
Houston, TX 77024

Organized Spaces
3185 E. Tropicana
Las Vegas, NV 89121

Orkin
8390 S. Fourth Street
Henderson, NV 89015

Ovist & Howard CPA's
7 Commerce Center Drive
Suite A
Henderson, NV 89014

Pac-Van, Inc.
2693 Paysphere Circle
Chicago, IL 60674

Pacfic Pools
8058 S. Preist Drive
Ste 104
Tempe, AZ 85284

Pallanti Pools
9329 Mountain Cliffs Avenue
Las Vegas, NV 89129

Panacea Services, LLP
2805 Synergy Street
North Las Vegas, NV 89030

Patrick Dale
975 Seven Hills Drive #3525
Henderson, NV 89002

Peel Brimley
3333 E. Serene Avenue
Suite 200
Henderson, NV 89074

Peel Brimley LLP Trust Account
3333 E. Serene Avenue
Henderson, NV 89014

Peel Brimley, LLP
3333 E. Serene Avenue, Ste 200
Henderson, NV 89074

Performance Plastering
4840 East Cartier Avenue
Las Vegas, NV 89115

Peri Form Systems, Inc.
c/o Robert Downa, Esq.
10 Light Street
Baltimore, MD 21202

Perkowitz Ruth, Inc.
111 W. Ocean Blvd.
21st Floor
Long Beach, CA 90802

PHD Assets, LLC
3325-B S. Rainbow Blvd.
Ste 206
Las Vegas, NV 89146

PHD Development, LLC
3225 S. Rainbow Blvd.
#206
Las Vegas, NV 89146

PHD Development, LLC
3225 S. Rainbow Blvd. #206
Las Vegas, NV 89146

PHD North, LLC
3325-B S. Rainbow Blvd.
Ste 206
Las Vegas, NV 89146

PHD North, LLC
3225 S. Rainbow Blvd.
#206
Las Vegas, NV 89146

PHD Properties
3225-B S. Rainbow Blvd.
Ste 206
Las Vegas, NV 89146

Phil Davis
40 Tapadero Lane
Las Vegas, NV 89135

Philadelphia Insurance Co.
P.O. Box 70251
Philadelphia, PA 19176-0251

Philip and Rene Davis as Trustees
of the Davis Family Trust
40 Tapadero Lane
Las Vegas, NV 89135

Philip H. Davis
40 Tapadero Lane
Las Vegas, NV 89135

Phillip Weisman
55 Gulf Stream
Las Vegas, NV 89113

Photo Research, LLC
2922 Bridle Court
Las Vegas, NV 89117

Pinnacle Appliance Distribution
5585 S. Valley View Blvd.
Ste 4
Las Vegas, NV 89118

Piracle
556 Confluence Avenue
Salt Lake City, UT 84123

Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY 40285

Plaza Bank
4043 S. Eastern Avenue
Las Vegas, NV 89119

PMA
121 E. Warm Springs Rd.
Las Vegas, NV 89119

Power Plus!
3131 Olive Street
Las Vegas, NV 89104

Powered by Geek
7640 Natures Song
Las Vegas, NV 89131

Pre-Owned Applicances and Repair
61 W. Utah Avenue
Las Vegas, NV 89102

Precision Fire Portection
707 Wells Rd. Ste A
Boulder City, NV 89005

Premier Management Services
2620 S. Maryland Pkwy #579
Las Vegas, NV 89109

Premier Mechanical, LLC
4375 Polaris Avenue
Suite A
Las Vegas, NV 89103

Premium Financing Specialist
P.O. Box 730223
Dallas, TX 75373

Principal Life Group, Grand Island
P.O. Box 14513
Des Moines, IA 50306-3513

Pro Star Drop Boxes, LLC
2625 E. Craig Rd.
Unit G
North Las Vegas, NV 89030

Prostar Pest Control
5848 Camino Al Norte #2-401
North Las Vegas, NV 89031

Purchase Power
P.O. Box 856042
Louisville, KY 40285

Pure Clean
6895 E. Lake Mead Blvd.
#A-6 119
Las Vegas, NV 89156

QED, Inc.
750 Enterprise Drive
Lexington, KY 40510

Quality Built
15330 Avenue of Science
San Diego, CA 92128

Quality Impressions
6295 Harrison Drive
Ste 29
Las Vegas, NV 89120

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101

R.O.I. Appraisal Ltd.
7100 West Smoke Ranch Rd.
Ste 150
Las Vegas, NV 89128

Radian
1601 Market Street
3rd Floor
Philadelphia, PA 19103

Raje Blinds
2641 Windmill Pkwy
Henderson, NV 89074

Rakeman Plumbing
4075 Losee Rd.
North Las Vegas, NV 89030

RalRon Capital Corporation
700 7th Street South
Fargo, ND 58103

Randall B. Kidd
6265 N. Ft. Apache
Las Vegas, NV 89149

Rapid Color, Inc.
6295 Harrison Drive
Ste 29
Las Vegas, NV 89120

RCR Companies
P.O. Box 31001-1330
Pasadena, CA 91110-1330

Ready Mix, Inc.
13850 S. Decatur Blvd.
North Las Vegas, NV 89081

Realty West, Inc.
1110 Mary Crest Rd.
Henderson, NV 89074

Red Rock Mechanical, LLC
6311 Dean Martin Dr.
Las Vegas, NV 89118

Regional Landscape, Inc.
7425 Peak Drive
Las Vegas, NV 89128

Reliable Office Supllies
P.O. Box 105529
Atlanta, GA 30348-5529

Reliable Technology Admin Group
8414 Farm Rd
Suite 180
Las Vegas, NV 89131

Renaissance Learning, Inc.
P.O. Box 8036
Wisconsin Rapids, WI 54495

Rene Davis
40 Tapadero Lane
Las Vegas, NV 89135

Republic Services
P.O. Box 78040
Phoenix, AZ 85062

Residential Warranty Company
5300 Derry Street
Harrisburg, PA 17111

Richard Gallegos, Architect
3529 Perching Blvd.
North Las Vegas, NV 89084

Richmond American Homes
7770 Dean Martin Drive
Ste 410
Las Vegas, NV 89139

Right Way Signs
6291 Dean Martin Drive
Las Vegas, NV 89118

Risk Enterprise Management, Ltd.
P.O. Box 2480
Brea, CA 92822

RJ Companies, LLC
2813 63rd Avenue Ct. NW
Gig Harbor, WA 98335

RKM Co. dba Accent Awning
1210 S. Main Street
Las Vegas, NV 89104

RMI Management, LLC
Acct No xxxxxxxxxx6401
630 Trade Center Drive
Suite 100
Las Vegas, NV 89119

RMS
P.O. Box 3099
Naperville, IL 60563

RNM Design, Inc.
2 Corporate Park
Ste 100
Irvine, CA 92606

Robert Amato
6825 Emerald Tree Court
Las Vegas, NV 89130

Robert Amato, Jr.
6826 Emerald Tree Court
Las Vegas, NV 89130

Robert Ditiman
Yevette Glee
313 Sun Valley
Vacaville, CA 95688

Roberto Chavez
6700 Bremerton Circle
Las Vegas, NV 89108

Ron Stewart
2813 63rd Avenue Ct NW
Gig Harbor, WA 98335

Running Water Management, LLC
4511 W. Cheyenee #105
North Las Vegas, NV 89032

Ryan Kidd
P.O. Box 570158
Las Vegas, NV 89157

Ryan L. Dennett, Esq.
Dennett Winspear, LLP
3301 N. Buffalo Drive Ste 195
Las Vegas, NV 89129

Ryan Mercaldo & Worthington
3636 Nobel Drive
Ste 200
San Diego, CA 92122

S.M.U.D.
P.O. Box 15555
Sacramento, CA 95852

Sacramento County Utilities
P.O. Box 1804
Sacramento, CA 95812

Sacramento Suburban Water District
3701 Marconi Avenue
Ste 100
Sacramento, CA 95821

Safeguard Business Systems
6000 Dawson Blvd.
Unit C & D
Norcross, GA 30093

Sage Software
P.O. Box 728
Beaverton, OR 97075

Santoro, Driggs, Walch
400 South Fourth Street
Third Floor
Las Vegas, NV 89101

SBA Development, Inc.
4511 W. Cheyenne Avenue #105
North Las Vegas, NV 89032

SC Wright Construction of Nevada
P.O. Box 936
Jamul, CA 91935

Scholastic Book Fair
P.O. Box 7504
Jefferson City, MO 65102

Schoolhouse Finance, LLC
6610 Grand Montecito Pkwy
Las Vegas, NV 89149

Schoolhouse Finance, LLC
Attn: Andrew Gordon
1005 North Glebe Road, Suite 610
Arlington, VA 22201

Scott Lauderdale
c/o Twainey Assocates
101 Convention Center Dr
Las Vegas, NV 89109

Scott Meiers
9039 Tierra Santa
Las Vegas, NV 89129

SelectBuild of Nevada, Inc.
6255 Range Rd
Las Vegas, NV 89115

Service Rock Products
151 Cassia Way
Henderson, NV 89014

Shady Timber Partners, LLC
4511 W. Cheyenne Avenue
Suite 105
North Las Vegas, NV 89032

Shane Ackerman
3755 N. Nellis #103
Las Vegas, NV 89115

Shea & Carlyon, Ltd.
Acct No xxxxxxx5002
Shlomo S. Sherman, Esq.
701 Bridger Avenue
Suite 850
Las Vegas, NV 89101

Shen Milsom Wilke
417 Fifth Avenue
New York, NY 10016

Sierra Waterproofing
P.O. Box 750730
Las Vegas, NV 89136

Signature Flight Support
6005 Las Vegas Blvd.
Las Vegas, NV 89119

Signs for Success
2813 E. Alexander Road
North Las Vegas, NV 89030

Signs West, Inc.
1100 mary Crest Rd.
Henderson, NV 89074

Silver State Fireplaces, Inc.
3555 W. Quail #A
Las Vegas, NV 89118

Silverado Self Storage III
3225-B South Rainbow Blvd.
#206
Las Vegas, NV 89146

Sky Rocket Management, Inc.
dba Real Property Management
4362 West Cheyenne Avenue
North Las Vegas, NV 89032

Skyline Insulation
4216 N. Pecos Rd.
Suite 105
Las Vegas, NV 89115

SkyRocket Management, Inc.
dba Real Property Management
4362 West Cheyenne Avenue
North Las Vegas, NV 89032

Slade Real Estate Group
5580 Fire Island Drive
Las Vegas, NV 89120

Smart Brand, LLC
34495 Lakeside Drive
Box 39
Reno, NV 89509

Smith Creative Co.
9528 Mountainaor Avenue
Las Vegas, NV 89134

Smith Larsen & Wixom
Hills Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134

SNHD
625 Shadow Lane
Las Vegas, NV 89106

SofterWare, Inc.
132 Welsh Road
Suite 140
Horsham, PA 19044

Solano Management Company
750 Mason Street
Suite 201
Vacaville, CA 95688

Soundcrete Contractors, Inc.
3437 Procyon Street
Las Vegas, NV 89102

Soundlogic, LLC
7835 S. Rainbow Avenue
PMB #17-207
Las Vegas, NV 89139

Southern Nevada Floor Care, LLC
6826 Emerald Tree Court
Las Vegas, NV 89130

Southern Vegas Valley Contracting
1919 S. Jones
Suite H
Las Vegas, NV 89146

Southwest Gas Corp.
P.O. Box 98890
Las Vegas, NV 89150-0101

Sperry Van Ness
2801 N. Tenaya Way
Ste C
Las Vegas, NV 89128

Spinnaker Homes VII, LLC
SBA Development, Inc.
4511 W. Cheyenne Avenue
Suite 105
North Las Vegas, NV 89032

Spirit Ridge, LLC
4511 W. Cheyenne Avenue
Suite 105
North Las Vegas, NV 89032

Stacy Sovar
4101 Deer Tract Street
Round Rock, TX 78681

Starnes Davis Florie, LLP
P.O. Box 598512
Birmingham, AL 35259

Starnes Davis Florie, LLP
7th Floor
100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259

State Farm Insurance
7415 S. Durango
Suite 107
Las Vegas, NV 89148

State Insulation & Drywall
4204 Production Ct.
Las Vegas, NV 89115

Statewide Fire Protection
3130 Westwood Drive
Las Vegas, NV 89109

Stephen B. Aizenberg Revocable Trust
9908 Moon Valley Place
Las Vegas, NV 89134

Steven, Karine, Avetis Mazmanyan
9013 Dorrell Lane
Las Vegas, NV 89149

Stevens Aviation, Inc.-BJC
600 Delaware Street
Greenville, SC 29605

Studio VBM
1601 S. Rainbow Blvd.
Ste 250
Las Vegas, NV 89146

Subdivision Acceptance, LLC
451 E. Sunset Rd.
Henderson, NV 89011

Summerlin West Comm. Association
10000 W. Charleston Blvd. #200
Las Vegas, NV 89135

Summit Engineering Corp.
313 Pilot Rd. Ste A
Las Vegas, NV 89119

Sunland Asphalt and Paving, Inc.
3002 Priest Drive
Ste 100
Tempe, AZ 85282

Sunrise Service, Inc.
7380 Commercial Way
Henderson, NV 89011

Sunworld
451 E. Sunset Rd.
Henderson, NV 89011

Surety Company of the Pacific
P.O. Box 10289
Van Nuys, CA 91410

Surnise Air Systems, Inc.
720 Susanna Way
Henderson, NV 89015

Swainston Consulting Group
1542 Little Dove Court
Henderson, NV 89014

T. Brothers Tile
4325 Patrick Lane
Ste 120
Las Vegas, NV 89118

Techtron Products
2694 W. Winton Avenue
Hayward, CA 94545

TelePacific Communications
P.O. Box 60767
Los Angeles, CA 90060

Terra Contracting, Inc.
5980 W. Cougar Avenue
Las Vegas, NV 89139

Terry Tabb
993 Paisley Street
Las Vegas, NV 89145

The Barricade Company
5980 W. Cougar Avenue
Las Vegas, NV 89139

The Independent Banker Bank
Acct No 0240,0257,0265
P.O. Box 560528
Dallas, TX 75356

The Lamar Companies
339 N. 13th Street
Las Vegas, NV 89101

The Sylvanie Companies, Inc.
5675 Wynn Rd.
Las Vegas, NV 89118

The Tiberti Fence Company
4975 Rogers Street
Las Vegas, NV 89118

Thomas Cochran
1920 Park Sheridan Lane
Las Vegas, NV 89134

Thomason Consulting Engineering
3277 E. Warm Springs Rd.
Ste 40
Las Vegas, NV 89120

ThyssenKrupp Elevator
P.O. Box 933004
Atlanta, GA 31193

Tiffany Thompson
2413 Rancho Bel Air Drive
Las Vegas, NV 89107

Timberline Software Corp.
P.O. Box 728
Beaverton, OR 97075-0728

Timothy Nelson
4282 Sky Walker Avenue
Las Vegas, NV 89120

Tina Banks
7407 Fleming Way
Sacramento, CA 95828

Tina Rochelle Aizenberg
1983 Alcova Ridge
Las Vegas, NV 89135

Tony Lamm
Mary Lamm
3743 Aurora Loop
Rocklin, CA 95677

Top Notch Electric
PBM, 209, 284 C.E. Lake Mead Pkwy
Henderson, NV 89015

Toshiba Business Solutions
File 57202
Los Angeles, CA 90074

Toshiba Financial Services
1310 Madrid Street
Ste 101
Marshall, MN 56258

Total Safety, Inc.
9555 Del Webb Blvd.
Las Vegas, NV 89129

Towne Vistas, LLC
4511 W. Cheyenne Avenue
Suite 105
North Las Vegas, NV 89032

Towne Vistas, LLC
4366 W. Cheyenne Avenue
Suite 105
North Las Vegas, NV 89032

Trent Vanniewburg
112 Lighthouse Way
Vacaville, CA 95688

Troy Hoenisch
10492 Tuscany Rose Court
Las Vegas, NV 89129

TS Painting and Drywall
2984 Marco Street
Las Vegas, NV 89115

Twainey & Associates
101 Convention Center Drive
Las Vegas, NV 89109

United Rentals Highway Technologies
33946 Treasury Center
Chicago, IL 60694

United Sign, Inc.
5234 S. Procyon
Las Vegas, NV 89118

United Subcontractors, Inc. dba
Skyline Insulation
4151 Industrial Center Drive
North Las Vegas, NV 89030

Universal Avionics
c/o Wells Fargo
Dept. 9273
Los Angeles, CA 90084

Universal Safety Rails
5637 S. Cameron Avenue
Las Vegas, NV 89118

UPS
P.O. Box 894820
Los Angeles, CA 90189

US Bank
Acct No xxxxx5167
P.O. Box 790179
Saint Louis, MO 63179

US Bank
Acct No x4629
c/o MaKenna Kalli & Associates
6115 E. Grant Rd.
Tucson, AZ 85712

US Bank Business Equipment Finance
Acct No xxxxxxxxxxx0000
Group
1310 Madrid Street
Suite 101
Marshall, MN 56258

Utilico Undergound Utilities
4591 Copepr Sage Street
Las Vegas, NV 89115

Value Recovery Group, LP
Acct No xxxxxx0532,xxxxxx8452,xxxx0125
assignee of FDIC, receiver for Community
Bank of Nevada 919 Old Henderson Rd
Columbus, OH 43220

Vazanna Underground
1414 Industrial Rd.
Las Vegas, NV 89102

Vegas Trio, LLC
3225 S. Rainbow Blvd. #206
Las Vegas, NV 89146

Vial Fotheringham SG LLP
1173 S. 250 W. Ste 310
Saint George, UT 84770

VIP Management Company
4955 S. Durango Drive
Ste 170
Las Vegas, NV 89113

Vortez Industries, Inc.
3198-M Airport Loop
Costa Mesa, CA 92626

WallDesign, Inc.
2350 SE Bristol
Newport Beach, CA 92660

Warren Lowrey
117 Gryffin Avenue
Las Vegas, NV 89123

Wealth Structures, Inc.
113 Gryffin Avenue
Las Vegas, NV 89123

Wells Fargo
Acct No xxxxxxx5557
55 E Fifth St
Saint Paul, MN 55101

Wells Fargo Bank
Acct No xxxxxxxxxxxxx1998
P.O. Box 54780
Los Angeles, CA 90054-0780

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxxx1998
Po Box 31557
Billings, MT 59107

Wells Fargo Card Services
Acct No xxxxxxx5557
P.O. Box 30097
Los Angeles, CA 90030-0097

Wells Fargo Equipment Finance
Acct No xxxxxx5700
733 Marquette Avenue
Suite 700
MAC N9306-070
Minneapolis, MN 55402

Wells Fargo Hm Mortgag
Acct No xxxxxxxxx9624
8480 Stagecoach Cir
Frederick, MD 21701

Wells Fargo Home Mortgage
Acct No xxxxxxxxx9685
P.O. Box 30427
Los Angeles, CA 90030

Wells Fargo Home Mortgage
Acct No xxxxxxxxx4977
8480 Stagecoach Cir
Frederick, MD 21701

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197

Western Fire Prevention
301 W. St. Louis Avenue
Las Vegas, NV 89102

Western States Contactors
4160 Sixth Avenue SE
Ste 104
Lacey, WA 98503

Weststar Aviation
790 Heritage Way
Grand Junction, CO 81506

WET Professional pool Care
3615 Jewel Cave Drive
Las Vegas, NV 89122

White Cap Industries, Inc.
Dept. 0998
Los Angeles, CA 90088-0998

William and Sharon Derry
9021 Dorrell
Las Vegas, NV 89149

William Guthries

Williams Babbit & Weisman
Acct No 1202420
5255 North Federal Highway
3rd Floor
Boca Raton, FL 33487

Willis Risk and Insurance Service
Lockbox #100021
2710 Media Center Drive
Bldg. #6
Los Angeles, CA 90065

Wilson, Elser, Moskowitz
150 E. 42nd Street
New York, NY 10017-5639

Witchmountain, LLC
c/o Omni Land Connection
3225 South Rainbow Blvd. #206
Las Vegas, NV 89146

Wolfpack Sign Group
1325 Grand Avenue
Suite 100
San Marcos, CA 92078

Woodland Framing
4480 Nevso Drive
Las Vegas, NV 89103

World Fuel Services
2458 Paysphere Circle
Chicago, IL 60674

Wright Engineers
7425 Peak Drive
Las Vegas, NV 89128